B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Quach, Don Son** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Quach, Kimberley Dawn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Dong Quach** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0407** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4060** |
| Street Address of Debtor (No. and Street, City, and State):<br>**5779 Aster Meadows Place**<br>**San Diego, CA**                     ZIP Code **92130** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**5779 Aster Meadows Place**<br>**San Diego, CA**                     ZIP Code **92130** |
| County of Residence or of the Principal Place of Business:<br>**San Diego** | County of Residence or of the Principal Place of Business:<br>**San Diego** |
| Mailing Address of Debtor (if different from street address):<br><br>                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Quach, Don Son**<br>**Quach, Kimberley Dawn** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                                Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Quach, Don Son**

**Quach, Kimberley Dawn**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Don Son Quach**
Signature of Debtor **Don Son Quach**

X **/s/ Kimberley Dawn Quach**
Signature of Joint Debtor **Kimberley Dawn Quach**

Telephone Number (If not represented by attorney)

**March 23, 2010**
Date

### Signature of Attorney*

X **/s/ Thomas J. Polis**
Signature of Attorney for Debtor(s)

**Thomas J. Polis 119326**
Printed Name of Attorney for Debtor(s)

**Polis & Associates, APLC**
Firm Name

**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**

Address

**Email: tom@polis-law.com**
**(949) 862-0040  Fax: (949) 862-0041**
Telephone Number

**March 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of California

In re    **Don Son Quach**
**Kimberley Dawn Quach**          Case No. _____

                   Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Don Son Quach**
                        **Don Son Quach**

Date:    **March 23, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Southern District of California

In re    **Don Son Quach**
       **Kimberley Dawn Quach**                     Case No. _____

                                    Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kimberley Dawn Quach**
         **Kimberley Dawn Quach**

Date:   **March 23, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re   **Don Son Quach,**
       **Kimberley Dawn Quach**

                                   Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,574,500.00 | | |
| B - Personal Property | Yes | 4 | 12,161.91 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 2,319,269.61 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 190 | | 1,694,148.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,631.00 |
| Total Number of Sheets of ALL Schedules | | 205 | | | |
| Total Assets | | | 1,586,661.91 | | |
| Total Liabilities | | | | 4,013,417.68 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

_____,

Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Don Son Quach,**                             Case No. _____

       **Kimberley Dawn Quach**

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence**<br>**5779 Aster Meadows Place**<br>**San Diego, CA  92130** | | J | 790,000.00 | 1,399,073.64 |
| **5821 Park Creste Drive**<br>**Glen Allen, VA  23059** | | J | 256,000.00 | 242,357.28 |
| **2804 Villas Way**<br>**San Diego, CA 92108** | | J | 528,500.00 | 677,838.69 |

|  |  |  |
|---|---|---|
| Sub-Total > | 1,574,500.00 | (Total of this page) |
| Total > | 1,574,500.00 | |

    **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Don Son Quach,**                                          Case No. _____
         **Kimberley Dawn Quach**
                                                    ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account** **Wells Fargo Bank** | J | 4.26 |
| | | **Checking Account** **San Diego NB/US Bank** | J | 807.65 |
| | | **Checking Account** **Chase Bank** | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** **Location: 5779 Aster Meadows Place, San Diego CA 92130** | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** **Location: 5779 Aster Meadows Place, San Diego CA 92130** | J | 1,000.00 |
| 7. Furs and jewelry. | | **Jewelry** **Watch and wedding ring** **Location: 5779 Aster Meadows Place, San Diego CA 92130** | J | 8,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | **12,011.91** |
|---|---|---|
|  | (Total of this page) | |

____3____  continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Don Son Quach,**
        **Kimberley Dawn Quach**                           Case No. _____

                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **United Fidelity Group, Inc. (Closely held personal services corporation dissolved 12/2009)** | J | **0.00** |
| | | **Quach Holdings, LLC** | J | **0.00** |
| | | **Don Quach, Inc. (Closely held personal services corporation)** | J | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Don Son Quach,**                                                 Case No. _____

        **Kimberley Dawn Quach**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Acura TL Lease (no net equity after lease payoff)** Location: 5779 Aster Meadows Place, San Diego CA 92130 | J | 0.00 |
| | | **2008 Acura MDX (no net equity after lease payoff)** Location: 5779 Aster Meadows Place, San Diego CA 92130 | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** Location: 5779 Aster Meadows Place, San Diego CA 92130 | J | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

                                                     Sub-Total >      **150.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                         Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Don Son Quach,**
          **Kimberley Dawn Quach**                                    Case No. _____

                                                    ,
                                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **12,161.91** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

.

In re  **Don Son Quach,**                                          Case No. _____
       **Kimberley Dawn Quach**
                                                                          ,
                                      Debtors
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **5821 Park Creste Drive** | C.C.P. § 703.140(b)(5) | 13,728.00 | 256,000.00 |
| **Glen Allen, VA  23059** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | C.C.P. § 703.140(b)(5) | 4.26 | 4.26 |
| **Wells Fargo Bank** | | | |
| | | | |
| **Checking Account** | C.C.P. § 703.140(b)(5) | 807.65 | 807.65 |
| **San Diego NB/US Bank** | | | |
| | | | |
| **Checking Account** | C.C.P. § 703.140(b)(5) | 200.00 | 200.00 |
| **Chase Bank** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Location: 5779 Aster Meadows Place, San** | | | |
| **Diego CA 92130** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Location: 5779 Aster Meadows Place, San** | | | |
| **Diego CA 92130** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Jewelry** | C.C.P. § 703.140(b)(4) | 1,350.00 | 8,000.00 |
| **Watch and wedding ring** | C.C.P. § 703.140(b)(5) | 6,650.00 | |
| **Location: 5779 Aster Meadows Place, San** | | | |
| **Diego CA 92130** | | | |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **United Fidelity Group, Inc.** | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **(Closely held personal services corporation** | | | |
| **dissolved 12/2009)** | | | |
| | | | |
| **Quach Holdings, LLC** | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| | | | |
| **Don Quach, Inc.** | C.C.P. § 703.140(b)(5) | 0.00 | 0.00 |
| **(Closely held personal services corporation)** | | | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office Equipment** | C.C.P. § 703.140(b)(5) | 150.00 | 150.00 |
| **Location: 5779 Aster Meadows Place, San** | | | |
| **Diego CA 92130** | | | |

|  | Total: | 25,889.91 | 268,161.91 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Don Son Quach,**                                             Case No. _____
          **Kimberley Dawn Quach**

<div align="center">Debtors</div>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Honda Finance Corp.** <br>**PO Box 6001** <br>**City Of Industry, CA 91716-0001** | | C | Lease <br><br>**2008 Acura TL Lease** <br>**(no net equity after lease payoff)** <br>**Location: 5779 Aster Meadows Place,** <br>**San Diego CA 92130** <br><br>Value $        **0.00** | | | | 0.00 | 0.00 |
| Account No. <br><br>**American Honda Finance Corp.** <br>**PO Box 60001** <br>**City Of Industry, CA 91716-0001** | | C | Lease <br><br>**2008 Acura MDX** <br>**(no net equity after lease payoff)** <br>**Location: 5779 Aster Meadows Place,** <br>**San Diego CA 92130** <br><br>Value $        **0.00** | | | | 0.00 | 0.00 |
| Account No. **1404** <br><br>**Countrywide** <br>**PO Box 10211** <br>**Van Nuys, CA 91410-0211** | | C | First Mortgage <br><br>**Residence** <br>**5779 Aster Meadows Place** <br>**San Diego, CA  92130** <br><br>Value $    **790,000.00** | | | | 1,200,000.00 | 410,000.00 |
| Account No. **9136** <br><br>**Countrywide** <br>**PO Box 10219** <br>**Van Nuys, CA 91410-0219** | | C | First Mortgage <br><br>**5821 Park Creste Drive** <br>**Glen Allen, VA  23059** <br><br>Value $    **256,000.00** | | | | 240,000.00 | 0.00 |

  **2**   continuation sheets attached

<div align="right">Subtotal       |  1,440,000.00  |  410,000.00</div>

(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                       Case No. _____

                                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3882** | | | **HOA Dues** | | | | | |
| **Escala Master Association Seabreeze Mngt Co c/oUnionBank PO Box 513880 Los Angeles, CA 90051-3880** | C | | **2804 Villas Way San Diego, CA 92108** | | | | | |
| | | | Value $     **528,500.00** | | | | **2,838.69** | **2,838.69** |
| Account No. | | | | | | | | |
| **S.B.S. Lien Services 31194 La Baya Dr, Ste 106 Thousand Oaks, CA 91362** | | | **Related to: Escala Master Association** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **Seabreeze Management Co National Processing Center PO Box 7009 Albert Lea, MN 56007-8009** | | | **Related to: Escala Master Association** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| **SeaBreeze Management Co. 39 Argonaut, Ste 100 Aliso Viejo, CA 92656** | | | **Related to: Escala Master Association** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **First Mortgage** | | | | | |
| **HSBC Mortgage Services, Inc. PO Box 60139 City of Industry, CA 91716-0139** | C | | **2804 Villas Way San Diego, CA 92108** | | | | | |
| | | | Value $     **528,500.00** | | | | **675,000.00** | **146,500.00** |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                        Subtotal        **677,838.69**      **149,338.69**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                      Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Housekey Financial Corp.**<br>**PO Box 60145**<br>**City Of Industry, CA 91716** | | | **Related to:**<br>**HSBC Mortgage Services, Inc.**<br><br><br>Value $ | | | | **Notice Only** | |
| Account No. **1555**<br><br>**National City Mortgage Co.**<br>**3232 Newmark Dr**<br>**Miamisburg, OH 45342** | C | | **Second Mortgage**<br><br>**Residence**<br>**5779 Aster Meadows Place**<br>**San Diego, CA  92130**<br>Value $   **790,000.00** | | | | **199,073.64** | **199,073.64** |
| Account No.<br><br>**Townes Shady Grove Twnhs HOA**<br>**c/o Eric A. Horowitz, P.C.**<br>**1919 Huguenot Rd, Ste 201**<br>**Richmond, VA 23235** | C | | **HOA Dues**<br><br>**5821 Park Creste Drive**<br>**Glen Allen, VA  23059**<br>Value $   **256,000.00** | | | | **2,357.28** | **0.00** |
| Account No.<br><br>**Mahdi Dublin**<br>**5821 Park Creste Dr**<br>**Glen Allen, VA 23059** | | | **Related to:**<br>**Townes Shady Grove Twnhs HOA**<br><br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **201,430.92** | **199,073.64** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **2,319,269.61** | **758,412.33** |

B6E (Official Form 6E) (12/07)

.

In re    **Don Son Quach,**                                                    Case No. _____
         **Kimberley Dawn Quach**

_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> **Franchise Tax Board** <br> **PO Box 942867** <br> **Sacramento, CA 94267-0011** | C | | | | | | | <br><br><br> **Unknown** | **Unknown** |
| Account No. <br><br> **Franchise Tax Board** <br> **PO Box 942840** <br> **Sacramento, CA 94240-0040** | | | | **Related to:** <br> **Franchise Tax Board** | | | | **Notice Only** | |
| Account No. <br><br> **Internal Revenue Service** <br> **c/o Civil Trial West** <br> **Tax Division US Dept Justice** <br> **Washington, DC 20530** | C | | | | | | | <br><br><br> **Unknown** | **Unknown** |
| Account No. <br><br> **Internal Revenue Service** <br> **Fresno, CA 93888** | | | | **Related to:** <br> **Internal Revenue Service** | | | | **Notice Only** | |
| Account No. <br><br> **Internal Revenue Service** <br> **PO Box 21126** <br> **Philadelphia, PA 19114** | | | | **Related to:** <br> **Internal Revenue Service** | | | | **Notice Only** | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **0.00** | **0.00** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **0.00** | **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Aaron Heath  & Doris Heath** **41717 Mesquite Ln** **Murrieta, CA 92562** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Accurate Security Pros** **9919 Hillbert St, Ste D** **San Diego, CA 92131** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adam Clinton** **2155 Touchstone Dr** **Chino Valley, AZ 86323** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adam Jensen** **3920 Ingraham St, #11-104** **San Diego, CA 92109** | | | | | | | | | **Unknown** |

  **189** continuation sheets attached

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　 **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adam Ledford** **12218 West Larkspur Rd** **El Mirage, AZ 85335** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adela Roman** **330 Hook Rd** **Westminster, MD 21157** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adelberto Gatica** **2425 S Memphis Wy** **Aurora, CO 80013** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Adolfo Alvarado & Ingrid Graessel** **326 SW 20th Rd** **Miami, FL 33129** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **ADP** **7000 Village Dr** **Buena Park, CA 90621** | | | | | | | | **Unknown** |

Sheet no. __1__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                                    Case No. _____
        **Kimberley Dawn Quach**
                                                                    ,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Adrian Romero 2434 E Camino St Mesa, AZ 85213 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Adriana Brill 9560 Antelope Creek Dr Reno, NV 89506 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| ADT PO Box 650485 Dallas, TX 75265 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Affordable Printer Care 7754 Arjons Dr San Diego, CA 92126 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Aijaz khan 3010 Seven Oaks Pl Church, VA 22042 | | | | | | | | X | Unknown |

Sheet no. __2__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                                          Case No. _____

                                                                    ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Aijaz Khan** **3504 Pence Ct** **Annandale, VA 22003** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Aijaz khan** **3810 Ivydale Dr** **Annandale, VA 22003** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Aijaz khan** **3504 Pence Ct** **Annadale, VA 22003** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alan Freeby** **262 N. Dory lakes Dr** **Black Hawk, CO 80422** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alan Yubac** **1207 Glencoe Dr** **San Diego, CA 92114** | | | | | | | **Unknown** |

Sheet no. __3__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Alazar Woldermariam**<br>**3617 Penedos Dr**<br>**Las Vegas, NV 89147** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Albert Keshavrzi**<br>**1431 Dentro De Lomas Rd**<br>**Bonsall, CA 92003** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Albert Keshavrzi**<br>**455 West & 457 West**<br>**Cedar City, UT 84720** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Albert Keshavrzi**<br>**4262 W 250 N**<br>**Cedar City, UT 84720** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Albert Keshavrzi**<br>**1148 Northfield Rd**<br>**Cedar City, UT 84720** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __4__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                                    Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Albert Keshavrzi** **4121 W 250 N** **Cedar City, UT 84720** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Albert Yawson** **2547 James Monroe Circle** **Herndon, VA 20171** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Alejandra Nieto** **8808 West Preston Lane** **Tolleson, AZ 85353** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Alejandro Villejas** **2801 Briar Pond Circle** **Woodbridge, VA 22191** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Alek Torres- Reyes** **541 Carrie Circle** **San Marcos, CA 92069** | | | | | | | | | Unknown |

Sheet no. **5** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                           Case No. _____
        **Kimberley Dawn Quach**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alexander & Katerina Podolyan**<br>**245 N. Crestview Dr**<br>**Moses Lake, WA 98837** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alexander & Nurit Mandel**<br>**4988 Haight Trail**<br>**San Diego, CA 92123** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alfonso Flippin**<br>**1908 Oro Vista Rd**<br>**San Diergo, CA 92154** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alfonzo & Yolanda Flippin**<br>**645 Lee Circle**<br>**Chula Vista, CA 91911** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Alfred Gomez-Gonzalez**<br>**24426 Kennedy Circle**<br>**Plainfield, IL 60544** | | | | | | | **Unknown** |

Sheet no. __6__ of __189__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**                                    Case No. _____

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Alfred Gomez-Gonzalez**<br>**160 Grady Dr**<br>**Bolingbrook, IL 60440** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Alfred Gomez-Gonzalez**<br>**137 Orchard Dr**<br>**Bolingbrook, IL 60440** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Alfred Hammadi**<br>**5667 Moccasin Point St**<br>**Las Vegas, NV 89148** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Alfred Hammadi**<br>**9462 Kaufman Rd**<br>**Las Vegas, NV 89148** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Alfredo Medina**<br>**1025 Golden Hawk Wy**<br>**Las Vegas, NV 89108** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __**7**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal             **0.00**
                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                    Case No. _____
_____ ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ali Hembly** **4708 bayonne Ave** **Baltimore, MD 21206** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Alice Smith** **24512 Pappas Rd** **Ramona, CA 92065** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Allan De Castro** **2125 Euclid Ave** **National City, CA 91950** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Allen Benavides** **1123 Pinto Horse Ave** **Henderson, NV 89052** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Alma Chaidez** **25744 W St Kateri Dr** **Buckeye, AZ 85326** | | | | | | | | | **Unknown** |

Sheet no. __8__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                           ,
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Re: United Fidelity Group, Inc. | | | | |
| Alvaoro Bejar 690 Mission Ridge Dr Manteca, CA 95337 | | | | | | | | Unknown |
| **Account No. 4006** | C | | | | | | | |
| American Express PO Box 0001 Los Angeles, CA 90096-0001 | | | | | | | | 3,241.93 |
| **Account No.** | | | | Related to: American Express | | | | |
| American Express PO Box 6618 Omaha, NE 68105-0618 | | | | | | | | Notice Only |
| **Account No.** | | | | Related to: American Express | | | | |
| American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 | | | | | | | | Notice Only |
| **Account No.** | | | | Related to: American Express | | | | |
| Law Offices Mitchell N. Kay PC PO Box 9006 Smithtown, NY 11787-9006 | | | | | | | | Notice Only |

Sheet no. __9__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,241.93

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                               ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **Law Offices Mitchell N. Kay PC**<br>**7 Penn Plaza**<br>**New York, NY 10001** | | | | | Related to:<br>American Express | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Nationwide Credit, Inc.**<br>**2015 Vaughn Rd NW, Ste 400**<br>**Kennesaw, GA 30144-7802** | | | | | Related to:<br>American Express | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **Nationwide Credit, Inc.**<br>**PO Box 740640**<br>**Atlanta, GA 30374-0640** | | | | | Related to:<br>American Express | | | | **Notice Only** |
| **Account No.** | | | | | | | | | |
| **NCO Financial Systems Inc.**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | | | | Related to:<br>American Express | | | | **Notice Only** |
| **Account No.** | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Amiruddin & Iffat Khawaja**<br>**44 Bentley Dr**<br>**Sterling, VA 20165** | | | | | | | | | **Unknown** |

Sheet no. __10__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**                                          Case No. _____

                                                                      ,
                                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Amy Zellner 4059 S. Calumet Ave #1 Chicago, IL 60653 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Angel & Margarita Gomez 1626 Wenonah Ave Berlyn, IL 60402 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Angel Pomar 1398 Weaverville St Chula Vista, CA 91913 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Angie Gonzalez 4251 Layla Ct San Diego, CA 92154 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Anjenette Colby-Barad 23592 Windsong, #336 Aliso Viejo, CA 92656 | | | | | | | X | Unknown |

Sheet no. __11__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ann Sislo<br>W364 Crook Rd<br>De Pere, WI 54115** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Anna Casey<br>653 Grace Dr<br>Carbondale, CO 81623** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Anna Lopez<br>911 Esther Dr<br>Corona, CA 92882** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Anthony & Celeste Schuett<br>2229 South 351st Ave<br>Tonopah, AZ 85354** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Anthony & Leann Sullivan<br>2229 South 351 Ave<br>Tonopah, AZ 85354** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __12__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                              Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Anthony & Leann Sullivan** <br> **1000 Southridge Dr** <br> **Vestavia Hills, Al 35216** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Anthony & Valerie Mata** <br> **2667 Sterling Ave** <br> **Sanger, CA 93657** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Anthony Arcrurio** <br> **2592 Fairway Dr** <br> **Costa Mesa, CA 92727** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Anthony Cornett** <br> **1695 Bubbling Well Dr** <br> **San Diego, CA 92154** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Anthony Paternoster** <br> **104 W High St** <br> **Somerville, NJ 08876** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __**13**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                      Case No. _____
        **Kimberley Dawn Quach**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Antonio Cerna 9001 Shana Pl San Jacinto, CA 92582** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  **Apple One 9909 Mira Mesa Blvd, Ste 100 San Diego, CA 92131** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  **April Grady-Reyna & Gustavo Reyna 1055 N Recker Rd, #1279 Mesa, AZ 85205** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  **Arnold & Arlene Abad 2630 Pondview Dr Algonquin, IL 60102** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  **Arthur O'Grady 583 W Upland Ave San Diego, CA 90731** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __14__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **AT & T** **Payment Center** **Sacramento, CA 95887** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Audrey Tyler** **16405 Limerick St** **Riverside, CA 92503** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Autobrag, Inc.** **7770 Regents Rd, #113-253** **San Diego, CA 92122** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Auzline Lockett** **5156 8th Ave** **Los Angeles, CA 90043** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Babrara Hassard** **163 Prince George St** **Annapolis, MD 21401** | | | | | | | | | **Unknown** |

Sheet no. __15__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
     **Kimberley Dawn Quach**
                                            ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx&9464** <br><br> **Bank of America** <br> **PO Box 15726** <br> **Wilmington, DE 19886-5726** | C | | | | | | **7,481.45** |
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301-4047** | | | Related to: <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Collectcorp** <br> **PO Box 101928** <br> **Dept. 4947A** <br> **Birmingham, AL 35210-1928** | | | Related to: <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Collectcorp Corporation** <br> **455 N 3rd, St, Ste260** <br> **Phoenix, AZ 85004-3924** | | | Related to: <br> **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Creditors Financial Group, LLC** <br> **PO Box 440290** <br> **Aurora, CO 80044-0290** | | | Related to: <br> **Bank of America** | | | | **Notice Only** |

Sheet no. __16__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,481.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
        **Kimberley Dawn Quach**                                    Case No. _____

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditors Financial Group, LLC** **3131 South Vaughn Way, Ste 110** **Aurora, CO 80014** | | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **FMA Alliance, Ltd.** **11811 N Freeway, Ste 900** **Houston, TX 77060** | | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **FMA Alliance, Ltd.** **PO Box 2409** **Houston, TX 77252-2409** | | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems** **PO Box 17080** **Wilmington, DE 19850-7080** | | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **NCO Financial Systems, Inc.** **PO Box 15630, Dept 29** **Wilmington, DE 19850** | | | | Related to: Bank of America | | | | **Notice Only** |

Sheet no. __**17**__ of __**189**__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                                               ,
                                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NCO Financial Systems, Inc.**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | | | | Related to:<br>**Bank of America** | | | | **Notice Only** |
| Account No. **2345**<br><br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | C | | | | | | | | **9,009.15** |
| Account No.<br><br>**CCB Credit Services, Inc.**<br>**PO Box 272**<br>**Springfield, IL 62705-0272** | | | | | Related to:<br>**Bank of America** | | | | **Notice Only** |
| Account No.<br><br>**CCB Credit Services, Inc.**<br>**5300 S 6th St**<br>**Springfield, IL 62703-5184** | | | | | Related to:<br>**Bank of America** | | | | **Notice Only** |
| Account No.<br><br>**Encore Receivable Management**<br>**400 N. Rogers Rd**<br>**PO Box 3330**<br>**Olathe, KS 66063-3330** | | | | | Related to:<br>**Bank of America** | | | | **Notice Only** |

Sheet no. __**18**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,009.15**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                           Case No. _____
        **Kimberley Dawn Quach**
                                                        ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Encore Receivable Management** PO Box 47248 Oak Park, MI 48237 | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. **FIA Card Services** PO Box 22021 Greensboro, NC 27420-2021 | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. **Firstsource Advantage, LLC** PO Box 628 Buffalo, NY 14240-0628 | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. **Firstsource Advantage, LLC** 205 Bryant Woods South Amherst, NY 14228 | | | Related to: Bank of America | | | | **Notice Only** |
| Account No. **6762** **Bank of America** PO Box 22021 Greensboro, NC 27420-2021 | C | | | | | | **Unknown** |

| | |
|---|---|
| Sheet no. **19** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **0.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                              Case No. _____

                                                    ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9710** | | | | | | | |
| **Bank of America, N.A. c/oAssociated Recovery Systems PO Box 469046 Escondido, CA 92046-9046** | | C | | | | | 9,009.15 |
| Account No. | | | | | | | |
| **Associated Recovery Systems PO Box 1259 Oaks, PA 19456** | | | Related to: Bank of America, N.A. | | | | Notice Only |
| Account No. | | | | | | | |
| **Financial Recovery ServicesInc PO Box 385908 Minneapolis, MN 55438-5908** | | | Related to: Bank of America, N.A. | | | | Notice Only |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Barbara & Ralph Masia 2140 E. Jane St San Bernardino, CA 92404** | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Barbara Flickinger 333 N. Canal St #3103 Chicago, IL 60606** | | | | | | | Unknown |

Sheet no. __20__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,009.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
     **Kimberley Dawn Quach**
                                     ,
                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Barry Dadon**<br>**4966 Campanile Dr**<br>**San Diego, CA 92109** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Beatriz Calvaa & Romulo Robles**<br>**6348 La Porte**<br>**Chicago, IL 60638** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Beau Tucker**<br>**7 Silver Pine Dr**<br>**Newport Coast, CA 92657** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Belinda Hull**<br>**7837 Golondrina Dr**<br>**San Bernardino, CA 92410** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Ben & Sharon Joseph**<br>**36 Morris Rd**<br>**BRd Brook, CT 06016** | | | | | | | **Unknown** |

Sheet no. **21** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                  ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Benjamin Mifflin** **526 Calypso Dr** **Henderson, NV 89002** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Benjamin Reyes Bravo** **6422 Jodie St** **New Carrollton, MD 20784** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Best Maintenace** **10601 Tierrasanta Blvd, #322** **San Diego, CA 92124** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Best rate** **2685 S Rainbow Ave, Ste 106** **Las Vegas, CA 89146** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Betty & Victor Baltandano** **2848 Great Oak** **Falls Church, VA 22042** | | | | | | | | | **Unknown** |

Sheet no. __**22**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                              Case No. _____
                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Bevis Swinson** **6725 Darby Rd** **Landover Hills, MD 20784** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Bevis Swinson** **6205 Dower Village Lane** **Upper Marlboro, MD 20772** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Bill Duff** **14-3977 Kapoho Rd** **Pahoa, HI 96778** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Bill Duff** **175 Summit Dr** **Banning, CA 92220** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Bill Jameson** **2938 N 38th Dr** **Phoenix, AZ 85031** | | | | | | | | | **Unknown** |

Sheet no. __23__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
     **Kimberley Dawn Quach**                                          Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0373** <br><br> **BMW Financial Services** <br> **PO Box 3608** <br> **Dublin, OH 43016-0306** | | C | | Re: Lease Return <br> **2006 750Li BMW** | | | | **9,066.14** |
| Account No. <br><br> **American Collection Systems** <br> **PO Box 1968** <br> **Southgate, MI 48195-0968** | | | | Related to: <br> **BMW Financial Services** | | | | **Notice Only** |
| Account No. <br><br> **American Collection Systems** <br> **PO Box 29117** <br> **Columbus, OH 43229** | | | | Related to: <br> **BMW Financial Services** | | | | **Notice Only** |
| Account No. <br><br> **BMW Financial Services** <br> **5550 Britton Pkwy** <br> **Hilliard, OH 43026-7456** | | | | Related to: <br> **BMW Financial Services** | | | | **Notice Only** |
| Account No. <br><br> **BMW Financial Services** <br> **PO Box 78103** <br> **Phoenix, AZ 85062-8103** | | | | Related to: <br> **BMW Financial Services** | | | | **Notice Only** |

Sheet no. __24__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,066.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
            **Kimberley Dawn Quach**                                                           Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cunningham BMW** **875 El Cajon Blvd** **El Cajon, CA 92020** | | | Related to: BMW Financial Services | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Firstsource Advantage, LLC** **205 Bryant Woods South** **Amherst, NY 14228** | | | Related to: BMW Financial Services | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Firstsource Advantage, LLC** **6341 Inducon Dr East** **Sanborn, NY 14132-9097** | | | Related to: BMW Financial Services | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Vital Recovery Services, Inc.** **PO Box 923748** **Norcross, GA 30010-3748** | | | Related to: BMW Financial Services | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Bobby & Christina Crews** **929 Cedar Lane** **Lemoore, CA 93245** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __25__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brad Miner** **829 S. Capistrano Dr** **Gilbert, AZ 85223** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Bradley Oliver** **9418 N. Archie Ave** **Fresno, CA 93720** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brenda Montoya** **14860 W. D St** **Kerman, CA 93630** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Bret Bucciarelli** **34 Brown Rd** **Southbury, CT 06488** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brian & Leslie Porter** **809 River Terrace St** **Prescott, WI 54021** | | | | | | | **Unknown** |

Sheet no. __26__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**
                                                  Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brian Stern & Kelsey Hansen** **4386 N. 158th Dr** **Goodyear, AZ 85395** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brian Webber** **947 Coyote Mountain Trail** **Corvall, MT 59828** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brigit Kern** **549 Del Mar Ave** **Chula Vista, CA 91910** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Brittney Aguirre** **8447 Hovenweep Ct** **San Diego, CA 92129** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Bruce Brown** **6704 ventura Ct** **San Bernardino, CA 92407** | | | | | | | **Unknown** |

Sheet no. __27__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Bruce Cordova** **77 Laurelhurst Dr** **Ladera Beach, CA 92694** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Candace Trafton** **9015 North 55th Ave** **Glendale, AZ 85302** | | | | | | | **Unknown** |
| Account No. **3741** | C | | | | | | |
| **Capital One** **PO Box 5155** **Norcross, GA 30091** | | | | | | | **2,241.89** |
| Account No. | | | Related to: Capital One | | | | |
| **Capital One** **PO Box 30285** **Salt Lake City, UT 84130-0285** | | | | | | | **Notice Only** |
| Account No. | | | Related to: Capital One | | | | |
| **Capital One** **PO Box 70886** **Charlotte, NC 28272-9903** | | | | | | | **Notice Only** |

Sheet no. __28__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,241.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**                                              Case No. _____
       **Kimberley Dawn Quach**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Capital One Services, Inc.** 15000 Capital One Dr Richmond, VA 23238 | | | | Related to: Capital One | | | | **Notice Only** |
| Account No. **Capitol One Bank** PO Box 60024 City Of Industry, CA 91716-0024 | | | | Related to: Capital One | | | | **Notice Only** |
| Account No. **0880** **Capital One** PO Box 60599 City Of Industry, CA 91716-0599 | C | | | | | | | **6,980.30** |
| Account No. **Capitol  One** PO Box 30285 Salt Lake City, UT 84130-0285 | | | | Related to: Capital One | | | | **Notice Only** |
| Account No. **Captaloans** 1100 Irvine Blvd, Ste 146 Tustin, CA 92780 | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __29__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **6,980.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                                    Case No. _____
        **Kimberley Dawn Quach**
                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Cardflex** **2900 Bristol St** **Costa Mesa, CA 92626** | | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Carey Correia** **8405 Hydra Ln** **San Diego, CA 92126** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Carl & Dorla McLaughlin** **1319 Hemlock Ave** **Anderson, CA 96007** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Carla Chavez** **10940 Deering St** **San Diego, CA 92126** | | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Carlos & Maria Fuentes** **37456 Willowwood Dr** **Freemont, CA 94563** | | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __30__ of __189__ sheets attached to Schedule of                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Carlos Gomez 133 Kearney St Paterson, NJ 07522 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Carmen Pina Sandoval 1045 Jensen Circle Pittsburgh, CA 94565 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Carmen Vera - Cabacungan 1812 mathews Pl Pomona, CA 91766 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Carol Hankins 30782 Chisholm Trail Elizabeth, CO 80107 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Carolyn Liss 1063 OGE Ave Des peres, MO 63131 | | | | | | | | | Unknown |

Sheet no. __31__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____
                                                                   ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Catherine Chapin 7244 Shoreline Dr San Diego, CA 92122 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cathryne Conner 737 Pacific Wy Encinitas, CA 92024 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cathy Linn 561 Brigham Circle Canton, GA 30115 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cathy Rasmussen & Michael Berg 2849 Hot Springs Rd Minden, NV 89423 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| CDW 6281 Beach Blvd, Ste 307 Buena Park, CA 90621 | | | | | | | | Unknown |

Sheet no. __32__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**
                                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Cecelia Cho<br>2155 Cold Springs Ave<br>Merced, CA 95340** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Cecelia Tambe Ebot<br>450 N. Eucalyptus Pl<br>Chandler, AZ 85225** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Cesar & Susana Llamas<br>22233 Sweetgum Ave<br>Moreno Valley, CA 92553** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Chad Trotter<br>1657 N. Nomadic Desert Trail<br>Prescott, AZ 86301** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Champ Garvin<br>1203 Garvin lane<br>Pinedale, AZ 85017** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __33__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Champ Garvin** **3043 W. Sierra Vista Dr** **Phoenix, AZ 85017** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Chan Sengsavang** **17428 Finch Path** **Farmington, MN 55024** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Charlene Lipper** **2258 N. Arbor Ave** **Hanford, CA 93230** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Charles & Maria Engelmann** **12053 E. poinsettia Dr** **Scottsdale, AZ 85259** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Charles Ballon** **1380 Village Wy** **Costa Mesa, CA 92626** | | | | | | | **Unknown** |

Sheet no. __34__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                    Subtotal
                                                            (Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**  **Kimberley Dawn Quach**                                                Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Charles Greene 8212 S. Cushman Ave Tacoma, WA 98408 | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Charlotte Vallas 1166 N. Dresden St #34 Anaheim, CA 92801 | | | | | | | | **Unknown** |
| Account No. **8814** | C | | | | | | | |
| Chase PO Box 15298 Wilmington, DE 19850-5298 | | | | | | | | **17,122.71** |
| Account No. | | | | Related to: Chase | | | | |
| Chase PO Box 94014 Palatine, IL 60094-4014 | | | | | | | | **Notice Only** |
| Account No. | | | | Related to: Chase | | | | |
| Chase Cardmember Service PO Box 15548 Wilmington, DE 19886-5548 | | | | | | | | **Notice Only** |

Sheet no. __35__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,122.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                                            Case No. _____
         **Kimberley Dawn Quach**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Client Services, Inc.** <br> **3451 Harry Truman Blvd** <br> **Saint Charles, MO 63301-4047** | | | | Related to: <br> Chase | | | | **Notice Only** |
| Account No. <br><br> **Creditors Financial Group, LLC** <br> **PO Box 440290** <br> **Aurora, CO 80044-0290** | | | | Related to: <br> Chase | | | | **Notice Only** |
| Account No. <br><br> **Creditors Financial Group, LLC** <br> **3131 S. Vaughn Way, Ste 110** <br> **Aurora, CO 80014** | | | | Related to: <br> Chase | | | | **Notice Only** |
| Account No. **9417** <br><br> **Chase Bank** <br> **PO Box 94014** <br> **Palatine, IL 60094-4014** | C | | | | | | | **6,683.89** |
| Account No. <br><br> **Cardmember Service** <br> **PO Box 15548** <br> **Wilmington, DE 19886-5548** | | | | Related to: <br> Chase Bank | | | | **Notice Only** |

Sheet no. __**36**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **6,683.89**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
    **Kimberley Dawn Quach**
                                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Related to: Chase Bank | | | | |
| **Financial Asset Mgnt Systems** **PO Box 600** **Ashland, VA 23005-0600** | | | | | | | | **Notice Only** |
| Account No. | | | | Related to: Chase Bank | | | | |
| **Financial Asset Mgnt Systems** **PO Box 451409** **Atlanta, GA 31145-9409** | | | | | | | | **Notice Only** |
| Account No. 5335 | | | | Re: Foreclosure 4269 Lamont Street San Diego, CA 92109 Home Equity Line of Credit | | | | |
| **Chase Home Finance** **PO Box 78035** **Phoenix, AZ 85062-8035** | | C | | | | | | **122,971.03** |
| Account No. 6320 | | | | Re: Foreclosure 4269 Lamont Street San Diego, California  92109 | | | | |
| **Chase Home Finance, LLC** **1820 E Sky Harbor Circle S** **Phoenix, AZ 85034-9701** | | C | | | | | | **358,378.24** |
| Account No. | | | | Related to: Chase Home Finance, LLC | | | | |
| **Cal-Western Reconveyance Corp** **525 E Main St** **PO Box 22004** **El Cajon, CA 92022-9004** | | | | | | | | **Notice Only** |

Sheet no. __37__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**481,349.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cheryl Friedman 3 Brokenbow Lane Rolling Hills Estates, CA 90274 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cheryl Friedman 10367 Craftsman Wy, #207 San Diego, CA 92127 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cheryl Sanchez 1540 McFarlan Eureka, CA 95501 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Cherylynn Shuman 248 Octillo Pl Oceanside, CA 92057 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Chester Weatherly 8242 Center Ave Alexandria, VA 22309 | | | | | | | | Unknown |

Sheet no. __38__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____

                                                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Chris Aleszczyk<br>2634 Marg Lane<br>Kississmee, FL 34744** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Chris Aleszczyk<br>237 Sevilla Ave<br>Davenport, FL 33837** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Chris Aleszczyk<br>263 Black baron<br>Delran, NJ 08075** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Chrispulo Zamora<br>105 Orchard Rd<br>Mahopac, NY 10541** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Christian & Frances Gella<br>3942 Kiara Circle<br>Fairfield, CA 94533** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __39__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                                          Case No. _____
         **Kimberley Dawn Quach**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Christian Sandoval**<br>**1249 Elm Ave**<br>**Imperial beach, CA 91932** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Christina Barnhart**<br>**1923 Howard Dr**<br>**Sparks, NV 89434** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Christopher & Terraporn Ryer**<br>**2293 Canyon View Glen**<br>**Escondido, CA 92026** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Christopher & Tiffany O'Daniel**<br>**12057 16th Ave**<br>**Lemoore, CA 93245** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Christopher Ashbaugh**<br>**5510 109th Ave Ct. E**<br>**Puyallup, WA 98372** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __40__ of __189__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
       **Kimberley Dawn Quach**                           Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Christopher Credo** <br> **754 Balboa Ave** <br> **Lemoore, CA 93245** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Christopher Dolan** <br> **445 Island Ave, #301** <br> **San Diego, CA 92101** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Christopher McCaskill** <br> **12724 Inverness Wy** <br> **Woodbridge, VA 22192** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Christopher Nauta** <br> **3821 Canary Creek Ave** <br> **Las Vegas, NV 89031** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Christopher Wyrick** <br> **22204 Sweetgum Ave** <br> **Moreno Valley, CA 92553** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __41__ of __189__ sheets attached to Schedule of                          Subtotal                    
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1083** | | | | Re: Lease Return 2005 Jeep Grand Cherokee Ltd | | | | |
| Chrysler Financial PO Box 9001921 Louisville, KY 40290-1921 | C | | | | | | | |
| | | | | | | | | 2,350.32 |
| Account No. | | | | Related to: Chrysler Financial | | | | |
| American Collection Systems PO Box 29117 Columbus, OH 43229 | | | | | | | | Notice Only |
| Account No. | | | | Related to: Chrysler Financial | | | | |
| American Collection Systems PO Box 1968 Southgate, MI 48195-0968 | | | | | | | | Notice Only |
| Account No. | | | | Related to: Chrysler Financial | | | | |
| Chrysler Financial PO Box 977 Roanoke, TX 76262 | | | | | | | | Notice Only |
| Account No. | | | | Related to: Chrysler Financial | | | | |
| Chrysler Financial PO Box 2293 Milwaukee, WI 53201 | | | | | | | | Notice Only |

Sheet no. __42__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,350.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                          Case No. _____
         **Kimberley Dawn Quach**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Focus Receivables Management<br>1130 Northchase Pkwy, Ste 150<br>Marietta, GA 30067** | | | **Related to:<br>Chrysler Financial** | | | | **Notice Only** |
| Account No.<br><br>**Focus Receivables Management<br>PO Box 725069<br>Atlanta, GA 31139-2069** | | | **Related to:<br>Chrysler Financial** | | | | **Notice Only** |
| Account No.<br><br>**Imperial Credit Systems, Inc.<br>125 N. Parkside Dr., Ste 302<br>Colorado Springs, CO 80909** | | | **Related to:<br>Chrysler Financial** | | | | **Notice Only** |
| Account No.<br><br>**Cindy Taylor<br>1652 Stone Wy<br>Auburn, CA 95603** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Cindya Vega<br>580 North 11th St.<br>Newark, NJ 07107** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __43__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal            **0.00**
                             (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
      **Kimberley Dawn Quach**                                      Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **4936**<br><br>**Citi Cards**<br>**PO Box 6406**<br>**The Lakes, NV 88901-6406** | C | | | | | | | 1,050.29 |
| Account No.<br><br>**Citi Bank**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | | | | Related to:<br>Citi Cards | | | | Notice Only |
| Account No.<br><br>**Northland Group Inc.**<br>**PO Box 390905**<br>**Minneapolis, MN 55439** | | | | Related to:<br>Citi Cards | | | | Notice Only |
| Account No.  **2209**<br><br>**Citi Diamond Preferred Card**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | C | | | | | | | 23,614.29 |
| Account No.<br><br>**Citi Cards**<br>**4600 Houston Rd**<br>**Florence, KY 41042** | | | | Related to:<br>**Citi Diamond Preferred Card** | | | | Notice Only |

Sheet no.  **44**  of  **189**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
             (Total of this page)   **24,664.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                    Case No. _____

                                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Citi Cards** <br> **PO Box 6077** <br> **Sioux Falls, SD 57117-6077** | | | Related to: <br> **Citi Diamond Preferred Card** | | | | **Notice Only** |
| **Account No.** <br><br> **Citicorp Credit Services, Inc.** <br> **PO Box 140516** <br> **Toledo, OH 43614-0516** | | | Related to: <br> **Citi Diamond Preferred Card** | | | | **Notice Only** |
| **Account No.** <br><br> **Harris & Zide** <br> **1445 Huntington Dr., Ste 300** <br> **South Pasadena, CA 91030** | | | Related to: <br> **Citi Diamond Preferred Card** | | | | **Notice Only** |
| **Account No.** <br><br> **United Collection Bureau, Inc.** <br> **5620 Southwyck Blvd, Ste 206** <br> **Toledo, OH 43614** | | | Related to: <br> **Citi Diamond Preferred Card** | | | | **Notice Only** |
| **Account No. 2973** <br><br> **Citi Premierpass Card** <br> **PO Box 6000** <br> **The Lakes, NV 89163-6000** | C | | | | | | **21,224.82** |

Sheet no. __45__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,224.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                                                    Case No. _____
      **Kimberley Dawn Quach**

                                                 ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citi Cards**<br>**PO Box 660370**<br>**Dallas, TX 75266-0370** | | | Related to:<br>**Citi Premierpass Card** | | | | **Notice Only** |
| Account No.<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO 63301-4047** | | | Related to:<br>**Citi Premierpass Card** | | | | **Notice Only** |
| Account No.<br><br>**Client Services, Inc.**<br>**PO Box 1503**<br>**Saint Peters, MO 63376-0027** | | | Related to:<br>**Citi Premierpass Card** | | | | **Notice Only** |
| Account No.<br><br>**LVNV Funding, LLC**<br>**c/o Richard J. Boudreau &Assoc**<br>**5 Industrial Wy**<br>**Salem, NH 03079** | | | Related to:<br>**Citi Premierpass Card** | | | | **Notice Only** |
| Account No. **8622**<br><br>**Citibank, N.A.**<br>**PO Box 26892**<br>**San Francisco, CA 94126-6892** | C | | Re: Quach Holdings, LLC | | | | **1,828.41** |

Sheet no. __**46**__ of __**189**__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)    **1,828.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Citibank** <br> **PO Box 92350** <br> **Albuquerque, NM 87199** | | | | Related to: <br> **Citibank, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **Sunrise Credit Services, Inc.** <br> **260 Airport Plaza** <br> **PO Box 9100** <br> **Farmingdale, NY 11735-9100** | | | | Related to: <br> **Citibank, N.A.** | | | | **Notice Only** |
| Account No. **xxxx/4111** <br><br> **Citibank, N.A.** <br> **PO Box 9241** <br> **Uniondale, NY 11555-9241** | C | | | Re: Quach Holdings, LLC | | | | **6,380.31** |
| Account No. <br><br> **Citi** <br> **PO Box 92350** <br> **Albuquerque, NM 87199** | | | | Related to: <br> **Citibank, N.A.** | | | | **Notice Only** |
| Account No. <br><br> **LTD Financial Services, L.P.** <br> **7322 Southwest Frwy, Ste 1600** <br> **Houston, TX 77074** | | | | Related to: <br> **Citibank, N.A.** | | | | **Notice Only** |

Sheet no. **_47_** of **_189_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,380.31**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9124**<br><br>**Citicorp Business Banking**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146** | C | | Re: Don Quach, Inc. | | | | **4,872.06** |
| Account No.<br><br>**Claudio & Maria Del Carmen Martinez**<br>**534 Summer St**<br>**St.Fernley, NV 89408** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Clemente & Esther Aguirre**<br>**905 Greenleaf Dr**<br>**Joliet, IL 60436** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Clive & Marsha Kelly**<br>**22 Old Trolley Wy**<br>**Norwalk, CT 06853** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **5238**<br><br>**Club Express**<br>**WFNNB Expresss**<br>**PO Box 659728**<br>**San Antonio, TX 78265-9728** | C | | | | | | **244.84** |

Sheet no. __**48**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,116.90**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**                                                 Case No. _____
        **Kimberley Dawn Quach**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Asset Acceptance LLC** **PO Box 2036** **Warren, MI 48090-2036** | | | | Related to: Club Express | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Financial Network NB** **PO Box 182125** **Columbus, OH 43218-2125** | | | | Related to: Club Express | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **World Financial Network NB** **PO Box 182273** **Columbus, OH 43218-2273** | | | | Related to: Club Express | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Colleen & Jorge Trujillo** **6 Summit Ct** **RanchoSantaMargarita, CA 92688** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Comfort Eboh** **2918 Ellington Rd** **Los Angeles, CA 90016** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __49__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                  Subtotal
                                                      (Total of this page)              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**                                          Case No. _____
        **Kimberley Dawn Quach**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Conrad & Genevieve White<br>3506 S. Gramercy Pl<br>Los Angeles, CA 90018** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Corazon Bautista<br>13421 Hubbard St #110<br>Sylmar, CA 91342** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Cox<br>PO Box 79171<br>Phoenix, AZ 85062** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**CRES Insurance<br>PO Box 500810<br>San Diego, CA 92150** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Culligan<br>NW 5120<br>PO Box 1450<br>Minneapolis, MN 55485** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __**50**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dale Myrick 99 Basalt Dr Fredericksburg, VA 22406** | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dalisay Delgado 124 Clarke Ave Jersey City, NJ 07304** | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Damian & Katherine Miller 3009 Country Dancer Ave North Las Vegas, NV 89081** | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dan Doyle 2900 W Irving Park Rd #205 Chicago, IL 60618** | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dana Dolder 4412 Pescadero Ave San Diego, CA 92107** | | | | | | | | Unknown |

Sheet no. __51__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                                                      Case No. _____
         **Kimberley Dawn Quach**

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel Benjamin<br>7875 Cadiz Ave<br>Sparks, NV 89436** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Daniel Cain<br>1074 Spoonbill Dr<br>Sparks, NV 89441** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Daniel Diaz<br>5865 Friars Rd, #3114<br>San Diego, CA 92110** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Daniel Houck<br>3963 Birdsville Rd<br>Davidsonville, MD 21035** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Daniel Houck<br>16614 Sylvan Dr<br>Bowie, MD 20715** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __**52**__ of __**189**__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
        **Kimberley Dawn Quach**                              Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Daniel Marquez**<br>**5939 Elkport St**<br>**Lakewood, CA 90713** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Daniel Truziniski**<br>**15426 Wilmaglen Dr**<br>**Whittier, CA 90604** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Danny & Donna Myers**<br>**2503 Valencia Ave**<br>**Santa Ana, CA 92706** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Danny Hurtado**<br>**3521 Hauchuca Wy**<br>**Bakersfield, CA 93309** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Danny Titilah**<br>**363 Ebony Ave**<br>**Imperial beach, CA 91932** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **53** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**
                                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Daphne Anundon 9 Rachel Wy North Brunswick, NJ 08902 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Darrin Collier 2216 Jardine Ave North Las Vegas, NV 89032 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Daryl Johnson 386 Vermont Ave Irvinton, NJ 07111 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Dave & Kathy Pacheco 5472 Laurelton Ave Garden Grove, CA 92845 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Angie Hutton 3521 E. Presidential Srive Meridian, ID 83642 | | | | | | | | | Unknown |

Sheet no. __54__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
                                            (Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Donna Gonzalez 1120 N. Val Vista Gilbert, AZ 85234 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Irma Rocha 15894 West E St Kerman, CA 93630 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Jeanette Guzman 11674 Durango Dr Adelanto, CA 92301 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Maria Sellevold 3N809 Bitterswert Rd Saint Charles, IL 60175 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| David & Nemita Graham 8006 Chalet Pl San Diego, CA 92126 | | | | | | | | | Unknown |

Sheet no. __55__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                Case No. _____

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **David & Penny Bartholet** **34289 Wapiti Lane** **Seaside, OR 97138** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **David & Rosa Granquist** **2363 Feather River Rd** **Chula Vista, CA 91915** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **David Bracamontes** **1703 Sandley Ct** **San jacinto, CA 92582** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **David Clegg** **1582 N. Ballantyne** **Eagle, ID 83616** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **David Garcia** **9311 South Troy Ave** **Evergreen park, IL 60805** | | | | | | | | | **Unknown** |

Sheet no.  **56**  of  **189**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**                                              Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**David Markey <br>305 Greenvale Ave West <br>Northfield, MN 55057** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**David Rodriguez <br>5324 East Truman Ave <br>Fresno, CA 93725** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**David Verkest <br>24728 Morningstar Dr <br>Murrieta, CA 92562** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**David Watson <br>3330 N Geronimo Ave <br>Tuscon, AZ 85705** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**David Watson <br>1518 W Hudson Pl <br>Pima County, AZ 85704** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __57__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**                                           Case No. _____

                                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **David Zamarron** <br> **2131 Falcon Dr** <br> **Fairfield, CA 94535** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Dawn Bradfield** <br> **2000 Corporate Dr, #917** <br> **Ladera Ranch, CA 92694** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Dean & Jolene Wolzen** <br> **10209 W. White Moutain Rd** <br> **Sun City, AZ 85331** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Deanna & Michael Johnston** <br> **3538 74th Ave SE** <br> **Olympia, WA 98501** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Deanna Horton** <br> **3330 Rodeo Ave** <br> **Pahrump, NV 89048** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __58__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
         **Kimberley Dawn Quach**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deborah Smoyer**<br>**294 Lemmon Wy**<br>**Hanford, CA 93230** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Debra Finnell**<br>**5162 Aspen View Dr**<br>**Reno, NV 89523** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Debra Finnell**<br>**1760 Vale St**<br>**Reno, NV 89509** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Dee's Phone Service**<br>**13331 Casa Vista**<br>**Poway, CA 92064** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Delores barnett**<br>**6817 Greenvale Pkwy**<br>**Hyattsville, MD 20784** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __59__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                         ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Demetrius Sommers** **1049 Felspar St, #25** **San Diego, CA 92109** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dennis & Sandra Graham** **5818 Center Dr** **Temple Hills, MD 20748** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Dennis Mallerne** **2001 Kim Wy** **Sparks, NV 89431** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Derek Smith** **6813 Corybus St** **Chino, CA 91710** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Diane Tates** **10503 Shenandoah Path** **Catlett, VA 20119** | | | | | | | | **Unknown** |

Sheet no. __**60**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                    Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Digital Graphics** **10225 Barnes Canyon Rd, # A103** **San Diego, CA 92121** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Dimitri Duke** **10072 Silver Star Dr** **Reno, NV 89521** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Donald & Bonnie Ward** **1670 Secretariate Dr** **Annapolis, MD 21401** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Donald & Wendy Adkinson** **23145 E. York Ave** **Parker, CO 80138** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Donald Adkinson** **23145 E. York Ave** **Parker, CO 80138** | | | | | | | **Unknown** |

Sheet no. __61__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**                                    Case No. _____
**Kimberley Dawn Quach**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Donald Cunningham 1643 W 214th St Torrance, CA 90501 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Donald Winnie 143 Date St Imperial Beach, CA 91932 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Donna & Brian Sampsel 25673 West Arcade Dr N Lake Villa, IL 60046 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Doug Dellavecchia 11 Antonio Ave Meriden, CT 06451 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Douglas Rogers 13123 Venetian Rd Silver Springs, MD 20904 | | | | | | | | Unknown |

Sheet no. __62__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                            ,
                                    Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**DRE**<br>**2201 Broadway**<br>**Sacramento, CA 95818** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**DWyne Wade**<br>**8794 Woodside Park**<br>**Oakpark, MI 48237** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Earl & Tami Glascock**<br>**5208 Calabria Ct**<br>**Alexandria, VA 22315** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Eddie James**<br>**12042 Gay Rio Dr**<br>**Lakeside, CA 92040** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Eddie Torres & Christy Corona**<br>**16199 West E St**<br>**Kerman, CA 93630** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **_63_** of **_189_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____
_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Edgar Strome** **4183 Lafayatte St** **Riverside, CA 92503** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Edilberto Garay & Lucia Prudencio** **2612 Lackawanna Ct** **Hyattsville, MD 20783** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Editha & Raymund Villanueva** **5070 Wine Cellar Dr** **Sparks, NV 89436** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Editha & Raymund Villanueva** **2075 Haywood Dr** **Sparks, NV 89434** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Eduardo Adlawan** **9757 Bedstraw St.** **Las Vegas, NV 89178** | | | | | | | | | **Unknown** |

Sheet no. __64__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**                                      Case No. _____

                                                                  ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Edward Babine**<br>**6390 S.E. North St**<br>**Port Orchard, WA 98367** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Edward Bustin**<br>**29563 Lilac Dr**<br>**Campo, CA 91906** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Edwina S. Del Castillo**<br>**3624 Pier Walk**<br>**Oxnard, CA 93035** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Elaine King**<br>**18507 South Bellamy Rd**<br>**Chicago, IL 60478** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Elena & Gonzalo Ortiz**<br>**1765 Kraft St**<br>**Oceanside, CA 92058** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __65__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**
_____,
　　　　　　　　　　　　Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elena & Gonzalo Ortiz**<br>**1769 Kraft St**<br>**Oceanside, CA 92058** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Eli Ramirez**<br>**7707 Margerum Ave**<br>**San Diego, CA 92120** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Eli Ramirez**<br>**7895 Lake Andrita**<br>**San Diego, CA 92119** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Elmer Hull**<br>**7837 Golondrina Dr**<br>**San Bernardino, CA 92410** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Elvir Erlys**<br>**7388 Stream Wy**<br>**Springfield, VA 22152** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __66__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
          **Kimberley Dawn Quach**                              Case No. _____

                                                       ,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6805**<br><br>**Emergency Services Med Corp**<br>**PO Box 12440**<br>**Westminster, CA 92685-2440** | C | | | | | | | **415.00** |
| Account No.<br><br>**Enrique & Carmen Cruz**<br>**167 Ciani Rd**<br>**New Britain, CT 06053** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Enrique G Santos**<br>**9867 Wonderful Day**<br>**Las Vegas, NV 89148** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Enrique G Santos**<br>**9050 Iron Cactus Ave**<br>**Las Vegas, NV 89148** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Enrique G Santos**<br>**6268 W. Levi Ave**<br>**Las Vegas, NV 89141** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. \_\_**67**\_\_ of \_\_**189**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal           | **415.00**
                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Enrique G Santos** **7742 Bear Ridge St** **Las Vegas, NV 89113** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Eric Davis** **4961 West Calle Don Miguel** **Tuscon, AZ 85757** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Eric Rauterkus** **9369 Ronda Ave** **San Diego, CA 92123** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Erick Mata** **6664 Escalon Dr** **Las Vegas, NV 89108** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Erlene Williams** **815 W 50th St** **Los Angeles, CA 90037** | | | | | | | | | **Unknown** |

Sheet no. __68__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
    **Kimberley Dawn Quach**                                        Case No. _____

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Erlynda Thompson** <br> **28885 Trabuco Rd, #167** <br> **Lake Forest, CA 92630** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Ernesto Ruiz** <br> **138 North Spencer** <br> **Mesa, AZ 85203** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Esteve Saldana** <br> **2370 Corte Isla, #50** <br> **Chula Vista, CA 91914** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Ethelbert Anthony** <br> **11905 Frost Dr** <br> **Bowie, MD 20720** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Eugene Magar** <br> **3539 Minton Rd** <br> **Lake Orion, MI 48359** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __69__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                              Subtotal                      **0.00**
                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

                                       ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Eula Hudson 2015 W. Hunt Ave Chicago, IL 60643 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Eula Hudson 5608 Alice St Hammond, IN 46320 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Eula Hudson 5722 S. Calumet Ave Hammond, IN 46320 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Evaristo Diaz 1454 N Hamlin Ave Chicago, IL 60651 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Evaristo Diaz 1637 N Saint Louis Ave Chicago, IL 60647 | | | | | | | | Unknown |

Sheet no. __**70**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                                           Case No. _____
         **Kimberley Dawn Quach**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Evelyn Soto 270 East Forhan St Long Beach, CA 90805 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Faisel & Hera Shaikh 43274 Sunderleigh Sq Broadlands, VA 20148 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Fannye Houston-Wade 207 Virginia Ave Jersey City, NJ 07304 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Farhad Afshar 19509 White Saddle Dr Germantown, MD 20874 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Farmers Insurance 7840 Madison Ave Fair Oaks, CA 95628 | | | | | | | | | Unknown |

Sheet no. __71__ of __189__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                       ,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Fed Ex**<br>**3875 Airways**<br>**Module H3, Dept. 4634**<br>**Memphis, TN 38116** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Federico & Lourdes Dimicali**<br>**1897 Sherbrooke St**<br>**San Diego, CA 92139** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Felix & Paula Minimo**<br>**11296 Pegasus Ave**<br>**San Diego, CA 92126** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Fernando & Evangeline Ba-ad**<br>**3802 Fiday Rd**<br>**Joliet, IL 60431** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Fernando Resendes**<br>**14361 Manchester Dr**<br>**Naples, FL 34114** | | | | | | | **Unknown** |

Sheet no. __72__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7735** <br><br> **First Equity Card** <br> **PO Box 23029** <br> **Columbus, GA 31902-3029** | C | | Re: Quach Holdings, LLC | | | | 12,295.04 |
| Account No. <br><br> **Experian** <br> **475 Anton Blvd** <br> **Costa Mesa, CA 92626** | | | Related to: <br> First Equity Card | | | | Notice Only |
| Account No. <br><br> **Hollins Schechter LLP.** <br> **1851 E First St, 6th Floor** <br> **Santa Ana, CA 92705-4017** | | | Related to: <br> First Equity Card | | | | Notice Only |
| Account No. <br><br> **Five 9** <br> **7901 Stoneridge Dr, Ste 200** <br> **Pleasanton, CA 94588** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. <br><br> **Frances Taylor** <br> **3 Crown Valley Dr** <br> **Henderson, NV 89074** | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. **73** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,295.04

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**  
  **Kimberley Dawn Quach**  
  _____,  
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Francisco Lopez**<br>**405 S parish Pl**<br>**Burbank, CA 91506** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Francisco Marroquin**<br>**8602 Powhattan St**<br>**New Carrollton, MD 20784** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Francisco Montano**<br>**5160 Emerlad Cove**<br>**San Diego, CA 92154** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Francisco Quirarte**<br>**3567 Maguire Rd**<br>**San Diego, CA 92173** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Frank & Alice Madrid**<br>**13350 White Crane Rd**<br>**Livingston, Ca 95334** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **74** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                    Case No. _____

                                                                   ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Frank & Stephanie Rote** **4925 Glacier Ave** **San Diego, CA 92120** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Frank Spaan** **27478 Rio Vista Dr** **Sun City, Ca 92586** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Fred Gill** **344 Keating St** **Henderson, NV 89074** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Freedom Voice** **169 Saxony Rd, Ste 206** **Escondido, CA 92024** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Funding Suite / Cogent Road** **4180 LaJollaVillageDr, Ste 220** **La Jolla, CA 92037** | | | | | | | | | Unknown |

Sheet no. __75__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                          Case No. _____
                                                          ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Gabia Bonatas** **606 N. Manhattan Pl** **Los Angeles, CA 90004** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Gail Soto** **2561 Hyler Ave** **Los Angeles, Ca 90041** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Gary & Amy Miles** **11837 Calcite Ave** **Hesperia, CA 92345** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Gary & Cindy Wolf** **3658 W. Carla Vista Dr** **Chandler, AZ 85226** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Gary & Kimberly Brown** **1720 Rock Island Dr** **Ely, IA 52227** | | | | | | | | **Unknown** |

Sheet no. __76__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**                                         Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Gary Venner 1515 Summer St #308 Stamford, CT 06905 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| George & Briana Crysler 10834 Meadow Glen Wy E Escondido, Ca 92026 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| George & Sebnem Maldonado 1117 6th Ave Toms River, NJ 08757 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Gerard Butler 19425 79th Ave Ct E SpanaWy, WA 98397 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Gerardo Marquez 20307 Devlin Ave Lakewood, CA 90715 | | | | | | | | | Unknown |

Sheet no. __77__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
        **Kimberley Dawn Quach**                                             Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                                    (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gergory Barbato**<br>**3003 Surfside Blvd**<br>**Cape Coral, FL 33914** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**German Canales & Maria Velesquez**<br>**110 Roselawn Dr**<br>**Annapolis, MD 21403** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Gina Sgarro**<br>**9884 Arrow Rte, Unit 2**<br>**Rancho Cucamonga, CA 91730** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Gladys Perez**<br>**27553 Bellogente**<br>**Mission Viejo, CA 92691** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Glen Machado**<br>**385 Utical Lane**<br>**San Jose, CA 95123** | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __**78**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Glen Tuckson**<br>**2061 Star Pine Wy**<br>**San Leandro, Ca 94577** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **1325**<br><br>**GMAC Mortgage**<br>**2711 N Haskell Ave**<br>**Dallas, TX 75204** | C | | | | Re: Foreclosure<br>4102 Ingraham Street<br>San Diego, CA  92130 | | | | **392,892.44** |
| Account No.<br><br>**Golden State**<br>**1201 Marina Village Pkwy, #300**<br>**Alameda, CA 94501** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Grasshopper**<br>**197 1st Ave, Ste 200**<br>**Needham, MA 02494** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Greg & Delores Pinon**<br>**5449 W. Home Ave**<br>**Fresno, CA 93722** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __79__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **392,892.44**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
        **Kimberley Dawn Quach**                                    Case No. _____

                                                              ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Greg & Jonnie Coldwell 6106 W. Shadow Dr Bozeman, MT 59715 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Gregory Short 293 Burnt Mill Rd Arrowhead, CA 92352 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Guadalupe Corona & Lisa Corona 209 E Dunham St Madera, Ca 93637 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Guillermina Cruz 1730 Del Paso Ave San Jose, CA 95124 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Gustavo Lopez 773 Meadowlark Dr Fairfield, Ca 94533 | | | | | | | | | Unknown |

Sheet no. __80__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
       **Kimberley Dawn Quach**                      Case No. _____

_____ ,
                               Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Gustavo Reyna 1055 N. Recker Rd #1279 Mesa, AZ 85205** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Habtom Bariamichael 31502 41st Ave SW Federal Wy, WA 98023** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Haines Company 8050 Freedom Ave North Canton, OH 44720** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Harmony & Jason Fonseca 6622 East Farmstead Rd Prescott Valley, AZ 86314** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Heather Allenback 105 Black Rock Ave New Britain, CT 06052** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __81__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Hector Galazar<br>5649 W. Alice Ave<br>Glendale, AZ 85302** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Hector Trejo<br>3151 Clint Wood Rd #106<br>Boca Raton, FL 33496** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Henry & Patricia Smith<br>687 Ann Wy<br>Gardnerville, CA 89460** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Herbert Bates<br>107 Cork St<br>Stafford, VA 22554** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Herculano Guzman<br>5408 N 90th St<br>Oak Lawn, IL 60453** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **82** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Hermelinda Marquez 2884 W 26th Pl Yuma, AZ 85364 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Hilda Bernardino 9956 Rosa M Richardson El Paso, TX 79927 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Hilda Pineda 5575 Seminary Rd #214 Falls Church, VA 22041 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Hilda Pineda 3009 Nicosh Circle Apt. 4404 Falls Church, VA 22041 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Hilda Pineda 15202 Streamside Ct Dumfries, VA 22026 | | | | | | | | | Unknown |

Sheet no. __83__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                                              ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Hugo Gil** **5422 Caminito Vista Lujo** **San Diego, CA 92130** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Husein Rizvic** **8109 Kingsbury Dr** **Hanover Park, IL 60133** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ignacio Montoya** **825 South First St** **Kerman, CA 93630** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Iman Mafi** **2 Enterprise** **Aliso Viejo, CA 92656** | | | | | | | | **Unknown** |
| Account No. **4430** | | | | Re: Foreclosure 8679 Horizon Wind Avenue Las Vegas, Nevada 89124 | | | | |
| **Indymac Bank** **Home Loan Servicing** **6900 Beatrice Dr** **Kalamazoo, MI 49009** | C | | | | | | | **221,240.65** |

Sheet no. __84__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**221,240.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
        **Kimberley Dawn Quach**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **High Noon @ Arlington RanchHOA** **5575 S Durango Ave, Ste 106** **Las Vegas, NV 89113** | | | | Related to: **Indymac Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Homeowner Assoc Services, Inc.** **3513 E Russell Rd** **Las Vegas, NV 89120** | | | | Related to: **Indymac Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Indymac Bank** **PO Box 78862** **Phoenix, AZ 85062** | | | | Related to: **Indymac Bank** | | | | **Notice Only** |
| Account No. | | | | **Re: United Fidelity Group, Inc.** | | | | |
| **Inous** **PO Box 881403, Ste 200** **San Diego, CA 92168** | | | | | | | | **Unknown** |
| Account No. | | | | **Re: United Fidelity Group, Inc.** | | | | |
| **Irma & Trinidad Garibay** **6761 E. 64th Ave** **Commerce City, Co 80022** | | | | | | | | **Unknown** |

Sheet no. __**85**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                               Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Irma & Trinidad Garibay**
**6681 E 64th Ave**
**Commerce City, CO 80022** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**Jae & Hyon Kim**
**726 Canary Wharf Dr**
**Las Vegas, NV 89178** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**Jaime Rice**
**27871 Cactus Ave #B**
**Moreno Valley, CA 92555** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**Jake Brooks**
**95 Silver Grove Rd**
**Stockholm, NJ 07460** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**James & Jean Roney**
**2601 River Bend Lane**
**Plainfiled, IL 60586** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __86__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
           (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James & Kaoruko Marshall 1918 Echo Lane Lincoln, CA 95648 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James A Noce 5106 Northwest Daniels St Vancouver, WA 98663 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James Annoreo 5119 South Newland Ave Chicago, IL 60638 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James Hadley 462 North Cabrillo Ave San Pedro, CA 90731 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James Valiaveettil 320 East McKenna Ct Elmhurst, IL 60126 | | | | | | | | | Unknown |

Sheet no. __87__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| James Willington 3504 26th Ave Temple Hills, MD 20748 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jamille Rashell Travis 1335 Emerlad St San Diego, CA 92109 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Janet Weber 607 Franklin  St St. Montara, CA 94037 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Janet Weber & Ram Subedi 607 Franklin St Montara, CA 94037 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| January Michael 1542 La Corta St Lemon Grove, CA 91945 | | | | | | | | | Unknown |

Sheet no. __88__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                    Case No. _____
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  Jared Hoover Jennifer Romaine 600 Silver Berry Encinitas, CA 92024 | C | | | | Jared R. Hoover; Jennifer O. Romaine v. Kimberly Quach; Dong Quach Case No. 37-2009-00009532-SC-SC-CTL Landlord/Tenant Claim Judgment | | | | 3,775.00 |
| Account No.  Jason & Julie Eaton 1610 Combination Rd VirginiaCityHighland, NV 89521 | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  Jason & Yesenia Dodson 583 E. 16th St Oakland, CA 94621 | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  Jason & Yesenia Dodson 17433 Via Susana San lorenzo, Ca 94580 | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.  Jason Linklocker 214 Boylston Ave Daytona Beach, FL 32118 | | | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __89__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,775.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Javier Ayala** **15200 Strawberry lane** **Adelanto, CA 92301** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jeff Krause** **817 N. Anderson Ct** **Tacoma, WA 98406** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jeffrey Grubert** **10 Durango Ct** **Aliso Viejo, Ca 92656** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jeffrey Grubert** **615 & 617 Glenneyre St** **Laguna Beach, CA 92651** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jeffrey powers** **3218 West Port Royale lane** **Phoenix, AZ 85053** | | | | | | | | | **Unknown** |

Sheet no. **90** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
**Kimberley Dawn Quach**                                                    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jenna Villalobos** **156 E Indian School Lane** **Banning, Ca 92220** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jerry & Gina Greenwood** **1123 Jo Lane** **Gardnerville, NV 89410** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jerry Owens** **32348 Yosemite Ln** **Temecula, CA 92592** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jerry Poth** **4692 Laramie Sky Dr** **Colorado Springs, CO 80922** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jesse & Patricia Poole** **15911 Fairgrove Ave** **La Puenta, CA 91744** | | | | | | | **Unknown** |

Sheet no. __91__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jessica & James Camus 7249 Fairoaks Loop SE Olympia, WA 98513 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jessica Camus 8304 Woodgrove Ct SE Olympia, WA 98513 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jessica Vasquez & Michelle Cregan 4126 Vernon Ave Brookfield, IL 60513 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jessie Folnsbee 1227 S. Palm Ave Hemet, CA 92543 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jesus & Eufemia O'Campo 431 Nationa St Henderson, NV 89015 | | | | | | | | | Unknown |

Sheet no. __92__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                                     Case No. _____

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joaquin Bravo Jr.** **1634 Gardenia Ave** **Long Beach, CA 90613** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Jody Jones** **6670 Desiree Loop** **Anchorage, AK 99507** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joe & Bertha Martinez** **2103 Sunset Ridge Ct** **Glenwood Springs, CO 81601** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joe Tajc** **8822 S. Desert Valley Wy** **Tuscon, AZ 85747** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joel & Celia Poudier** **11620 Duchess Dr** **Fredereickburg, VA 22408** | | | | | | | **Unknown** |

Sheet no. __**93**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal                 **0.00**
                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**John & Jennifer Daniels
604 Moonglow #101
Odenton, MD 21113** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**John Bret-Harte
67963 Vega Rd
Cathedral City, CA 92234** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**John Brown
3025 Picohline Dr
Livermore, CA 94550** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**John Eaton
1610 Combination Rd
Reno, NV 89521** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.

**John Hugee
6762 Warner Ave, #C5
Huntington Beach, CA 92647** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __94__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Johnny & McKenzie Neal 5331 W Illini St Phoenix, AZ 85043 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Jonathan Neal 525-527 Rose St Long Beach, CA 90802 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Jorge & Graciela Silva 1666 East San Xavier Dr Casa Grande, AZ 85222 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Jorge Anguiano & Esmeralda Ortiz 2632 S. Barkley Ranch Ave Yuma, AZ 85364 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Jorge Chaidez 13508 W. Marlette Ave Litchfield park, AZ 85340 | | | | | | | Unknown |

Sheet no. **95** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**                                          Case No. _____

                                                                        ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jorge Duran 236 S. Harvard Ave Addison, IL 60101 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jorge Silva 1666 East San Xavier Dr Casa Grande, AZ 85222 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose & Bertha Martinez 2103 Sunset Ridge Ct Glenwood Springs, CO 81601 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose & Julie Navarrette 7305 Larrup Ct Alexandria, VA 22315 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose & Monica Saldana 2370 Corte Isla #2370 Chula Vista, CA 91914 | | | | | | | | | Unknown |

Sheet no. __96__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**　　Case No. _____
　　　**Kimberley Dawn Quach**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jose & Nicole Newman** **1612 Hillsborough St** **Chula Vista, CA 91913** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jose & Rosa Gonzalez** **318 S. Silton Ave** **San Dimas, CA 91773** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jose Arvizo** **12734 SE 191th Pl** **Renton, WA 98058** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jose Cerna** **8630 East Calaveras Ave** **Rancho Cucamonga, CA 91730** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Jose Reyes** **207 Comstock Dr** **Colonial Heights, VA 23834** | | | | | | | | **Unknown** |

Sheet no. __97__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**
                                                          Case No. _____
                                                                ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose Reyes 8220 Cottage St Vienna, VA 22180 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose Rodriguez 2451 N. Parkside Ave Chicago, IL 60639 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose Rodriguez Jr 535 Montezuma St Ontario, CA 91762 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose Saldana 2370 Corte Isla, #50 Chula Vista, CA 91914 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Jose Vasquez 17502 Bauchard Ct. Carson, CA 90746 | | | | | | | | | Unknown |

Sheet no. __98__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                  ,

Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joseph & Diane Whitford** <br> **4733 Wilmore Wy** <br> **Cottage Grove, WI 53527** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. <br><br> **Joseph & Jodi Pecoraro** <br> **1058 Ariel Pl** <br> **Escondido, CA 92027** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. <br><br> **Joseph & Lenda Killingham** <br> **5246 Churchwood St** <br> **San Diego, CA 92114** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. <br><br> **Joseph & Marie Covotta** <br> **495 Duneden Dr** <br> **Aurora, OH 44202** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. <br><br> **Joseph & Sharon Mattioli** <br> **610 East Huffaker Lane** <br> **Reno, NV 89511** | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __**99**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**
　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joseph & Stephaie O'Brien 1302 Wright Ct Fredricksburg, VA 22401** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joseph Brown 1703 Logan Ave, #D San Diego, CA 92113** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joseph Colina 10784 Misty Meadows Dr Reno, NV 89521** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joseph Crawford 225 Willow Dr Solvang, CA 93463** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Joseph Latham 7728 Alpine Beach Rd. Pasadena, MD 21122** | | | | | | | **Unknown** |

Sheet no. __100__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Joseph Longo**<br>**1205 Sable**<br>**RanchoSantaMargarita, CA 92688** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  <br><br>**Joseph Mauck**<br>**46966 Ctyard Sq, Unit 302**<br>**Sterling, VA 20164** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  <br><br>**Joseph Reis & Joelma Kusman**<br>**54 Kossuth St**<br>**Newark NJ, NJ 07105** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  <br><br>**Joseph Williams**<br>**5885 El Cajon Blvd., #218**<br>**San Diego, CA 92115** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  <br><br>**Joshua Draper**<br>**4177 Texas St**<br>**San Diego, CA 92104** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **101** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                    Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Joshua Haddy** <br> **2008 Via vina** <br> **San Clemente, CA 92673** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Juan & Delores Lopez** <br> **1871 Talbot Ct** <br> **Chula Vista, CA 91913** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Juan & Karina Mancilla** <br> **53774 Calle Balderas** <br> **Coachella, CA 92236** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Juan & Lorraine Aguirre** <br> **4833 Federal Blvd.** <br> **San Diego, CA 92102** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Juan Aguirre** <br> **4836 Lyon St** <br> **San Diego, CA 92109** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __102__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**                                                                    Case No. _____
       **Kimberley Dawn Quach**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Juan Bernardino**<br>**1205 Cross Field Circle**<br>**laredo, TX 78045** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Juan C Colemenares**<br>**128 Francis Ave**<br>**Hamilton, NJ 08629** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Juan C Colmenares**<br>**128-130 Francis Ave**<br>**Hamilton, NJ 08629** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Juan Ivanez**<br>**8909 Footed Ridge**<br>**Columbia, MD 21045** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Juan Villalobos**<br>**11116 Surrey Ave**<br>**Ontario, CA 91762** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __103__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Judith Raphael** **34383 C Dana Strand** **Dana Point, CA 92629** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Julie Pesusich** **8526 Hollywood Blvd.** **Los Angeles, CA 90069** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Julietta Reynolds & Timothy Wing** **1445 Fieldbrook** **Chula Vista, CA 91913** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Julio & Adela Roman** **330 Hook Rd** **Westminister, MD 21157** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Juozas Martynaitis** **2300 Copper Spring Dr** **Reno, NV 89521** | | | | | | | | | **Unknown** |

Sheet no. __104__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                 ,

Case No. _____

                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Justin & Brooke Sturgeon** <br> **23425 Oakley Ct** <br> **Ramona, CA 92065** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Justin Arnold** <br> **6351 Lorne Green Ave #103** <br> **Henderson, NV 89011** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Justin Mendenhall** <br> **8 Rabano** <br> **RanchoSantaMargarita, CA 92688** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Kannarkat & Annie Verghese** <br> **41040 Paw Paw Hollow Lane** <br> **Leonardtown, MD 20650** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Kannarkat & Annie Verghese** <br> **39966 Lady Baltimore Ave** <br> **Leonardtown, MD 20650** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __105__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　　**Kimberley Dawn Quach**
                                                                        Case No. _____
                                                                        ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Kaoruko Marshall 1918 Echo Lane Lincoln, CA 95648 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Kapil Raj 24221 Palmek Circle Lake Forest, CA 92630 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Karen Malone 12211 Waterford Pl Louisville, KY 40291 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Katerina & Emad Moawad 234 S. Tower Dr #4 Beverly Hills, CA 90211 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Katherine Greubel 19652 Vista Del Valle Santa Ana, CA 92705 | | | | | | | | | Unknown |

Sheet no. __106__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                                          Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Katherine Hernandez 1204 N. Escondido, #B49 Escondido, CA 92026 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Kathleen Pacheco 5472 Laurelton Ave Garden Grove, CA 92845 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Kazim Dogan & Feriha Dogan 908 Eaglehurst Rd Toms River, NJ 08753 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Keit Vo & Tam Vo 210 W Ash Rd Sterling, VA 20164 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Kelly & Michael Bruchhauser 5496 N. Edgemont Dr San Bernardino, CA 92404 | | | | | | | | | Unknown |

Sheet no. __107__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                                    Case No. _____

                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Kelly Jackson Inc 1703 Logan Ave, #D San Diego, CA 92113 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Kelly Lewis 2584 Fairway Dr Costa Mesa, CA 92627 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Ken & Crystal Turner 261 Lassiter Dr Ellenwood, GA 30294 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Kennieth Fong 29889 Circinus St Murrieta, CA 92653 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Kenny Ahn 16310 Driftwood Ct La Mirada, CA 90638 | | | | | | | | Unknown |

Sheet no. __108__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Kenny Cortez**<br>**1234 Coates Ave**<br>**Los Angeles, CA 90063** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Kenny Romans**<br>**1790 Avenida Vista Labera**<br>**Oceanside, CA 92056** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Kent & Carolyn Anderson**<br>**17805 N 64th Ave**<br>**Glendale, AZ 85308** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Kevin Mary**<br>**3408 Long Dr**<br>**Minden, NV 89423** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Kevin O'Daniel & Candis Amasalian**<br>**15903 Houston Ave**<br>**Lemoore, CA 93230** | | | | | | | **Unknown** |

Sheet no. __109__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kevin Roderick 4820 Beryl Wy San Diego, CA 92109** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. **Kidane Hantal 7447 Aspen Park Rd Lorton, VA 22079** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. **Kimberlee Smith 15693 Pike Trail Dumfries/Montclair, VA 22025** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. **Kimberly & Christopher Dunham 31 Grady Rd Vernon, CT 06066** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. **Kimberly Varner 23 Marne St Plainfield, CT 06374** | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __110__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                        Case No. _____
                                                            ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Kirk Mueller 16454 SG Wy Caldwell, ID 83607** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Kris Stidham 3037 Laurel Rd Bishop, CA 93514** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Krishnamurthy Sundararajan 7N023 Bristol Ct Saint Charles, IL 60175** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Kristin Piscotta 1086 Sheer Paradise Lane #103 Henderson, NV 89002** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Kurt Johnson 1633 Monarch Ridge Circle El Cajon, CA 92019** | | | | | | | | **Unknown** |

Sheet no. **111** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Kurt Pankoski**<br>**1380 Garnet Ave, #E200**<br>**San Diego, CA 92109** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Lakshmi Koneru**<br>**7613 Brittnay Parc Ct**<br>**Falls Church, VA 22043** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Lakshmi Koneru**<br>**2509 Golden Harvest Ct**<br>**Herndon, VA 20171** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Landon Weatherbie**<br>**3826 Costa Bella Wy**<br>**La Mesa, CA 91941** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**LaPaul & Shannen Garland**<br>**4622 Harwich Dr**<br>**Waldorf, MD 20601** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __112__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                          Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Lara & Ana Skaarup 9195 Collins Ave #1003 Surfside, FL 33154 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Larry & Becky Moore 444 Crimson Rd Fernley, NV 89408 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Latosha Johnson 1329 E 1st St #11 Long Beach, CA 90802 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Laura Knutson 7805 Marbledoe St Las Vegas, NV 89149 | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| Laura Sweeney 6009 CallaWy Ct Centreville, VA 20121 | | | | | | | Unknown |

Sheet no. __113__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**          Case No. _____

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Laurino & Maria Valenzuela** <br> **13555 Correnti St** <br> **Arleta, CA 91331** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Lawrence & Ruth Davies** <br> **336 35th St South** <br> **Brigatine, NJ 08203** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Legal Modification Firm** <br> **Christopher Persaud, Esq.** <br> **4160 Temescal Cnyn Rd, Ste 216** <br> **Corona, CA 92883** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Leonard Toney** <br> **518 Cove Hollow Dr** <br> **Durham, NC 27703** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No. <br><br> **Leonard Toney** <br> **1938 Featherbed Ln** <br> **Gwynn Oak, MD 21207** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. **114** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Leonila Cabagbag** **17821 50th Ct S** **Seatac, WA 98188** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Leopoldo Castaneda** **13296 Sourwood Ave** **Moreno Valley, CA 92553** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Leslie Lemert** **166 Vineyard Rd** **Hamden, CT 06517** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Li Ya Shen** **308 Cigar Loop** **Havre De Grace, MD 21078** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Li Ya Shen** **416 Arza Ct** **Havre De Grace, MD 21078** | | | | | | | **Unknown** |

Sheet no. __**115**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

                                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Lillian & Gaetano Biundo 25185 Pierson Rd Homeland, CA 92548 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda Clemons 2607 Vine St Denver, CO 80205 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda Feoli 5161 Cartaro Dr Las Vegas, NV 89103 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda o'Connell 8821 W. Cavalier Dr Glendale, AZ 85305 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda Richey 2331 Cliff Dr Newport Beach, CA 92663 | | | | | | | | Unknown |

Sheet no. __116__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda Robinson 303 E Oak St Walla Walla, WA 99362 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Linda Rodriguez 535 Montezuma St Ontario, CA 91762 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Lindsay Gale 3920 Ingraham St, #11-104 San Diego, CA 92109 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Lisa & Robby Mueller 7087 Belle Glade lane San Diego, CA 92119 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Lisa Dobranich 7320 Savannah Falls St Las Vegas, NV 89131 | | | | | | | | Unknown |

Sheet no. **117** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
        **Kimberley Dawn Quach**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lisa Vargas**<br>**4457 Rolfe Rd**<br>**San Diego, CA 92117** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Lisa Victoria Reid**<br>**6368 Quillan St**<br>**San Diego, CA 92111** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Lori Gomez**<br>**4567 Heath Circle**<br>**Rohnert Park, CA 94928** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Lorraine Payton**<br>**368 Bergen Ave**<br>**Jersey City, NJ 07304** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Louie Villalobos**<br>**1116 Surrey Ave**<br>**Ontario, CA 91762** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __118__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                                    ,      Case No. _____
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Louis & Maria DeFrancisco 10741 Preston Pkwy Huntley, IL 60142** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Lowell & Clementina Compton 16 Nugget Cascade, ID 83611** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Luciano Cabral 7687 Hannah Ave Hilmar, CA 95324** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Ludis Manazanares 834 S. Harrison St Arlington, VA 22204** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Luis E Garcia 453 Bolling Circle Novato, CA 94949** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __119__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**                                         Case No. _____

        **Kimberley Dawn Quach**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Luis Galvez**<br>**281 Day Lily Dr**<br>**Perris, CA 92571** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Luis Pacheco**<br>**610 Gavin Ave**<br>**Romeoville, IL 60446** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Luis Perez**<br>**1236 West Prosperity Ave**<br>**Tulare, CA 93274** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Luiz Bauer**<br>**6017 Oliva Ave**<br>**Lakewood, CA 90712** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Luke Kras**<br>**2235 N Lister Ave, #401**<br>**Chicago, IL 60614** | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. **120** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Luke Kras**<br>**870 N Milwaukee Ave, Unit 404**<br>**Chicago, IL 60622** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Luke Kras**<br>**411 E Ontario St, Unit 601**<br>**Chicago, IL 60610** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Luke Kras**<br>**345 N. Lasalle St**<br>**Chicago, IL 60610** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Mack Wiggins**<br>**2616 Oscar Mariano Ave**<br>**North Las Vegas, NV 89032** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Madjid Manesh**<br>**3327 Hypoluxo Rd**<br>**Lake Worth, FL 33462** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __121__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mansour Fattahi** **20146 Bar Harbor Terrace** **Ashburn, VA 20147** | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Manual & Annette Castro** **518 Williams Ave** **Madera, CA 93637** | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Manual & Araceli Anaya** **14230 W. G St** **Kerman, CA 93630** | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Manual Quintana** **2850 N Mosier** **Wasilla, Al 99654** | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Manuel & Carlotta Polanco** **562 Poinsettia Ave** **Vista, CA 92081** | | | | | | | Unknown |

Sheet no. __122__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
        **Kimberley Dawn Quach**                                          Case No. _____

                                                          _____,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Marcel & Marguy Vincent** **5021 Sancerre Circle** **Lakeworth, FL 33463** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Marcia Amador** **573 Doolittle Ave** **San Diego, CA 92154** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Margarita Rodriguez** **11619 Wakeman St** **Whittier, CA 90608** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Marguy Vincent** **5021 San Cerre Circle** **Lakeworth, FL 33463** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Maria & Cracium Lazar** **3316 SE East 85** **Portland, OR 97266** | | | | | | | | | **Unknown** |

Sheet no. __123__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Aremendariz 10104 Wyandott Cir. N Thorton, CO 80260 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Hernandez 3301 W Monte Vista Rd Phoenix, AZ 85009 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Hunte Pope 1979 Greyfalcon Circle Vero Beach, FL 32962 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Jimenez 93 Zimmerman St Henderson, NV 89002 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Nylda Sun 19409 Elton Circle Cerritos, CA 90703 | | | | | | | | Unknown |

Sheet no. **124** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | Re: United Fidelity Group, Inc. | | | | |
| Maria Rodriguez & Jose D Vasquez 17502 Bauchard Ct Carson, CA 90746 | | | | | | | | | | Unknown |
| Account No. | | | | | | Re: United Fidelity Group, Inc. | | | | |
| Marianne Murray 414 Sutter Ct San Marcos, CA 92069 | | | | | | | | | | Unknown |
| Account No. | | | | | | Re: United Fidelity Group, Inc. | | | | |
| Marilyn Olen 33 Garfield St Denver, CO 80206 | | | | | | | | | | Unknown |
| Account No. | | | | | | Re: United Fidelity Group, Inc. | | | | |
| Mario & Maria Quintero 224 C St Chula Vista, CA 91910 | | | | | | | | | | Unknown |
| Account No. | | | | | | Re: United Fidelity Group, Inc. | | | | |
| Mario Munoz 6258 Bluebell St Corona, CA 92880 | | | | | | | | | | Unknown |

Sheet no. __125__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____

                                                                                                            ,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marion Raydenbow**<br>**28 Meadow St**<br>**Winsted, CT 06098** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Marjorie Marsh**<br>**430 Rockwell**<br>**Sparks, NV 89441** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Mark & Krista Shurkin**<br>**7207 Linares Ave**<br>**Riverside, CA 92509** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Mark Hertwick**<br>**1848 South Jasmine St**<br>**Denver, CO 80224** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Mark Longchamps**<br>**800 Akard Dr**<br>**Reno, NV 89503** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __126__ of __189__ sheets attached to Schedule of                          Subtotal                                 **0.00**
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
   **Kimberley Dawn Quach**
                                                                           Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Martha Henderson** **14775 Rincon Rd** **Hesperia, CA 92307** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Martha Henderson** **14775 Rincon Rd** **Hesperia, CA 92307** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Martin Chavez & Flora Madrid** **1371 Walnut St** **San Bernardino, CA 92410** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Martin Lopez** **15218 Strawberry Lane** **Adelanto, CA 92301** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Marvin Bynes** **6162 Talmadge Run** **Acworth, GA 30101** | | | | | | | **Unknown** |

Sheet no. __127__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                      Case No. _____

                                                                           ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mary & Sammy Ontiveros** **8021 W. Meadows Ave** **Phoenix, AZ 85033** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mary Dohr** **880 Akard** **Reno, NV 89503** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mary Flagstad** **5842 Dugan Ave** **La Mesa, CA 91942** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mary Ross** **250 Newcomb St East** **Washington, DC 20032** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mary Ross & Robin Williams** **615 Hampton Dr** **Oxon Hill, MD 20745** | | | | | | | **Unknown** |

Sheet no. __128__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**                                     Case No. _____

                                                    Debtors
                                                          ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Matthew & Beverly Barraza**<br>**6175 Mount Vernon Rd**<br>**Auburn, CA 95603** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Matthew Del Campo**<br>**1718 Hillside Rd**<br>**Santa Barbara, CA 93101** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Matthew Haynes**<br>**31765 Deborah Ln**<br>**Menifee, CA 92584** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Matthew Horsburg**<br>**306 Boeing Ave**<br>**Salinas, CA 93906** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Maureen Flannigan**<br>**5271 Holland Ave**<br>**Garden Grove, CA 92845** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __129__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **Maurico & Maria Villalobos 23872 West Pecan Circle Buckeye, AZ 85326** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  **Melinda & Rafael Gaxiola 7510 Springmeadow Ct Highland, CA 92346** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  **Michael & Gloria Arthur 1858 Makarios Dr Saint Augustine, FL 32080** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  **Michael & Goloria Arthur 1858 Makarios Dr Saint Augustine, FL 32080** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.  **Michael & Susan jackson 32320 Pollux Ct Union City, CA 94587** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **130** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Michael & Wendy Vach 17 W 021 Elm Ct Willowbrook, IL 60527 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Michael Chavez 1260 12th St Imperial Beach, CA 91932 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Michael Garcia 1422 West Morelos St Chandler, AZ 85224 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Michael Gotschall 1254 Orkney Ln Cardiff, CA 92007 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Michael Johnston 3538 74th Ave SE Olympia, WA 98501 | | | | | | | | | Unknown |

Sheet no. __131__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael Kline**<br>**1050 Gamble St**<br>**Escondido, CA 92026** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Michael Lara & Rafael Lara**<br>**117 Woodcrest Circle**<br>**Streamwood, IL 60107** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Michael Metz**<br>**6549 Lunt Ct**<br>**Chino, CA 91710** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Michael Nuxoll**<br>**1842 Marne Rd**<br>**Bolingbrook, IL 60490** | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No.<br><br>**Michael O'Grady**<br>**30502 S. Coast Hwy, #B1**<br>**Laguna Beach, CA 92651** | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __132__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michael Palmer**<br>**1642 7th Ave, # 323**<br>**SanDiego, CA 92101** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michael Rossi**<br>**12 Jebel Ct**<br>**Sacramento, CA 95835** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michael Williams**<br>**3602 W. Altadena Ave**<br>**Phoenix, AZ 85029** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michael Wiscombe**<br>**2078 Pebblecreek Ln**<br>**Boise, ID 83706** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michelle Enciso & Maria Hinojos**<br>**12917 W Monterey Wy**<br>**Avondale, AZ 85392** | | | | | | | | **Unknown** |

Sheet no. __133__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michelle Metz** **410050 Stone Ridge lane** **Elgin, IL 60124** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michelle ochavilla** **27964 John F Kennedy Dr, #C** **Moreno Valley, CA 92558** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michelle Suviate** **17971 Paseo Del Sol** **Chino Hills, CA 91709** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Michelle Watson** **1315 Dixon Ct** **Chula Vista, CA 91911** | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Miguel Valdivia** **14602 Wedgeworth Dr** **Hacienda Heights, CA 91745** | | | | | | | | | Unknown |

Sheet no. __134__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mike Feuti** **9409 Raintree Rd** **Berke, VA 22015** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mike Gotshcall** **1254 Orkney Ln** **Cardiff, CA 92007** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mildred & Francisco Acosta** **36620 Covington Circle** **Murrieta, CA 92563** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mildred & Francisco Acosta** **24928 Barito St** **Hemet, CA 92544** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mildred McDaniel** **3412 Fairway Dr** **La Mesa, CA 91941** | | | | | | | **Unknown** |

Sheet no. __135__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**                                                      Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Mirta Sawah** **3454 Castle Glen Dr, #214** **San Diego, CA 92123** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Morland Gonzaga** **8586 Brickshore Ln** **Manassas, VA 20112** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Myrna Gabiola** **30030 Mera Loma** **Temecula, CA 92592** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Myrna Llagas** **327 Copper Springs Lane** **Elgin, IL 60124** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Myrtie Green** **622 Mosswood Dr** **Hensderson, NV 89002** | | | | | | | **Unknown** |

Sheet no. __136__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
            (Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**                                          Case No. _____
       **Kimberley Dawn Quach**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Re: United Fidelity Group, Inc. | | | | | | |
| **Nancy Owens** **10711 Todds Corner Rd** **Easton, MD 21601** | | | | | | | | **Unknown** |
| Account No. | | Re: United Fidelity Group, Inc. | | | | | | |
| **Natalie London** **2820 S 64th Dr** **Phoenix, AZ 85043** | | | | | | | | **Unknown** |
| Account No. **8841** | C | | | | | | | |
| **National City** **PO Box 856176** **Louisville, KY 40285-6176** | | | | | | | | **9,354.51** |
| Account No. | | | | Related to: National City | | | | **Notice Only** |
| **Capitol Management Services** **726 Exchange St, Ste 700** **Buffalo, NY 14210** | | | | | | | | |
| Account No. | | | | Related to: National City | | | | **Notice Only** |
| **National City Bank** **PO Box 500** **Kalamazoo, MI 49081-0500** | | | | | | | | |

Sheet no. __137__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,354.51**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
    **Kimberley Dawn Quach**
                                                         ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**National City Bank** <br>**PO Box 2349** <br>**Kalamazoo, MI 49003-2349** | | | Related to: <br>**National City** | | | | **Notice Only** |
| Account No. **0445** <br><br>**National City Bank** <br>**PO Box 1820** <br>**Dayton, OH 45401-1820** | C | | **Re: Foreclosure** <br>**4269 Lamont Street** <br>**San Diego, CA 92109** | | | | **198,500.40** |
| Account No. **1555** <br><br>**National City Mortgage Co.** <br>**3232 Newmark Dr** <br>**Miamisburg, OH 45342** | C | | **Re: 5779 Aster Meadows Place** <br>**San Diego, CA  92130** | | | | **199,073.64** |
| Account No. <br><br>**National City Mortgage Co.** <br>**PO Box 1820** <br>**Dayton, OH 45401-1820** | | | Related to: <br>**National City Mortgage Co.** | | | | **Notice Only** |
| Account No. <br><br>**Neil or Marilyn Ohriner** <br>**7214 Tara Ave** <br>**Las Vegas, NV 89117** | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. __**138**__ of __**189**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**397,574.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
　　　**Kimberley Dawn Quach**　　　　　　　　　　　　　　　　　, 　　Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Nelda Handke** **1000 Malaney Dr** **Crescent, CA 95531** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Nelson Basa & Pacita Rivera** **6949 Essex Ave** **Springfield, VA 22150** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Nery Alvarez & Maria Cruz** **4313 71st Ave** **Hyattsville, MD 20784** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **New Start Investments** **22112 Sabroso** **Mission Viejo, CA 92691** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Nina Haller** **11593 Acorn Dr** **Gulfport, MS 39503** | | | | | | | | | **Unknown** |

Sheet no. __139__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Nina Haller**<br>**4319 Mentone St**<br>**San Diego, CA 92107** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Nina Haller**<br>**4523 Osprey St**<br>**San Diego, CA 92107** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Nina Haller**<br>**4319 Mentone St**<br>**San Diego, CA 92107** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Nina Haller**<br>**3230 Cumberland**<br>**Ocean Springs, MS 39564** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Noemi Morales**<br>**840 Lake Overlook Dr**<br>**Roswell, GA 30076** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. **140** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2500** | | | | | Re: Academy Skin Physicians, Inc. | | | | |
| North American Collections PO Box 1088 Placentia, CA 92871-1088 | C | | | | | | | | 364.94 |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| OC Tint Shop PO Box Anaheim, CA 92809 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Office Depot 6600 North Military Trail Boca Raton, FL 33496 | | | | | | | | | Unknown |
| Account No. **1574** | | | | | | | | | |
| Office of the City Treasurer PO Box 129039 San Diego, CA 92112-9039 | C | | | | | | | | 230.97 |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Olga Hostetler 4323 Village Spring St Las Vegas, NV 89147 | | | | | | | | | Unknown |

Sheet no. __141__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

595.91

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**

Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Omar Dominguez**<br>**20737 Eyota Rd**<br>**Apple Valley, CA 92308** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**On Trac**<br>**3401 E. Harbour Dr**<br>**Phoenix, AZ 85034** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Overnight Express**<br>**17817 Gillette Ave**<br>**Irvine, CA 92614** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**P S Business Park**<br>**6370 Lusk Blvd , F211**<br>**San Diego, CA 92121** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Pablo  Acosta**<br>**1820 Melrose Dr**<br>**San marcos, CA 92078** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __142__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Pacific Alliance 3880 Margaret Wy Carlsbad, CA 92008 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Packet8 810 W. Maude Ave Sunnyvale, CA 94085 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Packetel 1313 N Milpitas Blvd, Ste 285 Milpitas, CA 95035 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Patricia & Richard DeGeorge 472 West Ventura Dr Pueblo West, CO 81007 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Patricia Smith 687 Ann Wy Gardenerville, NV 89460 | | | | | | | | | Unknown |

Sheet no. __143__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**                       Case No. _____
         **Kimberley Dawn Quach**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Patricia Turner** <br> **2417 Santing Wy** <br> **Elverta, CA 95626** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Patricio Sabillon** <br> **10607 Gay Ter** <br> **Upper Marlboro, MD 20772** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Patrick Schober** <br> **5682 Lime St** <br> **Cypress, CA 90630** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Paul & Bonnie Ayoub** <br> **11336 Whipkey Dr** <br> **Bealeton, VA 22712** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Paul & Erica Weigand** <br> **803 Biddle Rd** <br> **Burnie, MD 21060** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __144__ of __189__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                   Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul Gueness**<br>**11362 W 192nd St**<br>**Mokena, IL 60448** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Paul Markling**<br>**2024 High Mesa Dr**<br>**Henderson, NV 89012** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Paul Villalobos**<br>**1490 Gilman St**<br>**Banning, CA 92220** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Paula Lopez & Fernando Camacho**<br>**1507 Harding Ave**<br>**National City, CA 91950** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |
| Account No.<br><br>**Paychex**<br>**8520 Tech Way, Ste 200**<br>**San Diego, CA 92123** | | | | | **Re: United Fidelity Group, Inc.** | | | | **Unknown** |

Sheet no. **145** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **PayPal** San Jose, CA | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Perry L Hitt** 714-716 Isthmus Ct San Diego, CA 92109 | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Perry L Hitt** 1185 Sunset Cliffs Blvd San Diego, CA 92107 | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Perry Polo** 140 Coral Rose Irvine, CA 92603 | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **Peter Corna** 19 Hale Haven Ct Uncasville, CT 06382 | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __146__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Peter Kozel** **642 North Parkwood Ave** **Park Ridge, IL 60068** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Peter Lodewick** **1425 11th St S,.** **Birmingham, AL 35205** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Philip & Yara Stern** **75 Rockcreek Terrace** **Riverdale, NJ 07457** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Philip Southwood** **14031 Tierra Bonita Rd** **Poway, CA 92069** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Pitney Bowes** **1 Elmcroft Rd** **Stamford, CT 06926** | | | | | | | **Unknown** |

Sheet no. __**147**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
     **Kimberley Dawn Quach**
                                           ,
                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Platinum Financial Solutions** **4160 Temescal Cnyn Rd, Ste 216** **Corona, CA 92883** | | | | | | | | **Unknown** |
| Account No. **8962** | | | | | | | | |
| **PNC Bank** **c/o Credit Collection Services** **PO Box 55126** **Boston, MA 02205-5126** | C | | | | | | | **9,354.51** |
| Account No. | | | | Related to: PNC Bank | | | | **Notice Only** |
| **Credit Collection Services** **Two Wells Ave, Dept 773** **Newton Center, MA 02459** | | | | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Prabhasri Rivera** **212 Evergreen Summit Ave** **Las Vegas, NV 89123** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Prabhasri Rivera** **8312 Palace Heights Ave** **Las Vegas, NV 89117** | | | | | | | | **Unknown** |

Sheet no. **148** of **189** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,354.51**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Prabhasri Rivera** <br> **230 E Flamingo Rd, #316** <br> **Las Vegas, NV 89109** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Prestige Financial** <br> **1420 South 500 West** <br> **Salt Lake City, UT 84115** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. 8654 <br><br> **Progressive Management Systems** <br> **1521 West Cameron Ave** <br> **PO Box 2220** <br> **West Covina, CA 91793-9917** | C | | | Re: Sharp Rees Stealy Medical Group | | | | **3,049.01** |
| Account No. <br><br> **Progressive Management Systems** <br> **PO Box 2220** <br> **West Covina, CA 91793-9917** | | | | Related to: <br> Progressive Management Systems | | | | **Notice Only** |
| Account No. 1296 <br><br> **Progressive Management Systems** <br> **1521 West Cameron Ave** <br> **PO Box 2220** <br> **West Covina, CA 91793-9917** | C | | | | | | | **68.80** |

Sheet no. __149__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,117.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                        Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx/6805** | | | | | | | | |
| Progressive Management Systems 1521 West Cameron Ave PO Box 2220 West Covina, CA 91793-9917 | C | | | | | | | 718.37 |
| Account No. **xxxx/1115** | | | | | | | | |
| Progressive Management Systems 1521 West Cameron Ave PO Box 2220 West Covina, CA 91793-9917 | C | | | | | | | 1,177.28 |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Quintan Baylor & Roy Clark 2608 Fairlawn St Temple Hill, MD 20748 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Quynhanh Nguyen 1022 Green Wy Rd Oceanside, CA 92057 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Rafael & Amelia Romasanta 12253 Luna Rd Victorville, CA 92392 | | | | | | | | Unknown |

Sheet no. __150__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         1,895.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                Case No. _____
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Rafael Lara** **3615 S Rockwell St** **Chicago, IL 60632** | | | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Ralph Gaddi** **8613 Butterchurn Ave** **Las Vegas, NV 89143** | | | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Ramon Cadena** **6421 Lindell Ave** **Pico Rivera, CA 90660** | | | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Ramon Santana Jr.** **3566 Palm Ave** **San Diego, CA 92154** | | | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Randall Crockett** **854 N Pioneer** **Mesa, AZ 85203** | | | | | | | | | **Unknown** |

Sheet no. __151__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Randi & Richard Schuett 4486 North Robert Rd Prescott Valley, AZ 86314** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Randy Wanner 10046 Paseo Montril, #420 San Diego, CA 92129** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Raul Reyes 6108 Bangor Dr Alexandria, VA 22303** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Refugio & Manuela Avila 11263 Puente Wy Mira Loma, CA 91752** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Regina Machen 13913 Bauer Dr Rockville, MD 20853** | | | | | | | | | **Unknown** |

Sheet no. __152__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Reginald Fleming** <br> **5281 Cherokee** <br> **Fairbanks, AK 99709** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Reliable Communications** <br> **500 Mamaroneck Rd, 4th Fl** <br> **Harrison, NY 10528** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Remi Chagnon** <br> **5882 Santa Ana Ave** <br> **Riverside, CA 92505** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Rene Nolan** <br> **2363 Oakridge Pl** <br> **Escondido, CA 92026** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Ricardo Borges** <br> **4308 Cottage Ave** <br> **North Bergen, NJ 07047** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __**153**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Richard & Jody Gebben 13053 N Catbird Dr Oro Valley, AZ 85755 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Richard & Melissa Earle 12634 Fiorenza Ln, Unit 243 San Diego, CA 92128 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Richard & Nancy Foote 1237 Wallon Wy Lake Orion, MI 48360 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Richard Earle 12634 Fiorenza Ln, Unit #243 San Diego, CA 92128 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Richard Marshall 235 Wall Ave Ormond Beach, FL 32174 | | | | | | | | Unknown |

Sheet no. __154__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Richard Unfred 177 29 1/2 Rd Grand Junction, CO 81503** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ring Central 1 Lagoon Dr Redwood, CA 94065** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ripton Johnson 4611 36th St, #4 San Diego, Ca 92116** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Rita Martynaitis 10661 Fire Poppy Circle Reno, NV 89521** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert & Gerilyn Howland 31882 N Middle Ave Spirit Lake, ID 83869** | | | | | | | | **Unknown** |

Sheet no. __155__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                         Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert & Lisa Dohermann** **445 N Lexington Pl** **Hanford, CA 93230** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert & Susan Romero** **17206 North Cody Ct** **Nampa, ID 83687** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert & Wesley Ward** **15975 SE 27th Ave** **Summerfield, FL 34491** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert Bliesath** **181 S. Poplar Ave** **Brea, CA 92821** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Robert D Browning** **11924 Claude Ct** **Northglen, CO 80233** | | | | | | | **Unknown** |

Sheet no. __156__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
      **Kimberley Dawn Quach**
                                        ,     Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Funk**<br>**12615 Thomas Creek Rd**<br>**Reno, NV 89511** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Robert Guernsey**<br>**46 Elm Ave**<br>**San Anselmo, CA 94960** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Robert Hyman**<br>**11820 Caminito Ronaldo, #122**<br>**San Diego, CA 92128** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Robert Meers**<br>**11306 Westbrook Mill Lane**<br>**Fairfax, VA 20030** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Robert Thorton**<br>**45671 Waterloo Station Sq**<br>**Sterling, VA 20166** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __157__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal                **0.00**
                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert Whittington**<br>**13303 Chimago St**<br>**Victorville, CA 92392** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Rodney & Xuan Routt**<br>**6538 Douglas Ave**<br>**Fontana, CA 92336** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Rodney Smith**<br>**1523 N Shelley Ave**<br>**Upland, CA 91786** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Rogelio Martinez**<br>**3140 N Elston Ave**<br>**Chicago, IL 60618** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Roman Partida**<br>**2464 La Costa Ave**<br>**Chula Vista, CA 91915** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __158__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Romulo Robles** **6348 La Porte** **Chicago, IL 60638** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ronald & Debbie Lopez** **1118 Eubank Ave** **Wilmington, CA 90744** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ronald White** **807 E Stanley Pl** **Granite, WA 98525** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Rosa Vega** **809 Regene St** **Pomona, CA 91766** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Rosemarie Laugen** **1423 Graves Ave, #132** **El Cajon, CA 92021** | | | | | | | | **Unknown** |

Sheet no. __159__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Rosie Lee Turner** **5701 Ellis St** **N Highland, CA 95660** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Roy & Rosie Ignacio** **9000 Panda Dr** **Sacramento, CA 95829** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Roy Rodriguez** **1051 N Abner** **Mesa, AZ 85205** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Roy Rodriguez** **8416 Lufkin Dr** **Phoenix, AZ 85205** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Ruben & Vicki Almeida** **13266 Aspen Wy** **Victoville, CA 92392** | | | | | | | | **Unknown** |

Sheet no. __160__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**                                    Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Rudyard (Jake) Jewell-Cohen 7873 Avenida Navidad #257 San Diego, CA 92122 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Ruth Blackwell 2701 Fairlawn St Temple Hills, MD 20748 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Rutilo & Elisa Contreras 2959 South Victoria Ave Los Angeles, CA 90016 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Ryan Schaid 1317 N Rose Farm Rd Woodstock, IL 60098 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Saavedra Genoveva 3031 Hickory Grove Ct Fairfax, VA 22031 | | | | | | | | Unknown |

Sheet no. __161__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Sabrina Ofori** **7660 Midtown Rd** **Fulton, MD 20759** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Safere Diawara** **4318 Jacobs Bend Terr** **Richmond, VA 23236** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Saia & Malina Fetuu** **16 Clarence Ct** **East Palo Alto, CA 94303** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Salim Gherir** **26417 Clydesdale Ln** **Moreno Valley, CA 92555** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Sally Sheldon** **8462 E Montebello Ave** **Scottsdale, AZ 85250** | | | | | | | | | **Unknown** |

Sheet no. __162__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**
                                                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Salvador & Francis Bravo 1640 Knox Circle Corona, CA 92879** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Salvador Bravo Jr. 324 Percheron Ct San Jacinto, CA 92582** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Salvador Martinez 27255 Ocean Dunes St Moreno Valley, CA 92555** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Salvatore Guttuso 7770 W Oakstream Tuscon, AZ 85743** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Saman & Yvonne Wickramarathna 1256 Hobart Blvd Los Angeles, CA 90029** | | | | | | | | | **Unknown** |

Sheet no. __163__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**                                      Case No. _____

                                                         ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Sammy & Mary Ontiveros 8021 W Meadows Ave Phoenix, AZ 85033** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Samuel Evans 14689 Twin Peaks Rd Poway, CA 92064** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **San Diego Business Center 11976 Zirbel Ct San Diego, CA 92131** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **San Diego Gas & Electric PO Box 25111 Santa Ana, CA 92799** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Sandra & Joseph Colina 10784 Misty Meadows Dr Reno, NV 89521** | | | | | | | **Unknown** |

Sheet no. __164__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Sara Gibson 1739 Montgomery Dr Vista, CA 92084 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Scott & Rebecca Rhodes 505 N Manzanita Dr Payson, AZ 85541 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Scott Jensen 5610 Middle Ave Sarasota, FL 34243 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Scott Roulier 25367 Rancho Barona Romona, CA 92065 | | | | | | | | Unknown |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| Serge & Olga Podolyan 333 N Crestview Dr Moses Lake, WA 98837 | | | | | | | | Unknown |

Sheet no. __165__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Sergio Soberanes**<br>**1064 Calma Dr**<br>**Chula Vista, CA 91910** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Seth Byrne**<br>**8889 CaminitoPlazaCentro, 7436**<br>**San Diego, CA 92122** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Shannon & Andy Large**<br>**13565 Los Coches Rd**<br>**El Cajon, CA 92021** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Shannon & Jerry Wilson**<br>**1247 Elm Ave**<br>**Inperial Beach, CA 91932** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Shannon Faulkner**<br>**2166 Grand Ave, #15**<br>**San Diego, CA 92109** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __166__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9287** | | | | | | | |
| **Sharp HealthCare** **8695 Spectrum Center Blvd.** **San Diego, CA 92123** | | C | | | | | 1,834.54 |
| Account No. | | | | | | | |
| **Progressive Management Systems** **1521 West Cameron Ave** **PO Box 2220** **West Covina, CA 91793-9917** | | | Related to: Sharp HealthCare | | | | Notice Only |
| Account No. | | | | | | | |
| **Sharp Memorial Hospital** **Los Angeles, CA 90074-5440** | | | Related to: Sharp HealthCare | | | | Notice Only |
| Account No. **8654** | | | | | | | |
| **Sharp Memorial Hospital** **Los Angeles, CA 90074-5440** | | C | | | | | 2,488.87 |
| Account No. | | | | | | | |
| **Progressive Management Systems** **1521 West Cameron Ave** **PO Box 2220** **West Covina, CA 91793-9917** | | | Related to: **Sharp Memorial Hospital** | | | | Notice Only |

Sheet no. __**167**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,323.41

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | C | | | | | |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Shawn Hermosillo 1801 Shaver Pl Hanford, CA 93230** | | | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Shelley Sanchez 3581 Hillsdale Ranch Rd Chino Hills, CA 91709** | | | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Sherann Sanders 3930 N Pine Grove Ave, #707 Chicago, IL 60613** | | | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Shirley Parks 349 Aurora Dr Litchfield Park, AZ 85340** | | | | | | | | | Unknown |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | | | |
| **Shon Perkins 4501 South 300th St Auburn, WA 98001** | | | | | | | | | Unknown |

Sheet no. **168** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
**Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Somphet Mahathrash 6827 Newman Circle West Lakeland, FL 33811 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Sonia Rodriguez 2648 Pkwy Dr El Monte, CA 91732 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Sonja Wright 2192 E Philips Lane Centennial, CO 80122 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Sprint Signs 9177 Chesapeake Dr San Diego, CA 92123 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Sriya De Silva 45310 Gibson Ct Lancaster, CA 93534 | | | | | | | | | Unknown |

Sheet no. __169__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**
                                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stacie Sayasane**<br>**4519 Larch St**<br>**San Diego, CA 92105** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Stamps.com**<br>**12959 Coral Tree Pl**<br>**Los Angeles, CA 90066** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Staples**<br>**500 Staples Dr**<br>**Framingham, MA 01702** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Stephanie Brewster**<br>**9439 Mad Dog St**<br>**Las Vegas, NV 89178** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Stephanie Kessler**<br>**8680 Deeridge  Pl**<br>**Port Orchard, WA 98367** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __170__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
       **Kimberley Dawn Quach**
                                                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Stephanie Rote 4925 Glacier Ave San Diego, CA 92120 | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. Stephen & Patricia Harlan 951 Kittredge Wy Aurora, CO 80017 | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. Stephen & Raquel Bryant 751 S 3rd St Kerman, CA 93630 | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. Steve Brinca 9034 Shoreham Dr Los Angeles, CA 90064 | | | Re: United Fidelity Group, Inc. | | | | Unknown |
| Account No. Steven Molnar 9464 Ore Cart St Las Vegas, NV 89178 | | | Re: United Fidelity Group, Inc. | | | | Unknown |

Sheet no. __171__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| SullivanHillLewinRez&Engel 550 West C St, Ste 1500 San Diego, CA 92101 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Susan Williams 16127 Burgundy Dr Plainfield, IL 60586 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Sylvia Salazar 1888 Meeks Bay Dr Chula Vista, CA 91913 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Synergy 130 East Alton Santa Ana, CA 92707 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Tammy Bergsten 29W137 Blair St Chicago, IL 60185 | | | | | | | | | Unknown |

Sheet no. __172__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　**Kimberley Dawn Quach**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Tania Cabrera**<br>**1429 Sandia St**<br>**Corona, CA 92882** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Ted & Maurine Himes**<br>**902 23 Rd**<br>**Grand Junction, CO 81506** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Terence Flannigan**<br>**3529 Corte Romeo**<br>**Carlsbad, CA 92009** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Terrel Powers**<br>**1014 Field St NW**<br>**Canton, OH 44709** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Terry Cole**<br>**2902 Wellington Rd**<br>**Los Angeles, CA 90016** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __173__ of __189__ sheets attached to Schedule of　　　　　　　　　Subtotal　　　　| **0.00**
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**                                                   Case No. _____

                                                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thang Van Tran**<br>**849 Pohl Pl**<br>**Vista, CA 92083** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Thang Van Tran**<br>**1160 Sunbright Dr**<br>**Oceanside, CA 92056** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Thomas  Truong**<br>**2781 Villas Wy**<br>**San Diego, CA 92108** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Thomas & Christine Oyas**<br>**110 Willowside Terrace Rd**<br>**Alpine, CA 91901** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Thomas Ly**<br>**14276 Pintail Loop**<br>**Corona, CA 92880** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __174__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal                  **0.00**
                                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Thomas Nelson** <br>**6111 Rancho Mission Rd** <br>**San Diego, CA 92108** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Thomas Roth** <br>**6990 Forsythia Trail** <br>**Reno, NV 89506** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Thomas Roth  (Grizzly)** <br>**10255 Grizzly Hill Ct** <br>**Reno, NV 89521** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Thomas Tilton** <br>**40 Calendula** <br>**RanchoSantaMargarita, CA 92688** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Tim Dunston** <br>**3262 Freeway Ct** <br>**McFarland, WI 53558** | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __175__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Timiret Feleke & Demrew Girma** **8364 Mine Hill Ct** **Las Vegas, NV 89147** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Timothy Haninger** **940 Belgrave Ave** **Reno, NV 89502** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Toby Tatum** **21565 Dortort Dr** **Reno, NV 89521** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Todd & Lori Oneito** **15963 Litten Wy** **Ramona, CA 92065** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Tony Schmaltz** **15815 West Woodland Ave** **Goodyear, AZ 85338** | | | | | | | | | **Unknown** |

Sheet no. __176__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
　　　**Kimberley Dawn Quach**
Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Traci Ogden**<br>**2309 W Citrus Wy**<br>**Phoenix, AZ 85015** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Travis Tomich**<br>**4326 W Phalen Dr**<br>**Phoenix, AZ 85087** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Trinidad & Irma Garibay**<br>**6681 E 64th Ave**<br>**Commerce City, CO 80022** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Troy & Wendy Reiner**<br>**398121 W 2400 Rd**<br>**Bartlesvill, OK 74006** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**Trung Nguyen**<br>**4011 S 148th St**<br>**Tukwila, WA 98168** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |

Sheet no. __177__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**
                                           , 

Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **I000**<br><br>**UCSD Medical Genetics**<br>**9500 Gilman Dr. 0639**<br>**La Jolla, CA 92093-0639** | C | | | | | | **659.99** |
| Account No.<br><br>**Union Tribune**<br>**350 Camino de la Reina**<br>**San Diego, CA 92108** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No.<br><br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA 90189** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **9940, 2239**<br><br>**US Airways MasterCard**<br>**PO Box 13337**<br>**Philadelphia, PA 19101-3337** | C | | | | | | **1,008.23** |
| Account No.<br><br>**Allied International Credit**<br>**100 E.Shore Dr, 3rd Fl**<br>**Glen Allen, VA 23059** | | | Related to:<br>**US Airways MasterCard** | | | | **Notice Only** |

Sheet no. **178** of **189** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,668.22**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                 ,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Allied International Credit<br>PO Box 1259<br>Oaks, PA 19456-1259** | | | | | Related to:<br>US Airways MasterCard | | | | **Notice Only** |
| Account No.<br><br>**Capital Management Services LP<br>726 Exchange St, Ste 700<br>Buffalo, NY 14210** | | | | | Related to:<br>US Airways MasterCard | | | | **Notice Only** |
| Account No.<br><br>**Card Services<br>PO Box 8833<br>Wilmington, DE 19899-8833** | | | | | Related to:<br>US Airways MasterCard | | | | **Notice Only** |
| Account No.<br><br>**Collectcorp<br>PO Box 101928<br>Dept. 4947A<br>Birmingham, AL 35210-1928** | | | | | Related to:<br>US Airways MasterCard | | | | **Notice Only** |
| Account No.<br><br>**Encore Receivable Management<br>400 N. Rogers Rd<br>PO Box 3330<br>Olathe, KS 66063-3330** | | | | | Related to:<br>US Airways MasterCard | | | | **Notice Only** |

Sheet no. __**179**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
    **Kimberley Dawn Quach**                    Case No. _____

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Encore Receivable Management** **PO Box 47248** **Oak Park, MI 48237** | | | | Related to: US Airways MasterCard | | | | **Notice Only** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Valerie & Brandt Bollers** **9132 N Highway 31** **Ione, WA 99139** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Vannitta Macri** **15381 Elizabeth Burbage Loop** **Woodbridge   22191** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Vel & Ramani Sivapalan** **87 Fernwood Rd** **Summit, NJ 07901** | | | | | | | | **Unknown** |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| **Venna Reid** **1201 Raydale Rd** **Hyattsville, MD 20783** | | | | | | | | **Unknown** |

Sheet no. __180__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                      (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
 **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Victor & Lisa Gutierrez**<br>**5765 Carlton St**<br>**San Bernardino, CA 92407** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Victor & Victoria Vega**<br>**2912 New Jersey**<br>**Lemon Grove, CA 91945** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Victor & Victoria Vega**<br>**8319 Sunset Rd**<br>**Lakeside, CA 92104** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Victor Sanchez & Chrispulo Zamora**<br>**105 Orchard Rd**<br>**Mahopac, NY 10541** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Vincent Madrid**<br>**645 Orangewood Dr**<br>**Lemoore, CA 93245** | | | | | | | **Unknown** |

Sheet no. __181__ of __189__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
     **Kimberley Dawn Quach**
                                         Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Vincente Soto Jr.** **3827 Fulgham Ct** **Visalia, CA 93291** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Virginia Okonkwo** **8910 Sorcha St** **Reno, NV 89506** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Vivien Tincher** **18708 Man O War Rd** **Eagle River, AK 99577** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Vytautas Martynaitis** **10360 Coyote Creek Dr** **Reno, NV 89521** | | | | | | | **Unknown** |
| Account No. | | | Re: United Fidelity Group, Inc. | | | | |
| **Vytautas Matrynaitis** **10350 Coyote Creek Dr** **Reno, NV 89521** | | | | | | | **Unknown** |

Sheet no. __182__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**
                                                      ,
                                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Wade Marshall** <br> **11842 W Columbine Dr** <br> **El Mirage, AZ 85335** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br> **Walter Rodriguez** <br> **17602 Bauchard Ct** <br> **Carson, CA 90748** | | | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. **6734** <br><br> **Washington Mutual** <br> **PO Box 660487** <br> **Dallas, TX 75266-0487** | C | | | | | | | | **3,391.79** |
| Account No. <br><br> **Global Acceptance Credit Co LP** <br> **5850 W Interstate 20, Ste 100** <br> **Arlington, TX 76017** | | | | | Related to: <br> **Washington Mutual** | | | | **Notice Only** |
| Account No. <br><br> **Global Acceptance Credit Co LP** <br> **PO Box 4115** <br> **Concord, CA 94524** | | | | | Related to: <br> **Washington Mutual** | | | | **Notice Only** |

Sheet no. __**183**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,391.79**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Don Son Quach,**
    **Kimberley Dawn Quach**
                                               ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Global Acceptance Credit Co LP**<br>**PO Box 172800**<br>**Arlington, TX 76003-2800** | | | | | **Related to:**<br>**Washington Mutual** | | | | **Notice Only** |
| Account No.<br><br>**I.C. System, Inc**<br>**444 Highway 96 E**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** | | | | | **Related to:**<br>**Washington Mutual** | | | | **Notice Only** |
| Account No.<br><br>**Washington Mutual**<br>**PO Box 99604**<br>**Arlington, TX 76096-9604** | | | | | **Related to:**<br>**Washington Mutual** | | | | **Notice Only** |
| Account No. **0800**<br><br>**Wells Fargo**<br>**PO Box 30086**<br>**Los Angeles, CA 90030-0086** | C | | | | | | | | **8,676.69** |
| Account No.<br><br>**I.C. System, Inc.**<br>**444 Hwy 96 East**<br>**PO Box 64887**<br>**Saint Paul, MN 55164-0887** | | | | | **Related to:**<br>**Wells Fargo** | | | | **Notice Only** |

Sheet no. __**184**__ of __**189**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,676.69**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
     **Kimberley Dawn Quach**
                                        ,
                                      Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Portfolio Recovery Assoc, LLC** **PO Box 12914** **Norfolk, VA 23541** | | | | Related to: **Wells Fargo** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Portfolio Recovery Assoc, LLC** **PO Box 4115** **Concord, CA 94524** | | | | Related to: **Wells Fargo** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Primary Financial Services LLC** **3115 North 3rd Ave, Ste 112** **Phoenix, AZ 85013** | | | | Related to: **Wells Fargo** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Wells Fargo** **PO Box 9210** **Des Moines, IA 50306** | | | | Related to: **Wells Fargo** | | | | **Notice Only** |
| Account No. **6342** | | | | | | | | |
| **Wells Fargo** **PO Box 30086** **Los Angeles, CA 90030-0086** | C | | | | | | | **9,826.18** |

Sheet no. __**185**__ of __**189**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,826.18**

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
        **Kimberley Dawn Quach**                                              Case No. _____

                                                                                              ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Viking Collection Service, Inc 7500 Office Ridge Cr Eden Prairie, MN 55344-3678 | | | | Related to: Wells Fargo | | | | Notice Only |
| Account No. | | | | | | | | |
| Viking Collection Service, Inc PO Box 1022 Wixom, MI 48393-1022 | | | | Related to: Wells Fargo | | | | Notice Only |
| Account No. | | | | | | | | |
| Wells Fargo PO Box 10347 Des Moines, IA 50306 | | | | Related to: Wells Fargo | | | | Notice Only |
| Account No. | | | | | | | | |
| Wells Fargo Card Services PO Box 9210 Des Moines, IA 50306 | | | | Related to: Wells Fargo | | | | Notice Only |
| Account No. | | | | Re: United Fidelity Group, Inc. | | | | |
| William or Gloria Basanes 1422 Woodhaven Dr Oceanside, CA 92056 | | | | | | | | Unknown |

Sheet no. __186__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Don Son Quach,**
         **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Willie Grayson 2161 Laurel Ave Hanover Park, IL 60133 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Wlodzimierz Jaroszek 517 Corrinthia Dr Elk Grove, IL 60007 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Wyne Anthony 56 Sears St Middletown, CT 06457 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Yasuko Conner 8043 Wallingford Ave N Seattle, WA 98119 | | | | | | | | | Unknown |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| Yilmer Gonzalez 4607 Bayne Ct Rockville, MD 20853 | | | | | | | | | Unknown |

Sheet no. __187__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Don Son Quach,**
      **Kimberley Dawn Quach**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Yoon Oh** **2814 SW 337th St** **Federal Wy, WA 98023** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Yoon Oh** **1313 SW 353rd St** **Federal Wy, WA 98023** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Yoon Oh** **5510 SW 107th St** **Mukilteo, WA 98023** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Yoon Oh** **34824 14th Pl** **Federal Wy, WA 98023** | | | | | | | | | **Unknown** |
| Account No. | | | | | Re: United Fidelity Group, Inc. | | | | |
| **Yoon Oh** **205 SW 325th Pl** **Federal Wy, WA 98003** | | | | | | | | | **Unknown** |

Sheet no. __188__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Don Son Quach,**
       **Kimberley Dawn Quach**                                          Case No. _____

                                                    _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Zachary Cummings**<br>**1049 Felspar St, #27**<br>**San Diego, CA 92109** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Zachery & Dona Lakis**<br>**3261 Sky Country Dr**<br>**Reno, NV 89503** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br>**Zaid Iniguez**<br>**11280 Vista Sorrento Pkwy P100**<br>**San Diego, CA 92130** | | | Re: United Fidelity Group, Inc. | | | | **Unknown** |
| Account No. <br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

Sheet no. __189__ of __189__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **1,694,148.07** |

B6G (Official Form 6G) (12/07)

In re    **Don Son Quach,**                                     Case No. _____

         **Kimberley Dawn Quach**

_____,

                                     Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **American Honda Finance Corp.** <br> **PO Box 60001** <br> **City Of Industry, CA 91716-0001** | **Acura TL** |
| **American Honda Finance Corp.** <br> **PO Box 60001** <br> **City Of Industry, CA 91716-0001** | **Acura MDX** |

    **0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Don Son Quach,**
     **Kimberley Dawn Quach**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Don Son Quach**
**Kimberley Dawn Quach**                                    Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** | AGE(S): **18 months** **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Independent Sales Representative** | **Homemaker** |
| Name of Employer | **First Data Independent Sales** | |
| How long employed | **2 weeks** | |
| Address of Employer | **7920 Miramar Rd, Ste 125 San Diego, CA 92126** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): **Unemployment compensation** | $ | 1,800.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,800.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,800.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 1,800.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Don Quach recently commenced training for Sales Representative for First Data Independent Sales which will impact future earnings.**

B6J (Official Form 6J) (12/07)

In re    **Don Son Quach**
         **Kimberley Dawn Quach**                              Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,997.00 |
|    a. Are real estate taxes included?  Yes ___  No __X__ | | |
|    b. Is property insurance included?  Yes ___  No __X__ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 220.00 |
|           b. Water and sewer | $ | 110.00 |
|           c. Telephone | $ | 28.00 |
|           d. Other  **Cable** | $ | 160.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 560.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 0.00 |
|         b. Life | $ | 0.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 0.00 |
|         e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 1,206.00 |
|         b. Other _____ | $ | 0.00 |
|         c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|     Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,631.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| **20. STATEMENT OF MONTHLY NET INCOME** | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,800.00 |
| b.    Average monthly expenses from Line 18 above | $ | 6,631.00 |
| c.    Monthly net income (a. minus b.) | $ | -4,831.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of California

In re    **Don Son Quach**
        **Kimberley Dawn Quach**

                                 Debtor(s)

Case No.

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **207** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 23, 2010**            Signature    **/s/ Don Son Quach**

                                                **Don Son Quach**
                                              Debtor

Date   **March 23, 2010**            Signature    **/s/ Kimberley Dawn Quach**

                                                **Kimberley Dawn Quach**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re **Don Son Quach**
**Kimberley Dawn Quach**

Case No. _____

Debtor(s)

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$48,055.00** | **2009: Husband United Fidelity Group, Inc.** |
| **$109,599.00** | **2008: Husband Business Income - Quach Holdings, LLC** |
| **$22,120.00** | **2008: Husband Business Income - Don Quach, Inc.** |
| **$15,615.00** | **2008: Husband Business Income - United Fidelity Group, Inc.** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,050.00** | **2010 YTD: Husband Unemployment compensation** |
| **$109,599.00** | **2008: Both Gross Real Property Rental Income** |
| **$54,249.00** | **2008: Both Interest/Dividends/Withdrawal - Fidelity Investments** |
| **$54,184.00** | **2008: Both Interest/Dividends/Withdrawal - National Financial** |
| **$30,000.00** | **2008: Both Interest/Dividends/Withdrawal - TD Ameritrade** |
| **$746.00** | **2008: Both Interest/Dividends/Withdrawal - Capital Bank & Trust** |
| **$8,550.00** | **2008: Husband Unemployment compensation** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

3

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Jared R. Hoover; Jennifer O. Romaine v. Kimberly Quach; Dong Quach Case No. 37-2009-00009532-SC-SC-CTL** | **Collection Landlord/Tenant Dispute** | **California Superior Court, San Diego County Small Claims** | **Judgment for Plaintiff $3,775.00** |
| **City of San Diego v. Don Quach; Kimberly Quach Case No. 37-2009-00009510-SC-SC-CTL** | **Collection Utility and Business Tax** | **California Superior Court, San Diego County Small Claims Court** | **Pending** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **National City Mortgage PO Box 1820 Dayton, OH 45401-1820** | **December 4, 2008** | **4269 Lamont Street San Diego, CA 92109 Account No. 0445 Approximate lien $358,378.24** |
| **IndyMac Bank 6900 Beatrice Dr. Kalamazoo, MI 49009** | **March 2009** | **8679 Horizon Wind Avenue, No. 103 Las Vegas, Nevada 89178** |
| **GMAC Mortgage 2711 N. Haskell Dallas, TX 75204** | **May 27, 2009** | **4102 Ingraham Street San Diego, CA 92130 Approximate value $430,000.00 Approximate lien $392,000.00** |

#### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Polis & Associates, APLC** **19800 MacArthur Boulevard, Suite 1000** **Irvine, CA 92612-2433** | **May 14, 2009** **November 20, 2009** | **$3,799.00** **$1,000.00** |

### 10. Other transfers

| None ■ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|---|---|

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **2804 Villas Way** **San Diego, CA  92108** | **Don Son Quach** **Kimberley Dawn Quach** | **7/03/2004 to 8/16/2006** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Don Quach** | **0407** | **5779 Aster Meadows Place San Diego, CA 92130** | **Loan Officer** | **11/2001 to 1/2004** |
| **Don Quach, Inc.** | **20-1717480** | **5779 Aster Meadows Place San Diego, CA 92130** | **Loan Broker** | **9/2004 to the present** |
| **United Fidelity Group, Inc.** | **26-2732824** | **10225 Barnes Canyon, Ste A211 San Diego, CA 92121** | **Loan Broker** | **6/2008 to 12/2009** |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Quach Holdings, LLC** | **20-4294514** | **5779 Aster Meadows Place San Diego, CA 92130** | **Real Estate** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Tax Smart America of San Diego, Inc. 4686-B Mercury St San Diego, CA 92111** | **2007 - 2009** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Tax Smart America** | | |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| **Tax Smart America** | |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

8

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                 NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME            ADDRESS            DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,            DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL            OR DESCRIPTION AND
                                                                       VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND            TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March 23, 2010**                          Signature  **/s/ Don Son Quach**

                                                              **Don Son Quach**
                                                              Debtor


Date  **March 23, 2010**                          Signature  **/s/ Kimberley Dawn Quach**

                                                              **Kimberley Dawn Quach**
                                                              Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of California

In re **Don Son Quach**
**Kimberley Dawn Quach**

_____
Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**American Honda Finance Corp.** | **Describe Property Securing Debt:**<br>**2008 Acura TL Lease**<br>**(no net equity after lease payoff)**<br>**Location: 5779 Aster Meadows Place, San Diego CA 92130** |
|---|---|

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Continue to service lease**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**American Honda Finance Corp.** | **Describe Property Securing Debt:**<br>**2008 Acura MDX**<br>**(no net equity after lease payoff)**<br>**Location: 5779 Aster Meadows Place, San Diego CA 92130** |
|---|---|

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **Continue to service lease**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

---

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide** | **Describe Property Securing Debt:**<br>**Residence**<br>**5779 Aster Meadows Place**<br>**San Diego, CA  92130** |

Property will be (check one):
☐ Surrendered　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  <u>Continue to service debt</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt　　　　　　　■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Countrywide** | **Describe Property Securing Debt:**<br>**5821 Park Creste Drive**<br>**Glen Allen, VA  23059** |

Property will be (check one):
☐ Surrendered　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  <u>Continue to service debt</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt　　　　　　　☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Escala Master Association** | **Describe Property Securing Debt:**<br>**2804 Villas Way**<br>**San Diego, CA 92108** |

Property will be (check one):
☐ Surrendered　　　　　　　■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain  <u>Continue to service debt.</u>  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt　　　　　　　☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**HSBC Mortgage Services, Inc.** | **Describe Property Securing Debt:**<br>**2804 Villas Way**<br>**San Diego, CA 92108** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __Continue to service debt.__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage Co.** | **Describe Property Securing Debt:**<br>**Residence**<br>**5779 Aster Meadows Place**<br>**San Diego, CA  92130** |

Property will be (check one):
- ■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain  _____  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                        Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Townes Shady Grove Twnhs HOA** | **Describe Property Securing Debt:**<br>**5821 Park Creste Drive**<br>**Glen Allen, VA  23059** |

Property will be (check one):
    ☐ Surrendered                        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain  __**Continue to service debt.**__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES        ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __**March 23, 2010**__         Signature  __**/s/ Don Son Quach**__
                                            **Don Son Quach**
                                            Debtor

Date  __**March 23, 2010**__         Signature  __**/s/ Kimberley Dawn Quach**__
                                            **Kimberley Dawn Quach**
                                            Joint Debtor

# United States Bankruptcy Court
## Southern District of California

In re    **Don Son Quach**
       **Kimberley Dawn Quach**

Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,500.00 |
| Prior to the filing of this statement I have received | $ | 4,500.00 |
| Balance Due | $ | 0.00 |

2.   $ __**299.00**__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. [Other provisions as needed]
         **Representation of the debtor(s) at the first scheduled hearing under Section 341(a).**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

         **Representation does not include representing the debtor(s) in any dischargeability actions, judicial lien avoidances, relief from stay actions, objections to exemptions, appeals, Rule 2004 Examinations or related document productions, motions for reconsideration or any other adversary proceeding or contested bankruptcy matters. The firm's scope of representation shall be expressly concluded upon the conclusion of the debtor(s) first Section 341(a) hearing.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    __**March 23, 2010**__

**/s/ Thomas J. Polis**
**Thomas J. Polis**
**Polis & Associates, APLC**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**
**(949) 862-0040  Fax: (949) 862-0041**
**tom@polis-law.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Southern District of California

In re **Don Son Quach**
**Kimberley Dawn Quach**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Don Son Quach**
**Kimberley Dawn Quach**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X **/s/ Don Son Quach**                    **March 23, 2010**
_____
Signature of Debtor                              Date

X **/s/ Kimberley Dawn Quach**          **March 23, 2010**
_____
Signature of Joint Debtor (if any)           Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                    Best Case Bankruptcy

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Thomas J. Polis**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**
**(949) 862-0040**
**119326**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Don Son Quach**
**Kimberley Dawn Quach**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: __949__

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __March 23, 2010__                    **/s/ Don Son Quach**
                                    **Don Son Quach**
                                    Signature of Debtor

Date: __March 23, 2010__                    **/s/ Kimberley Dawn Quach**
                                    **Kimberley Dawn Quach**
                                    Signature of Debtor

REFER TO INSTRUCTIONS ON REVERSE SIDE
CSD 1008

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2010 Best Case Solutions  - Evanston, IL - bestcase.com

Don Son Quach
5779 Aster Meadows Place
San Diego, CA 92130


Kimberley Dawn Quach
5779 Aster Meadows Place
San Diego, CA 92130


Thomas J. Polis
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of US Trustee San Diego
402 West Broadway, Ste 600
San Diego, CA 92101-8511


Aaron Heath  & Doris Heath
41717 Mesquite Ln
Murrieta, CA 92562


Accurate Security Pros
9919 Hillbert St, Ste D
San Diego, CA 92131


Adam Clinton
2155 Touchstone Dr
Chino Valley, AZ 86323


Adam Jensen
3920 Ingraham St, #11-104
San Diego, CA 92109


Adam Ledford
12218 West Larkspur Rd
El Mirage, AZ 85335

Adela Roman
330 Hook Rd
Westminster, MD 21157


Adelberto Gatica
2425 S Memphis Wy
Aurora, CO 80013


Adolfo Alvarado & Ingrid Graessel
326 SW 20th Rd
Miami, FL 33129


ADP
7000 Village Dr
Buena Park, CA 90621


Adrian Romero
2434 E Camino St
Mesa, AZ 85213


Adriana Brill
9560 Antelope Creek Dr
Reno, NV 89506


ADT
PO Box 650485
Dallas, TX 75265


Affordable Printer Care
7754 Arjons Dr
San Diego, CA 92126


Aijaz khan
3010 Seven Oaks Pl
Church, VA 22042

Aijaz Khan
3504 Pence Ct
Annandale, VA 22003


Aijaz khan
3810 Ivydale Dr
Annandale, VA 22003


Aijaz khan
3504 Pence Ct
Annadale, VA 22003


Alan Freeby
262 N. Dory lakes Dr
Black Hawk, CO 80422


Alan Yubac
1207 Glencoe Dr
San Diego, CA 92114


Alazar Woldermariam
3617 Penedos Dr
Las Vegas, NV 89147


Albert Keshavrzi
1431 Dentro De Lomas Rd
Bonsall, CA 92003


Albert Keshavrzi
455 West & 457 West
Cedar City, UT 84720


Albert Keshavrzi
4262 W 250 N
Cedar City, UT 84720

Albert Keshavrzi
1148 Northfield Rd
Cedar City, UT 84720


Albert Keshavrzi
4121 W 250 N
Cedar City, UT 84720


Albert Yawson
2547 James Monroe Circle
Herndon, VA 20171


Alejandra Nieto
8808 West Preston Lane
Tolleson, AZ 85353


Alejandro Villejas
2801 Briar Pond Circle
Woodbridge, VA 22191


Alek Torres- Reyes
541 Carrie Circle
San Marcos, CA 92069


Alexander & Katerina Podolyan
245 N. Crestview Dr
Moses Lake, WA 98837


Alexander & Nurit Mandel
4988 Haight Trail
San Diego, CA 92123


Alfonso Flippin
1908 Oro Vista Rd
San Diergo, CA 92154

Alfonzo & Yolanda Flippin
645 Lee Circle
Chula Vista, CA 91911


Alfred Gomez-Gonzalez
24426 Kennedy Circle
Plainfield, IL 60544


Alfred Gomez-Gonzalez
160 Grady Dr
Bolingbrook, IL 60440


Alfred Gomez-Gonzalez
137 Orchard Dr
Bolingbrook, IL 60440


Alfred Hammadi
5667 Moccasin Point St
Las Vegas, NV 89148


Alfred Hammadi
9462 Kaufman Rd
Las Vegas, NV 89148


Alfredo Medina
1025 Golden Hawk Wy
Las Vegas, NV 89108


Ali Hembly
4708 bayonne Ave
Baltimore, MD 21206


Alice Smith
24512 Pappas Rd
Ramona, CA 92065

Allan De Castro
2125 Euclid Ave
National City, CA 91950


Allen Benavides
1123 Pinto Horse Ave
Henderson, NV 89052


Allied International Credit
100 E.Shore Dr, 3rd Fl
Glen Allen, VA 23059


Allied International Credit
PO Box 1259
Oaks, PA 19456-1259


Alma Chaidez
25744 W St Kateri Dr
Buckeye, AZ 85326


Alvaoro Bejar
690 Mission Ridge Dr
Manteca, CA 95337


American Collection Systems
PO Box 1968
Southgate, MI 48195-0968


American Collection Systems
PO Box 29117
Columbus, OH 43229


American Express
PO Box 0001
Los Angeles, CA 90096-0001

American Express
PO Box 6618
Omaha, NE 68105-0618


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


American Honda Finance Corp.
PO Box 6001
City Of Industry, CA 91716-0001


American Honda Finance Corp.
PO Box 60001
City Of Industry, CA 91716-0001


Amiruddin & Iffat Khawaja
44 Bentley Dr
Sterling, VA 20165


Amy Zellner
4059 S. Calumet Ave #1
Chicago, IL 60653


Angel & Margarita Gomez
1626 Wenonah Ave
Berlyn, IL 60402


Angel Pomar
1398 Weaverville St
Chula Vista, CA 91913


Angie Gonzalez
4251 Layla Ct
San Diego, CA 92154

Anjenette Colby-Barad
23592 Windsong, #336
Aliso Viejo, CA 92656


Ann Sislo
W364 Crook Rd
De Pere, WI 54115


Anna Casey
653 Grace Dr
Carbondale, CO 81623


Anna Lopez
911 Esther Dr
Corona, CA 92882


Anthony & Celeste Schuett
2229 South 351st Ave
Tonopah, AZ 85354


Anthony & Leann Sullivan
2229 South 351 Ave
Tonopah, AZ 85354


Anthony & Leann Sullivan
1000 Southridge Dr
Vestavia Hills, Al 35216


Anthony & Valerie Mata
2667 Sterling Ave
Sanger, CA 93657


Anthony Acrcurio
2592 Fairway Dr
Costa Mesa, CA 92727

Anthony Cornett
1695 Bubbling Well Dr
San Diego, CA 92154


Anthony Paternoster
104 W High St
Somerville, NJ 08876


Antonio Cerna
9001 Shana Pl
San Jacinto, CA 92582


Apple One
9909 Mira Mesa Blvd, Ste 100
San Diego, CA 92131


April Grady-Reyna & Gustavo Reyna
1055 N Recker Rd, #1279
Mesa, AZ 85205


Arnold & Arlene Abad
2630 Pondview Dr
Algonquin, IL 60102


Arthur O'Grady
583 W Upland Ave
San Diego, CA 90731


Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


Associated Recovery Systems
PO Box 1259
Oaks, PA 19456

AT & T
Payment Center
Sacramento, CA 95887


Audrey Tyler
16405 Limerick St
Riverside, CA 92503


Autobrag, Inc.
7770 Regents Rd, #113-253
San Diego, CA 92122


Auzline Lockett
5156 8th Ave
Los Angeles, CA 90043


Babrara Hassard
163 Prince George St
Annapolis, MD 21401


Bank of America
PO Box 15726
Wilmington, DE 19886-5726


Bank of America
PO Box 22021
Greensboro, NC 27420-2021


Bank of America, N.A.
c/oAssociated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046


Barbara & Ralph Masia
2140 E. Jane St
San Bernardino, CA 92404

Barbara Flickinger
333 N. Canal St #3103
Chicago, IL 60606


Barry Dadon
4966 Campanile Dr
San Diego, CA 92109


Beatriz Calvaa & Romulo Robles
6348 La Porte
Chicago, IL 60638


Beau Tucker
7 Silver Pine Dr
Newport Coast, CA 92657


Belinda Hull
7837 Golondrina Dr
San Bernardino, CA 92410


Ben & Sharon Joseph
36 Morris Rd
BRd Brook, CT 06016


Benjamin Mifflin
526 Calypso Dr
Henderson, NV 89002


Benjamin Reyes Bravo
6422 Jodie St
New Carrollton, MD 20784


Best Maintenace
10601 Tierrasanta Blvd, #322
San Diego, CA 92124

Best rate
2685 S Rainbow Ave, Ste 106
Las Vegas, CA 89146


Betty & Victor Baltandano
2848 Great Oak
Falls Church, VA 22042


Bevis Swinson
6725 Darby Rd
Landover Hills, MD 20784


Bevis Swinson
6205 Dower Village Lane
Upper Marlboro, MD 20772


Bill Duff
14-3977 Kapoho Rd
Pahoa, HI 96778


Bill Duff
175 Summit Dr
Banning, CA 92220


Bill Jameson
2938 N 38th Dr
Phoenix, AZ 85031


BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306


BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026-7456

BMW Financial Services
PO Box 78103
Phoenix, AZ 85062-8103


Bobby & Christina Crews
929 Cedar Lane
Lemoore, CA 93245


Brad Miner
829 S. Capistrano Dr
Gilbert, AZ 85223


Bradley Oliver
9418 N. Archie Ave
Fresno, CA 93720


Brenda Montoya
14860 W. D St
Kerman, CA 93630


Bret Bucciarelli
34 Brown Rd
Southbury, CT 06488


Brian & Leslie Porter
809 River Terrace St
Prescott, WI 54021


Brian Stern & Kelsey Hansen
4386 N. 158th Dr
Goodyear, AZ 85395


Brian Webber
947 Coyote Mountain Trail
Corvall, MT 59828

Brigit Kern
549 Del Mar Ave
Chula Vista, CA 91910


Brittney Aguirre
8447 Hovenweep Ct
San Diego, CA 92129


Bruce Brown
6704 ventura Ct
San Bernardino, CA 92407


Bruce Cordova
77 Laurelhurst Dr
Ladera Beach, CA 92694


Cal-Western Reconveyance Corp
525 E Main St
PO Box 22004
El Cajon, CA 92022-9004


Candace Trafton
9015 North 55th Ave
Glendale, AZ 85302


Capital Management Services LP
726 Exchange St, Ste 700
Buffalo, NY 14210


Capital One
PO Box 5155
Norcross, GA 30091


Capital One
PO Box 60599
City Of Industry, CA 91716-0599

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
PO Box 70886
Charlotte, NC 28272-9903


Capital One Services, Inc.
15000 Capital One Dr
Richmond, VA 23238


Capitol  One
PO Box 30285
Salt Lake City, UT 84130-0285


Capitol Management Services
726 Exchange St, Ste 700
Buffalo, NY 14210


Capitol One Bank
PO Box 60024
City Of Industry, CA 91716-0024


Captaloans
1100 Irvine Blvd, Ste 146
Tustin, CA 92780


Card Services
PO Box 8833
Wilmington, DE 19899-8833


Cardflex
2900 Bristol St
Costa Mesa, CA 92626

Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548


Carey Correia
8405 Hydra Ln
San Diego, CA 92126


Carl & Dorla McLaughlin
1319 Hemlock Ave
Anderson, CA 96007


Carla Chavez
10940 Deering St
San Diego, CA 92126


Carlos & Maria Fuentes
37456 Willowwood Dr
Freemont, CA 94563


Carlos Gomez
133 Kearney St
Paterson, NJ 07522


Carmen Pina Sandoval
1045 Jensen Circle
Pittsburgh, CA 94565


Carmen Vera - Cabacungan
1812 mathews Pl
Pomona, CA 91766


Carol Hankins
30782 Chisholm Trail
Elizabeth, CO 80107

Carolyn Liss
1063 OGE Ave
Des peres, MO 63131


Catherine Chapin
7244 Shoreline Dr
San Diego, CA 92122


Cathryne Conner
737 Pacific Wy
Encinitas, CA 92024


Cathy Linn
561 Brigham Circle
Canton, GA 30115


Cathy Rasmussen & Michael Berg
2849 Hot Springs Rd
Minden, NV 89423


CCB Credit Services, Inc.
PO Box 272
Springfield, IL 62705-0272


CCB Credit Services, Inc.
5300 S 6th St
Springfield, IL 62703-5184


CDW
6281 Beach Blvd, Ste 307
Buena Park, CA 90621


Cecelia Cho
2155 Cold Springs Ave
Merced, CA 95340

Cecelia Tambe Ebot
450 N. Eucalyptus Pl
Chandler, AZ 85225


Cesar & Susana Llamas
22233 Sweetgum Ave
Moreno Valley, CA 92553


Chad Trotter
1657 N. Nomadic Desert Trail
Prescott, AZ 86301


Champ Garvin
1203 Garvin lane
Pinedale, AZ 85017


Champ Garvin
3043 W. Sierra Vista Dr
Phoenix, AZ 85017


Chan Sengsavang
17428 Finch Path
Farmington, MN 55024


Charlene Lipper
2258 N. Arbor Ave
Hanford, CA 93230


Charles & Maria Engelmann
12053 E. poinsettia Dr
Scottsdale, AZ 85259


Charles Ballon
1380 Village Wy
Costa Mesa, CA 92626

Charles Greene
8212 S. Cushman Ave
Tacoma, WA 98408


Charlotte Vallas
1166 N. Dresden St #34
Anaheim, CA 92801


Chase
PO Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 94014
Palatine, IL 60094-4014


Chase
Cardmember Service
PO Box 15548
Wilmington, DE 19886-5548


Chase Bank
PO Box 94014
Palatine, IL 60094-4014


Chase Home Finance
PO Box 78035
Phoenix, AZ 85062-8035


Chase Home Finance, LLC
1820 E Sky Harbor Circle S
Phoenix, AZ 85034-9701


Cheryl Friedman
3 Brokenbow Lane
Rolling Hills Estates, CA 90274

Cheryl Friedman
10367 Craftsman Wy, #207
San Diego, CA 92127


Cheryl Sanchez
1540 McFarlan
Eureka, CA 95501


Cherylynn Shuman
248 Octillo Pl
Oceanside, CA 92057


Chester Weatherly
8242 Center Ave
Alexandria, VA 22309


Chris Aleszczyk
2634 Marg Lane
Kississmee, FL 34744


Chris Aleszczyk
237 Sevilla Ave
Davenport, FL 33837


Chris Aleszczyk
263 Black baron
Delran, NJ 08075


Chrispulo Zamora
105 Orchard Rd
Mahopac, NY 10541


Christian & Frances Gella
3942 Kiara Circle
Fairfield, CA 94533

Christian Sandoval
1249 Elm Ave
Imperial beach, CA 91932


Christina Barnhart
1923 Howard Dr
Sparks, NV 89434


Christopher & Terraporn Ryer
2293 Canyon View Glen
Escondido, CA 92026


Christopher & Tiffany O'Daniel
12057 16th Ave
Lemoore, CA 93245


Christopher Ashbaugh
5510 109th Ave Ct. E
Puyallup, WA 98372


Christopher Credo
754 Balboa Ave
Lemoore, CA 93245


Christopher Dolan
445 Island Ave, #301
San Diego, CA 92101


Christopher McCaskill
12724 Inverness Wy
Woodbridge, VA 22192


Christopher Nauta
3821 Canary Creek Ave
Las Vegas, NV 89031

Christopher Wyrick
22204 Sweetgum Ave
Moreno Valley, CA 92553


Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921


Chrysler Financial
PO Box 977
Roanoke, TX 76262


Chrysler Financial
PO Box 2293
Milwaukee, WI 53201


Cindy Taylor
1652 Stone Wy
Auburn, CA 95603


Cindya Vega
580 North 11th St.
Newark, NJ 07107


Citi
PO Box 92350
Albuquerque, NM 87199


Citi Bank
PO Box 6000
The Lakes, NV 89163-6000


Citi Cards
PO Box 6406
The Lakes, NV 88901-6406

Citi Cards
PO Box 660370
Dallas, TX 75266-0370


Citi Cards
4600 Houston Rd
Florence, KY 41042


Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077


Citi Diamond Preferred Card
PO Box 6000
The Lakes, NV 89163-6000


Citi Premierpass Card
PO Box 6000
The Lakes, NV 89163-6000


Citibank
PO Box 92350
Albuquerque, NM 87199


Citibank, N.A.
PO Box 26892
San Francisco, CA 94126-6892


Citibank, N.A.
PO Box 9241
Uniondale, NY 11555-9241


Citicorp Business Banking
c/o McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146

Citicorp Credit Services, Inc.
PO Box 140516
Toledo, OH 43614-0516


Claudio & Maria Del Carmen Martinez
534 Summer St
St.Fernley, NV 89408


Clemente & Esther Aguirre
905 Greenleaf Dr
Joliet, IL 60436


Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047


Client Services, Inc.
PO Box 1503
Saint Peters, MO 63376-0027


Clive & Marsha Kelly
22 Old Trolley Wy
Norwalk, CT 06853


Club Express
WFNNB Expresss
PO Box 659728
San Antonio, TX 78265-9728


Collectcorp
PO Box 101928
Dept. 4947A
Birmingham, AL 35210-1928


Collectcorp Corporation
455 N 3rd, St, Ste260
Phoenix, AZ 85004-3924

Colleen & Jorge Trujillo
6 Summit Ct
RanchoSantaMargarita, CA 92688


Comfort Eboh
2918 Ellington Rd
Los Angeles, CA 90016


Conrad & Genevieve White
3506 S. Gramercy Pl
Los Angeles, CA 90018


Corazon Bautista
13421 Hubbard St #110
Sylmar, CA 91342


Countrywide
PO Box 10211
Van Nuys, CA 91410-0211


Countrywide
PO Box 10219
Van Nuys, CA 91410-0219


Cox
PO Box 79171
Phoenix, AZ 85062


Credit Collection Services
Two Wells Ave, Dept 773
Newton Center, MA 02459


Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290

Creditors Financial Group, LLC
3131 S. Vaughn Way, Ste 110
Aurora, CO 80014


Creditors Financial Group, LLC
3131 South Vaughn Way, Ste 110
Aurora, CO 80014


CRES Insurance
PO Box 500810
San Diego, CA 92150


Culligan
NW 5120
PO Box 1450
Minneapolis, MN 55485


Cunningham BMW
875 El Cajon Blvd
El Cajon, CA 92020


Dale Myrick
99 Basalt Dr
Fredericksburg, VA 22406


Dalisay Delgado
124 Clarke Ave
Jersey City, NJ 07304


Damian & Katherine Miller
3009 Country Dancer Ave
North Las Vegas, NV 89081


Dan Doyle
2900 W Irving Park Rd #205
Chicago, IL 60618

Dana Dolder
4412 Pescadero Ave
San Diego, CA 92107


Daniel Benjamin
7875 Cadiz Ave
Sparks, NV 89436


Daniel Cain
1074 Spoonbill Dr
Sparks, NV 89441


Daniel Diaz
5865 Friars Rd, #3114
San Diego, CA 92110


Daniel Houck
3963 Birdsville Rd
Davidsonville, MD 21035


Daniel Houck
16614 Sylvan Dr
Bowie, MD 20715


Daniel Marquez
5939 Elkport St
Lakewood, CA 90713


Daniel Truziniski
15426 Wilmaglen Dr
Whittier, CA 90604


Danny & Donna Myers
2503 Valencia Ave
Santa Ana, CA 92706

Danny Hurtado
3521 Hauchuca Wy
Bakersfield, CA 93309


Danny Titilah
363 Ebony Ave
Imperial beach, CA 91932


Daphne Anundon
9 Rachel Wy
North Brunswick, NJ 08902


Darrin Collier
2216 Jardine Ave
North Las Vegas, NV 89032


Daryl Johnson
386 Vermont Ave
Irvinton, NJ 07111


Dave & Kathy Pacheco
5472 Laurelton Ave
Garden Grove, CA 92845


David & Angie Hutton
3521 E. Presidential Srive
Meridian, ID 83642


David & Donna Gonzalez
1120 N. Val Vista
Gilbert, AZ 85234


David & Irma Rocha
15894 West E St
Kerman, CA 93630

David & Jeanette Guzman
11674 Durango Dr
Adelanto, CA 92301


David & Maria Sellevold
3N809 Bitterswert Rd
Saint Charles, IL 60175


David & Nemita Graham
8006 Chalet Pl
San Diego, CA 92126


David & Penny Bartholet
34289 Wapiti Lane
Seaside, OR 97138


David & Rosa Granquist
2363 Feather River Rd
Chula Vista, CA 91915


David Bracamontes
1703 Sandley Ct
San jacinto, CA 92582


David Clegg
1582 N. Ballantyne
Eagle, ID 83616


David Garcia
9311 South Troy Ave
Evergreen park, IL 60805


David Markey
305 Greenvale Ave West
Northfield, MN 55057

David Rodriguez
5324 East Truman Ave
Fresno, CA 93725


David Verkest
24728 Morningstar Dr
Murrieta, CA 92562


David Watson
3330 N Geronimo Ave
Tuscon, AZ 85705


David Watson
1518 W Hudson Pl
Pima County, AZ 85704


David Zamarron
2131 Falcon Dr
Fairfield, CA 94535


Dawn Bradfield
2000 Corporate Dr, #917
Ladera Ranch, CA 92694


Dean & Jolene Wolzen
10209 W. White Moutain Rd
Sun City, AZ 85331


Deanna & Michael Johnston
3538 74th Ave SE
Olympia, WA 98501


Deanna Horton
3330 Rodeo Ave
Pahrump, NV 89048

Deborah Smoyer
294 Lemmon Wy
Hanford, CA 93230


Debra Finnell
5162 Aspen View Dr
Reno, NV 89523


Debra Finnell
1760 Vale St
Reno, NV 89509


Dee's Phone Service
13331 Casa Vista
Poway, CA 92064


Delores barnett
6817 Greenvale Pkwy
Hyattsville, MD 20784


Demetrius Sommers
1049 Felspar St, #25
San Diego, CA 92109


Dennis & Sandra Graham
5818 Center Dr
Temple Hills, MD 20748


Dennis Mallerne
2001 Kim Wy
Sparks, NV 89431


Derek Smith
6813 Corybus St
Chino, CA 91710

Diane Tates
10503 Shenandoah Path
Catlett, VA 20119


Digital Graphics
10225 Barnes Canyon Rd, # A103
San Diego, CA 92121


Dimitri Duke
10072 Silver Star Dr
Reno, NV 89521


Donald & Bonnie Ward
1670 Secretariate Dr
Annapolis, MD 21401


Donald & Wendy Adkinson
23145 E. York Ave
Parker, CO 80138


Donald Adkinson
23145 E. York Ave
Parker, CO 80138


Donald Cunningham
1643 W 214th St
Torrance, CA 90501


Donald Winnie
143 Date St
Imperial Beach, CA 91932


Donna & Brian Sampsel
25673 West Arcade Dr N
Lake Villa, IL 60046

Doug Dellavecchia
11 Antonio Ave
Meriden, CT 06451


Douglas Rogers
13123 Venetian Rd
Silver Springs, MD 20904


DRE
2201 Broadway
Sacramento, CA 95818


DWyne Wade
8794 Woodside Park
Oakpark, MI 48237


Earl & Tami Glascock
5208 Calabria Ct
Alexandria, VA 22315


Eddie James
12042 Gay Rio Dr
Lakeside, CA 92040


Eddie Torres & Christy Corona
16199 West E St
Kerman, CA 93630


Edgar Strome
4183 Lafayatte St
Riverside, CA 92503


Edilberto Garay & Lucia Prudencio
2612 Lackawanna Ct
Hyattsville, MD 20783

Editha & Raymund Villanueva
5070 Wine Cellar Dr
Sparks, NV 89436


Editha & Raymund Villanueva
2075 Haywood Dr
Sparks, NV 89434


Eduardo Adlawan
9757 Bedstraw St.
Las Vegas, NV 89178


Edward Babine
6390 S.E. North St
Port Orchard, WA 98367


Edward Bustin
29563 Lilac Dr
Campo, CA 91906


Edwina S. Del Castillo
3624 Pier Walk
Oxnard, CA 93035


Elaine King
18507 South Bellamy Rd
Chicago, IL 60478


Elena & Gonzalo Ortiz
1765 Kraft St
Oceanside, CA 92058


Elena & Gonzalo Ortiz
1769 Kraft St
Oceanside, CA 92058

Eli Ramirez
7707 Margerum Ave
San Diego, CA 92120


Eli Ramirez
7895 Lake Andrita
San Diego, CA 92119


Elmer Hull
7837 Golondrina Dr
San Bernardino, CA 92410


Elvir Erlys
7388 Stream Wy
Springfield, VA 22152


Emergency Services Med Corp
PO Box 12440
Westminster, CA 92685-2440


Encore Receivable Management
400 N. Rogers Rd
PO Box 3330
Olathe, KS 66063-3330


Encore Receivable Management
PO Box 47248
Oak Park, MI 48237


Enrique & Carmen Cruz
167 Ciani Rd
New Britain, CT 06053


Enrique G Santos
9867 Wonderful Day
Las Vegas, NV 89148

Enrique G Santos
9050 Iron Cactus Ave
Las Vegas, NV 89148


Enrique G Santos
6268 W. Levi Ave
Las Vegas, NV 89141


Enrique G Santos
7742 Bear Ridge St
Las Vegas, NV 89113


Eric Davis
4961 West Calle Don Miguel
Tuscon, AZ 85757


Eric Rauterkus
9369 Ronda Ave
San Diego, CA 92123


Erick Mata
6664 Escalon Dr
Las Vegas, NV 89108


Erlene Williams
815 W 50th St
Los Angeles, CA 90037


Erlynda Thompson
28885 Trabuco Rd, #167
Lake Forest, CA 92630


Ernesto Ruiz
138 North Spencer
Mesa, AZ 85203

Escala Master Association
Seabreeze Mngt Co c/oUnionBank
PO Box 513880
Los Angeles, CA 90051-3880


Esteve Saldana
2370 Corte Isla, #50
Chula Vista, CA 91914


Ethelbert Anthony
11905 Frost Dr
Bowie, MD 20720


Eugene Magar
3539 Minton Rd
Lake Orion, MI 48359


Eula Hudson
2015 W. Hunt Ave
Chicago, IL 60643


Eula Hudson
5608 Alice St
Hammond, IN 46320


Eula Hudson
5722 S. Calumet Ave
Hammond, IN 46320


Evaristo Diaz
1454 N Hamlin Ave
Chicago, IL 60651


Evaristo Diaz
1637 N Saint Louis Ave
Chicago, IL 60647

Evelyn Soto
270 East Forhan St
Long Beach, CA 90805


Experian
475 Anton Blvd
Costa Mesa, CA 92626


Faisel & Hera Shaikh
43274 Sunderleigh Sq
Broadlands, VA 20148


Fannye Houston-Wade
207 Virginia Ave
Jersey City, NJ 07304


Farhad Afshar
19509 White Saddle Dr
Germantown, MD 20874


Farmers Insurance
7840 Madison Ave
Fair Oaks, CA 95628


Fed Ex
3875 Airways
Module H3, Dept. 4634
Memphis, TN 38116


Federico & Lourdes Dimicali
1897 Sherbrooke St
San Diego, CA 92139


Felix & Paula Minimo
11296 Pegasus Ave
San Diego, CA 92126

Fernando & Evangeline Ba-ad
3802 Fiday Rd
Joliet, IL 60431


Fernando Resendes
14361 Manchester Dr
Naples, FL 34114


FIA Card Services
PO Box 22021
Greensboro, NC 27420-2021


Financial Asset Mgnt Systems
PO Box 600
Ashland, VA 23005-0600


Financial Asset Mgnt Systems
PO Box 451409
Atlanta, GA 31145-9409


Financial Recovery ServicesInc
PO Box 385908
Minneapolis, MN 55438-5908


First Equity Card
PO Box 23029
Columbus, GA 31902-3029


Firstsource Advantage, LLC
PO Box 628
Buffalo, NY 14240-0628


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Firstsource Advantage, LLC
6341 Inducon Dr East
Sanborn, NY 14132-9097


Five 9
7901 Stoneridge Dr, Ste 200
Pleasanton, CA 94588


FMA Alliance, Ltd.
11811 N Freeway, Ste 900
Houston, TX 77060


FMA Alliance, Ltd.
PO Box 2409
Houston, TX 77252-2409


Focus Receivables Management
1130 Northchase Pkwy, Ste 150
Marietta, GA 30067


Focus Receivables Management
PO Box 725069
Atlanta, GA 31139-2069


Frances Taylor
3 Crown Valley Dr
Henderson, NV 89074


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011


Franchise Tax Board
PO Box 942840
Sacramento, CA 94240-0040

Francisco Lopez
405 S parish Pl
Burbank, CA 91506


Francisco Marroquin
8602 Powhattan St
New Carrollton, MD 20784


Francisco Montano
5160 Emerlad Cove
San Diego, CA 92154


Francisco Quirarte
3567 Maguire Rd
San Diego, CA 92173


Frank & Alice Madrid
13350 White Crane Rd
Livingston, Ca 95334


Frank & Stephanie Rote
4925 Glacier Ave
San Diego, CA 92120


Frank Spaan
27478 Rio Vista Dr
Sun City, Ca 92586


Fred Gill
344 Keating St
Henderson, NV 89074


Freedom Voice
169 Saxony Rd, Ste 206
Escondido, CA 92024

Funding Suite / Cogent Road
4180 LaJollaVillageDr, Ste 220
La Jolla, CA 92037


Gabia Bonatas
606 N. Manhattan Pl
Los Angeles, CA 90004


Gail Soto
2561 Hyler Ave
Los Angeles, Ca 90041


Gary & Amy Miles
11837 Calcite Ave
Hesperia, CA 92345


Gary & Cindy Wolf
3658 W. Carla Vista Dr
Chandler, AZ 85226


Gary & Kimberly Brown
1720 Rock Island Dr
Ely, IA 52227


Gary Venner
1515 Summer St #308
Stamford, CT 06905


George & Briana Crysler
10834 Meadow Glen Wy E
Escondido, Ca 92026


George & Sebnem Maldonado
1117 6th Ave
Toms River, NJ 08757

Gerard Butler
19425 79th Ave Ct E
SpanaWy, WA 98397


Gerardo Marquez
20307 Devlin Ave
Lakewood, CA 90715


Gergory Barbato
3003 Surfside Blvd
Cape Coral, FL 33914


German Canales & Maria Velesquez
110 Roselawn Dr
Annapolis, MD 21403


Gina Sgarro
9884 Arrow Rte, Unit 2
Rancho Cucamonga, CA 91730


Gladys Perez
27553 Bellogente
Mission Viejo, CA 92691


Glen Machado
385 Utical Lane
San Jose, CA 95123


Glen Tuckson
2061 Star Pine Wy
San Leandro, Ca 94577


Global Acceptance Credit Co LP
5850 W Interstate 20, Ste 100
Arlington, TX 76017

Global Acceptance Credit Co LP
PO Box 4115
Concord, CA 94524


Global Acceptance Credit Co LP
PO Box 172800
Arlington, TX 76003-2800


GMAC Mortgage
2711 N Haskell Ave
Dallas, TX 75204


Golden State
1201 Marina Village Pkwy, #300
Alameda, CA 94501


Grasshopper
197 1st Ave, Ste 200
Needham, MA 02494


Greg & Delores Pinon
5449 W. Home Ave
Fresno, CA 93722


Greg & Jonnie Coldwell
6106 W. Shadow Dr
Bozeman, MT 59715


Gregory Short
293 Burnt Mill Rd
Arrowhead, CA 92352


Guadalupe Corona & Lisa Corona
209 E Dunham St
Madera, Ca 93637

Guillermina Cruz
1730 Del Paso Ave
San Jose, CA 95124


Gustavo Lopez
773 Meadowlark Dr
Fairfield, Ca 94533


Gustavo Reyna
1055 N. Recker Rd #1279
Mesa, AZ 85205


Habtom Bariamichael
31502 41st Ave SW
Federal Wy, WA 98023


Haines Company
8050 Freedom Ave
North Canton, OH 44720


Harmony & Jason Fonseca
6622 East Farmstead Rd
Prescott Valley, AZ 86314


Harris & Zide
1445 Huntington Dr., Ste 300
South Pasadena, CA 91030


Heather Allenback
105 Black Rock Ave
New Britain, CT 06052


Hector Galazar
5649 W. Alice Ave
Glendale, AZ 85302

Hector Trejo
3151 Clint Wood Rd #106
Boca Raton, FL 33496


Henry & Patricia Smith
687 Ann Wy
Gardnerville, CA 89460


Herbert Bates
107 Cork St
Stafford, VA 22554


Herculano Guzman
5408 N 90th St
Oak Lawn, IL 60453


Hermelinda Marquez
2884 W 26th Pl
Yuma, AZ 85364


High Noon @ Arlington RanchHOA
5575 S Durango Ave, Ste 106
Las Vegas, NV 89113


Hilda Bernardino
9956 Rosa M Richardson
El Paso, TX 79927


Hilda Pineda
5575 Seminary Rd #214
Falls Church, VA 22041


Hilda Pineda
3009 Nicosh Circle Apt. 4404
Falls Church, VA 22041

Hilda Pineda
15202 Streamside Ct
Dumfries, VA 22026


Hollins Schechter LLP.
1851 E First St, 6th Floor
Santa Ana, CA 92705-4017


Homeowner Assoc Services, Inc.
3513 E Russell Rd
Las Vegas, NV 89120


Housekey Financial Corp.
PO Box 60145
City Of Industry, CA 91716


HSBC Mortgage Services, Inc.
PO Box 60139
City of Industry, CA 91716-0139


Hugo Gil
5422 Caminito Vista Lujo
San Diego, CA 92130


Husein Rizvic
8109 Kingsbury Dr
Hanover Park, IL 60133


I.C. System, Inc
444 Highway 96 E
PO Box 64887
Saint Paul, MN 55164-0887


I.C. System, Inc.
444 Hwy 96 East
PO Box 64887
Saint Paul, MN 55164-0887

Ignacio Montoya
825 South First St
Kerman, CA 93630


Iman Mafi
2 Enterprise
Aliso Viejo, CA 92656


Imperial Credit Systems, Inc.
125 N. Parkside Dr., Ste 302
Colorado Springs, CO 80909


Indymac Bank
Home Loan Servicing
6900 Beatrice Dr
Kalamazoo, MI 49009


Indymac Bank
PO Box 78862
Phoenix, AZ 85062


Inous
PO Box 881403, Ste 200
San Diego, CA 92168


Internal Revenue Service
c/o Civil Trial West
Tax Division US Dept Justice
Washington, DC 20530


Internal Revenue Service
Fresno, CA 93888


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Irma & Trinidad Garibay
6761 E. 64th Ave
Commerce City, Co 80022


Irma & Trinidad Garibay
6681 E 64th Ave
Commerce City, CO 80022


Jae & Hyon Kim
726 Canary Wharf Dr
Las Vegas, NV 89178


Jaime Rice
27871 Cactus Ave #B
Moreno Valley, CA 92555


Jake Brooks
95 Silver Grove Rd
Stockholm, NJ 07460


James & Jean Roney
2601 River Bend Lane
Plainfiled, IL 60586


James & Kaoruko Marshall
1918 Echo Lane
Lincoln, CA 95648


James A Noce
5106 Northwest Daniels St
Vancouver, WA 98663


James Annoreo
5119 South Newland Ave
Chicago, IL 60638

James Hadley
462 North Cabrillo Ave
San Pedro, CA 90731


James Valiaveettil
320 East McKenna Ct
Elmhurst, IL 60126


James Willington
3504 26th Ave
Temple Hills, MD 20748


Jamille Rashell Travis
1335 Emerlad St
San Diego, CA 92109


Janet Weber
607 Franklin St
St. Montara, CA 94037


Janet Weber & Ram Subedi
607 Franklin St
Montara, CA 94037


January Michael
1542 La Corta St
Lemon Grove, CA 91945


Jared Hoover
Jennifer Romaine
600 Silver Berry
Encinitas, CA 92024


Jason & Julie Eaton
1610 Combination Rd
VirginiaCityHighland, NV 89521

Jason & Yesenia Dodson
583 E. 16th St
Oakland, CA 94621


Jason & Yesenia Dodson
17433 Via Susana
San lorenzo, Ca 94580


Jason Linklocker
214 Boylston Ave
Daytona Beach, FL 32118


Javier Ayala
15200 Strawberry lane
Adelanto, CA 92301


Jeff Krause
817 N. Anderson Ct
Tacoma, WA 98406


Jeffrey Grubert
10 Durango Ct
Aliso Viejo, Ca 92656


Jeffrey Grubert
615 & 617 Glenneyre St
Laguna Beach, CA 92651


Jeffrey powers
3218 West Port Royale lane
Phoenix, AZ 85053


Jenna Villalobos
156 E Indian School Lane
Banning, Ca 92220

Jerry & Gina Greenwood
1123 Jo Lane
Gardnerville, NV 89410


Jerry Owens
32348 Yosemite Ln
Temecula, CA 92592


Jerry Poth
4692 Laramie Sky Dr
Colorado Springs, CO 80922


Jesse & Patricia Poole
15911 Fairgrove Ave
La Puenta, CA 91744


Jessica & James Camus
7249 Fairoaks Loop SE
Olympia, WA 98513


Jessica Camus
8304 Woodgrove Ct SE
Olympia, WA 98513


Jessica Vasquez & Michelle Cregan
4126 Vernon Ave
Brookfield, IL 60513


Jessie Folnsbee
1227 S. Palm Ave
Hemet, CA 92543


Jesus & Eufemia O'Campo
431 Nationa St
Henderson, NV 89015

Joaquin Bravo Jr.
1634 Gardenia Ave
Long Beach, CA 90613


Jody Jones
6670 Desiree Loop
Anchorage, AK 99507


Joe & Bertha Martinez
2103 Sunset Ridge Ct
Glenwood Springs, CO 81601


Joe Tajc
8822 S. Desert Valley Wy
Tuscon, AZ 85747


Joel & Celia Poudier
11620 Duchess Dr
Fredereickburg, VA 22408


John & Jennifer Daniels
604 Moonglow #101
Odenton, MD 21113


John Bret-Harte
67963 Vega Rd
Cathedral City, CA 92234


John Brown
3025 Picohline Dr
Livermore, CA 94550


John Eaton
1610 Combination Rd
Reno, NV 89521

John Hugee
6762 Warner Ave, #C5
Huntington Beach, CA 92647


Johnny & McKenzie Neal
5331 W Illini St
Phoenix, AZ 85043


Jonathan Neal
525-527 Rose St
Long Beach, CA 90802


Jorge & Graciela Silva
1666 East San Xavier Dr
Casa Grande, AZ 85222


Jorge Anguiano & Esmeralda Ortiz
2632 S. Barkley Ranch Ave
Yuma, AZ 85364


Jorge Chaidez
13508 W. Marlette Ave
Litchfield park, AZ 85340


Jorge Duran
236 S. Harvard Ave
Addison, IL 60101


Jorge Silva
1666 East San Xavier Dr
Casa Grande, AZ 85222


Jose & Bertha Martinez
2103 Sunset Ridge Ct
Glenwood Springs, CO 81601

Jose & Julie Navarrette
7305 Larrup Ct
Alexandria, VA 22315


Jose & Monica Saldana
2370 Corte Isla #2370
Chula Vista, CA 91914


Jose & Nicole Newman
1612 Hillsborough St
Chula Vista, CA 91913


Jose & Rosa Gonzalez
318 S. Silton Ave
San Dimas, CA 91773


Jose Arvizo
12734 SE 191th Pl
Renton, WA 98058


Jose Cerna
8630 East Calaveras Ave
Rancho Cucamonga, CA 91730


Jose Reyes
207 Comstock Dr
Colonial Heights, VA 23834


Jose Reyes
8220 Cottage St
Vienna, VA 22180


Jose Rodriguez
2451 N. Parkside Ave
Chicago, IL 60639

Jose Rodriguez Jr
535 Montezuma St
Ontario, CA 91762


Jose Saldana
2370 Corte Isla, #50
Chula Vista, CA 91914


Jose Vasquez
17502 Bauchard Ct.
Carson, CA 90746


Joseph & Diane Whitford
4733 Wilmore Wy
Cottage Grove, WI 53527


Joseph & Jodi Pecoraro
1058 Ariel Pl
Escondido, CA 92027


Joseph & Lenda Killingham
5246 Churchwood St
San Diego, CA 92114


Joseph & Marie Covotta
495 Duneden Dr
Aurora, OH 44202


Joseph & Sharon Mattioli
610 East Huffaker Lane
Reno, NV 89511


Joseph & Stephaie O'Brien
1302 Wright Ct
Fredricksburg, VA 22401

Joseph Brown
1703 Logan Ave, #D
San Diego, CA 92113


Joseph Colina
10784 Misty Meadows Dr
Reno, NV 89521


Joseph Crawford
225 Willow Dr
Solvang, CA 93463


Joseph Latham
7728 Alpine Beach Rd.
Pasadena, MD 21122


Joseph Longo
1205 Sable
RanchoSantaMargarita, CA 92688


Joseph Mauck
46966 Ctyard Sq, Unit 302
Sterling, VA 20164


Joseph Reis & Joelma Kusman
54 Kossuth St
Newark NJ, NJ 07105


Joseph Williams
5885 El Cajon Blvd., #218
San Diego, CA 92115


Joshua Draper
4177 Texas St
San Diego, CA 92104

Joshua Haddy
2008 Via vina
San Clemente, CA 92673


Juan & Delores Lopez
1871 Talbot Ct
Chula Vista, CA 91913


Juan & Karina Mancilla
53774 Calle Balderas
Coachella, CA 92236


Juan & Lorraine Aguirre
4833 Federal Blvd.
San Diego, CA 92102


Juan Aguirre
4836 Lyon St
San Diego, CA 92109


Juan Bernardino
1205 Cross Field Circle
laredo, TX 78045


Juan C Colemenares
128 Francis Ave
Hamilton, NJ 08629


Juan C Colmenares
128-130 Francis Ave
Hamilton, NJ 08629


Juan Ivanez
8909 Footed Ridge
Columbia, MD 21045

Juan Villalobos
11116 Surrey Ave
Ontario, CA 91762


Judith Raphael
34383 C Dana Strand
Dana Point, CA 92629


Julie Pesusich
8526 Hollywood Blvd.
Los Angeles, CA 90069


Julietta Reynolds & Timothy Wing
1445 Fieldbrook
Chula Vista, CA 91913


Julio & Adela Roman
330 Hook Rd
Westminister, MD 21157


Juozas Martynaitis
2300 Copper Spring Dr
Reno, NV 89521


Justin & Brooke Sturgeon
23425 Oakley Ct
Ramona, CA 92065


Justin Arnold
6351 Lorne Green Ave #103
Henderson, NV 89011


Justin Mendenhall
8 Rabano
RanchoSantaMargarita, CA 92688

Kannarkat & Annie Verghese
41040 Paw Paw Hollow Lane
Leonardtown, MD 20650


Kannarkat & Annie Verghese
39966 Lady Baltimore Ave
Leonardtown, MD 20650


Kaoruko Marshall
1918 Echo Lane
Lincoln, CA 95648


Kapil Raj
24221 Palmek Circle
Lake Forest, CA 92630


Karen Malone
12211 Waterford Pl
Louisville, KY 40291


Katerina & Emad Moawad
234 S. Tower Dr #4
Beverly Hills, CA 90211


Katherine Greubel
19652 Vista Del Valle
Santa Ana, CA 92705


Katherine Hernandez
1204 N. Escondido, #B49
Escondido, CA 92026


Kathleen Pacheco
5472 Laurelton Ave
Garden Grove, CA 92845

Kazim Dogan & Feriha Dogan
908 Eaglehurst Rd
Toms River, NJ 08753


Keit Vo & Tam Vo
210 W Ash Rd
Sterling, VA 20164


Kelly & Michael Bruchhauser
5496 N. Edgemont Dr
San Bernardino, CA 92404


Kelly Jackson Inc
1703 Logan Ave, #D
San Diego, CA 92113


Kelly Lewis
2584 Fairway Dr
Costa Mesa, CA 92627


Ken & Crystal Turner
261 Lassiter Dr
Ellenwood, GA 30294


Kennieth Fong
29889 Circinus St
Murrieta, CA 92653


Kenny Ahn
16310 Driftwood Ct
La Mirada, CA 90638


Kenny Cortez
1234 Coates Ave
Los Angeles, CA 90063

Kenny Romans
1790 Avenida Vista Labera
Oceanside, CA 92056


Kent & Carolyn Anderson
17805 N 64th Ave
Glendale, AZ 85308


Kevin Mary
3408 Long Dr
Minden, NV 89423


Kevin O'Daniel & Candis Amasalian
15903 Houston Ave
Lemoore, CA 93230


Kevin Roderick
4820 Beryl Wy
San Diego, CA 92109


Kidane Hantal
7447 Aspen Park Rd
Lorton, VA 22079


Kimberlee Smith
15693 Pike Trail
Dumfries/Montclair, VA 22025


Kimberly & Christopher Dunham
31 Grady Rd
Vernon, CT 06066


Kimberly Varner
23 Marne St
Plainfield, CT 06374

Kirk Mueller
16454 SG Wy
Caldwell, ID 83607


Kris Stidham
3037 Laurel Rd
Bishop, CA 93514


Krishnamurthy Sundararajan
7N023 Bristol Ct
Saint Charles, IL 60175


Kristin Piscotta
1086 Sheer Paradise Lane #103
Henderson, NV 89002


Kurt Johnson
1633 Monarch Ridge Circle
El Cajon, CA 92019


Kurt Pankoski
1380 Garnet Ave, #E200
San Diego, CA 92109


Lakshmi Koneru
7613 Brittnay Parc Ct
Falls Church, VA 22043


Lakshmi Koneru
2509 Golden Harvest Ct
Herndon, VA 20171


Landon Weatherbie
3826 Costa Bella Wy
La Mesa, CA 91941

LaPaul & Shannen Garland
4622 Harwich Dr
Waldorf, MD 20601


Lara & Ana Skaarup
9195 Collins Ave #1003
Surfside, FL 33154


Larry & Becky Moore
444 Crimson Rd
Fernley, NV 89408


Latosha Johnson
1329 E 1st St #11
Long Beach, CA 90802


Laura Knutson
7805 Marbledoe St
Las Vegas, NV 89149


Laura Sweeney
6009 CallaWy Ct
Centreville, VA 20121


Laurino & Maria Valenzuela
13555 Correnti St
Arleta, CA 91331


Law Offices Mitchell N. Kay PC
PO Box 9006
Smithtown, NY 11787-9006


Law Offices Mitchell N. Kay PC
7 Penn Plaza
New York, NY 10001

Lawrence & Ruth Davies
336 35th St South
Brigatine, NJ 08203


Legal Modification Firm
Christopher Persaud, Esq.
4160 Temescal Cnyn Rd, Ste 216
Corona, CA 92883


Leonard Toney
518 Cove Hollow Dr
Durham, NC 27703


Leonard Toney
1938 Featherbed Ln
Gwynn Oak, MD 21207


Leonila Cabagbag
17821 50th Ct S
Seatac, WA 98188


Leopoldo Castaneda
13296 Sourwood Ave
Moreno Valley, CA 92553


Leslie Lemert
166 Vineyard Rd
Hamden, CT 06517


Li Ya Shen
308 Cigar Loop
Havre De Grace, MD 21078


Li Ya Shen
416 Arza Ct
Havre De Grace, MD 21078

Lillian & Gaetano Biundo
25185 Pierson Rd
Homeland, CA 92548


Linda Clemons
2607 Vine St
Denver, CO 80205


Linda Feoli
5161 Cartaro Dr
Las Vegas, NV 89103


Linda o'Connell
8821 W. Cavalier Dr
Glendale, AZ 85305


Linda Richey
2331 Cliff Dr
Newport Beach, CA 92663


Linda Robinson
303 E Oak St
Walla Walla, WA 99362


Linda Rodriguez
535 Montezuma St
Ontario, CA 91762


Lindsay Gale
3920 Ingraham St, #11-104
San Diego, CA 92109


Lisa & Robby Mueller
7087 Belle Glade lane
San Diego, CA 92119

Lisa Dobranich
7320 Savannah Falls St
Las Vegas, NV 89131


Lisa Vargas
4457 Rolfe Rd
San Diego, CA 92117


Lisa Victoria Reid
6368 Quillan St
San Diego, CA 92111


Lori Gomez
4567 Heath Circle
Rohnert Park, CA 94928


Lorraine Payton
368 Bergen Ave
Jersey City, NJ 07304


Louie Villalobos
1116 Surrey Ave
Ontario, CA 91762


Louis & Maria DeFrancisco
10741 Preston Pkwy
Huntley, IL 60142


Lowell & Clementina Compton
16 Nugget
Cascade, ID 83611


LTD Financial Services, L.P.
7322 Southwest Frwy, Ste 1600
Houston, TX 77074

Luciano Cabral
7687 Hannah Ave
Hilmar, CA 95324


Ludis Manazanares
834 S. Harrison St
Arlington, VA 22204


Luis E Garcia
453 Bolling Circle
Novato, CA 94949


Luis Galvez
281 Day Lily Dr
Perris, CA 92571


Luis Pacheco
610 Gavin Ave
Romeoville, IL 60446


Luis Perez
1236 West Prosperity Ave
Tulare, CA 93274


Luiz Bauer
6017 Oliva Ave
Lakewood, CA 90712


Luke Kras
2235 N Lister Ave, #401
Chicago, IL 60614


Luke Kras
870 N Milwaukee Ave, Unit 404
Chicago, IL 60622

Luke Kras
411 E Ontario St, Unit 601
Chicago, IL 60610


Luke Kras
345 N. Lasalle St
Chicago, IL 60610


LVNV Funding, LLC
c/o Richard J. Boudreau &Assoc
5 Industrial Wy
Salem, NH 03079


Mack Wiggins
2616 Oscar Mariano Ave
North Las Vegas, NV 89032


Madjid Manesh
3327 Hypoluxo Rd
Lake Worth, FL 33462


Mahdi Dublin
5821 Park Creste Dr
Glen Allen, VA 23059


Mansour Fattahi
20146 Bar Harbor Terrace
Ashburn, VA 20147


Manual & Annette Castro
518 Williams Ave
Madera, CA 93637


Manual & Araceli Anaya
14230 W. G St
Kerman, CA 93630

Manual Quintana
2850 N Mosier
Wasilla, Al 99654


Manuel & Carlotta Polanco
562 Poinsettia Ave
Vista, CA 92081


Marcel & Marguy Vincent
5021 Sancerre Circle
Lakeworth, FL 33463


Marcia Amador
573 Doolittle Ave
San Diego, CA 92154


Margarita Rodriguez
11619 Wakeman St
Whittier, CA 90608


Marguy Vincent
5021 San Cerre Circle
Lakeworth, FL 33463


Maria & Cracium Lazar
3316 SE East 85
Portland, OR 97266


Maria Aremendariz
10104 Wyandott Cir. N
Thorton, CO 80260


Maria Hernandez
3301 W Monte Vista Rd
Phoenix, AZ 85009

Maria Hunte Pope
1979 Greyfalcon Circle
Vero Beach, FL 32962


Maria Jimenez
93 Zimmerman St
Henderson, NV 89002


Maria Nylda Sun
19409 Elton Circle
Cerritos, CA 90703


Maria Rodriguez & Jose D Vasquez
17502 Bauchard Ct
Carson, CA 90746


Marianne Murray
414 Sutter Ct
San Marcos, CA 92069


Marilyn Olen
33 Garfield St
Denver, CO 80206


Mario & Maria Quintero
224 C St
Chula Vista, CA 91910


Mario Munoz
6258 Bluebell St
Corona, CA 92880


Marion Raydenbow
28 Meadow St
Winsted, CT 06098

Marjorie Marsh
430 Rockwell
Sparks, NV 89441


Mark & Krista Shurkin
7207 Linares Ave
Riverside, CA 92509


Mark Hertwick
1848 South Jasmine St
Denver, CO 80224


Mark Longchamps
800 Akard Dr
Reno, NV 89503


Martha Henderson
14775 Rincon Rd
Hesperia, CA 92307


Martin Chavez & Flora Madrid
1371 Walnut St
San Bernardino, CA 92410


Martin Lopez
15218 Strawberry Lane
Adelanto, CA 92301


Marvin Bynes
6162 Talmadge Run
Acworth, GA 30101


Mary & Sammy Ontiveros
8021 W. Meadows Ave
Phoenix, AZ 85033

Mary Dohr
880 Akard
Reno, NV 89503


Mary Flagstad
5842 Dugan Ave
La Mesa, CA 91942


Mary Ross
250 Newcomb St East
Washington, DC 20032


Mary Ross & Robin Williams
615 Hampton Dr
Oxon Hill, MD 20745


Matthew & Beverly Barraza
6175 Mount Vernon Rd
Auburn, CA 95603


Matthew Del Campo
1718 Hillside Rd
Santa Barbara, CA 93101


Matthew Haynes
31765 Deborah Ln
Menifee, CA 92584


Matthew Horsburg
306 Boeing Ave
Salinas, CA 93906


Maureen Flannigan
5271 Holland Ave
Garden Grove, CA 92845

Maurico & Maria Villalobos
23872 West Pecan Circle
Buckeye, AZ 85326


Melinda & Rafael Gaxiola
7510 Springmeadow Ct
Highland, CA 92346


Michael & Gloria Arthur
1858 Makarios Dr
Saint Augustine, FL 32080


Michael & Goloria Arthur
1858 Makarios Dr
Saint Augustine, FL 32080


Michael & Susan jackson
32320 Pollux Ct
Union City, CA 94587


Michael & Wendy Vach
17 W 021 Elm Ct
Willowbrook, IL 60527


Michael Chavez
1260 12th St
Imperial Beach, CA 91932


Michael Garcia
1422 West Morelos St
Chandler, AZ 85224


Michael Gotschall
1254 Orkney Ln
Cardiff, CA 92007

Michael Johnston
3538 74th Ave SE
Olympia, WA 98501


Michael Kline
1050 Gamble St
Escondido, CA 92026


Michael Lara & Rafael Lara
117 Woodcrest Circle
Streamwood, IL 60107


Michael Metz
6549 Lunt Ct
Chino, CA 91710


Michael Nuxoll
1842 Marne Rd
Bolingbrook, IL 60490


Michael O'Grady
30502 S. Coast Hwy, #B1
Laguna Beach, CA 92651


Michael Palmer
1642 7th Ave, # 323
SanDiego, CA 92101


Michael Rossi
12 Jebel Ct
Sacramento, CA 95835


Michael Williams
3602 W. Altadena Ave
Phoenix, AZ 85029

Michael Wiscombe
2078 Pebblecreek Ln
Boise, ID 83706


Michelle Enciso & Maria Hinojos
12917 W Monterey Wy
Avondale, AZ 85392


Michelle Metz
410050 Stone Ridge lane
Elgin, IL 60124


Michelle ochavilla
27964 John F Kennedy Dr, #C
Moreno Valley, CA 92558


Michelle Suviate
17971 Paseo Del Sol
Chino Hills, CA 91709


Michelle Watson
1315 Dixon Ct
Chula Vista, CA 91911


Miguel Valdivia
14602 Wedgeworth Dr
Hacienda Heights, CA 91745


Mike Feuti
9409 Raintree Rd
Berke, VA 22015


Mike Gotshcall
1254 Orkney Ln
Cardiff, CA 92007

Mildred & Francisco Acosta
36620 Covington Circle
Murrieta, CA 92563


Mildred & Francisco Acosta
24928 Barito St
Hemet, CA 92544


Mildred McDaniel
3412 Fairway Dr
La Mesa, CA 91941


Mirta Sawah
3454 Castle Glen Dr, #214
San Diego, CA 92123


Morland Gonzaga
8586 Brickshore Ln
Manassas, VA 20112


Myrna Gabiola
30030 Mera Loma
Temecula, CA 92592


Myrna Llagas
327 Copper Springs Lane
Elgin, IL 60124


Myrtie Green
622 Mosswood Dr
Hensderson, NV 89002


Nancy Owens
10711 Todds Corner Rd
Easton, MD 21601

Natalie London
2820 S 64th Dr
Phoenix, AZ 85043


National City
PO Box 856176
Louisville, KY 40285-6176


National City Bank
PO Box 1820
Dayton, OH 45401-1820


National City Bank
PO Box 500
Kalamazoo, MI 49081-0500


National City Bank
PO Box 2349
Kalamazoo, MI 49003-2349


National City Mortgage Co.
3232 Newmark Dr
Miamisburg, OH 45342


National City Mortgage Co.
PO Box 1820
Dayton, OH 45401-1820


Nationwide Credit, Inc.
2015 Vaughn Rd NW, Ste 400
Kennesaw, GA 30144-7802


Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374-0640

NCO Financial Systems
PO Box 17080
Wilmington, DE 19850-7080


NCO Financial Systems Inc.
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems, Inc.
PO Box 15630, Dept 29
Wilmington, DE 19850


NCO Financial Systems, Inc.
507 Prudential Rd
Horsham, PA 19044


Neil or Marilyn Ohriner
7214 Tara Ave
Las Vegas, NV 89117


Nelda Handke
1000 Malaney Dr
Crescent, CA 95531


Nelson Basa & Pacita Rivera
6949 Essex Ave
Springfield, VA 22150


Nery Alvarez & Maria Cruz
4313 71st Ave
Hyattsville, MD 20784


New Start Investments
22112 Sabroso
Mission Viejo, CA 92691

Nina Haller
11593 Acorn Dr
Gulfport, MS 39503


Nina Haller
4319 Mentone St
San Diego, CA 92107


Nina Haller
4523 Osprey St
San Diego, CA 92107


Nina Haller
3230 Cumberland
Ocean Springs, MS 39564


Noemi Morales
840 Lake Overlook Dr
Roswell, GA 30076


North American Collections
PO Box 1088
Placentia, CA 92871-1088


Northland Group Inc.
PO Box 390905
Minneapolis, MN 55439


OC Tint Shop
PO Box
Anaheim, CA 92809


Office Depot
6600 North Military Trail
Boca Raton, FL 33496

Office of the City Treasurer
PO Box 129039
San Diego, CA 92112-9039


Olga Hostetler
4323 Village Spring St
Las Vegas, NV 89147


Omar Dominguez
20737 Eyota Rd
Apple Valley, CA 92308


On Trac
3401 E. Harbour Dr
Phoenix, AZ 85034


Overnight Express
17817 Gillette Ave
Irvine, CA 92614


P S Business Park
6370 Lusk Blvd , F211
San Diego, CA 92121


Pablo  Acosta
1820 Melrose Dr
San marcos, CA 92078


Pacific Alliance
3880 Margaret Wy
Carlsbad, CA 92008


Packet8
810 W. Maude Ave
Sunnyvale, CA 94085

Packetel
1313 N Milpitas Blvd, Ste 285
Milpitas, CA 95035


Patricia & Richard DeGeorge
472 West Ventura Dr
Pueblo West, CO 81007


Patricia Smith
687 Ann Wy
Gardenerville, NV 89460


Patricia Turner
2417 Santing Wy
Elverta, CA 95626


Patricio Sabillon
10607 Gay Ter
Upper Marlboro, MD 20772


Patrick Schober
5682 Lime St
Cypress, CA 90630


Paul & Bonnie Ayoub
11336 Whipkey Dr
Bealeton, VA 22712


Paul & Erica Weigand
803 Biddle Rd
Burnie, MD 21060


Paul Gueness
11362 W 192nd St
Mokena, IL 60448

Paul Markling
2024 High Mesa Dr
Henderson, NV 89012


Paul Villalobos
1490 Gilman St
Banning, CA 92220


Paula Lopez & Fernando Camacho
1507 Harding Ave
National City, CA 91950


Paychex
8520 Tech Way, Ste 200
San Diego, CA 92123


PayPal
San Jose, CA


Perry L Hitt
714-716 Isthmus Ct
San Diego, CA 92109


Perry L Hitt
1185 Sunset Cliffs Blvd
San Diego, CA 92107


Perry Polo
140 Coral Rose
Irvine, CA 92603


Peter Corna
19 Hale Haven Ct
Uncasville, CT 06382

Peter Kozel
642 North Parkwood Ave
Park Ridge, IL 60068


Peter Lodewick
1425 11th St S,.
Birmingham, AL 35205


Philip & Yara Stern
75 Rockcreek Terrace
Riverdale, NJ 07457


Philip Southwood
14031 Tierra Bonita Rd
Poway, CA 92069


Pitney Bowes
1 Elmcroft Rd
Stamford, CT 06926


Platinum Financial Solutions
4160 Temescal Cnyn Rd, Ste 216
Corona, CA 92883


PNC Bank
c/o Credit Collection Services
PO Box 55126
Boston, MA 02205-5126


Portfolio Recovery Assoc, LLC
PO Box 12914
Norfolk, VA 23541


Portfolio Recovery Assoc, LLC
PO Box 4115
Concord, CA 94524

Prabhasri Rivera
212 Evergreen Summit Ave
Las Vegas, NV 89123


Prabhasri Rivera
8312 Palace Heights Ave
Las Vegas, NV 89117


Prabhasri Rivera
230 E Flamingo Rd, #316
Las Vegas, NV 89109


Prestige Financial
1420 South 500 West
Salt Lake City, UT 84115


Primary Financial Services LLC
3115 North 3rd Ave, Ste 112
Phoenix, AZ 85013


Progressive Management Systems
1521 West Cameron Ave
PO Box 2220
West Covina, CA 91793-9917


Progressive Management Systems
PO Box 2220
West Covina, CA 91793-9917


Quintan Baylor & Roy Clark
2608 Fairlawn St
Temple Hill, MD 20748


Quynhanh Nguyen
1022 Green Wy Rd
Oceanside, CA 92057

Rafael & Amelia Romasanta
12253 Luna Rd
Victorville, CA 92392


Rafael Lara
3615 S Rockwell St
Chicago, IL 60632


Ralph Gaddi
8613 Butterchurn Ave
Las Vegas, NV 89143


Ramon Cadena
6421 Lindell Ave
Pico Rivera, CA 90660


Ramon Santana Jr.
3566 Palm Ave
San Diego, CA 92154


Randall Crockett
854 N Pioneer
Mesa, AZ 85203


Randi & Richard Schuett
4486 North Robert Rd
Prescott Valley, AZ 86314


Randy Wanner
10046 Paseo Montril, #420
San Diego, CA 92129


Raul Reyes
6108 Bangor Dr
Alexandria, VA 22303

Refugio & Manuela Avila
11263 Puente Wy
Mira Loma, CA 91752


Regina Machen
13913 Bauer Dr
Rockville, MD 20853


Reginald Fleming
5281 Cherokee
Fairbanks, AK 99709


Reliable Communications
500 Mamaroneck Rd, 4th Fl
Harrison, NY 10528


Remi Chagnon
5882 Santa Ana Ave
Riverside, CA 92505


Rene Nolan
2363 Oakridge Pl
Escondido, CA 92026


Ricardo Borges
4308 Cottage Ave
North Bergen, NJ 07047


Richard & Jody Gebben
13053 N Catbird Dr
Oro Valley, AZ 85755


Richard & Melissa Earle
12634 Fiorenza Ln, Unit 243
San Diego, CA 92128

Richard & Nancy Foote
1237 Wallon Wy
Lake Orion, MI 48360


Richard Earle
12634 Fiorenza Ln, Unit #243
San Diego, CA 92128


Richard Marshall
235 Wall Ave
Ormond Beach, FL 32174


Richard Unfred
177 29 1/2 Rd
Grand Junction, CO 81503


Ring Central
1 Lagoon Dr
Redwood, CA 94065


Ripton Johnson
4611 36th St, #4
San Diego, Ca 92116


Rita Martynaitis
10661 Fire Poppy Circle
Reno, NV 89521


Robert & Gerilyn Howland
31882 N Middle Ave
Spirit Lake, ID 83869


Robert & Lisa Dohermann
445 N Lexington Pl
Hanford, CA 93230

Robert & Susan Romero
17206 North Cody Ct
Nampa, ID 83687


Robert & Wesley Ward
15975 SE 27th Ave
Summerfield, FL 34491


Robert Bliesath
181 S. Poplar Ave
Brea, CA 92821


Robert D Browning
11924 Claude Ct
Northglen, CO 80233


Robert Funk
12615 Thomas Creek Rd
Reno, NV 89511


Robert Guernsey
46 Elm Ave
San Anselmo, CA 94960


Robert Hyman
11820 Caminito Ronaldo, #122
San Diego, CA 92128


Robert Meers
11306 Westbrook Mill Lane
Fairfax, VA 20030


Robert Thorton
45671 Waterloo Station Sq
Sterling, VA 20166

Robert Whittington
13303 Chimago St
Victorville, CA 92392


Rodney & Xuan Routt
6538 Douglas Ave
Fontana, CA 92336


Rodney Smith
1523 N Shelley Ave
Upland, CA 91786


Rogelio Martinez
3140 N Elston Ave
Chicago, IL 60618


Roman Partida
2464 La Costa Ave
Chula Vista, CA 91915


Romulo Robles
6348 La Porte
Chicago, IL 60638


Ronald & Debbie Lopez
1118 Eubank Ave
Wilmington, CA 90744


Ronald White
807 E Stanley Pl
Granite, WA 98525


Rosa Vega
809 Regene St
Pomona, CA 91766

Rosemarie Laugen
1423 Graves Ave, #132
El Cajon, CA 92021


Rosie Lee Turner
5701 Ellis St
N Highland, CA 95660


Roy & Rosie Ignacio
9000 Panda Dr
Sacramento, CA 95829


Roy Rodriguez
1051 N Abner
Mesa, AZ 85205


Roy Rodriguez
8416 Lufkin Dr
Phoenix, AZ 85205


Ruben & Vicki Almeida
13266 Aspen Wy
Victoville, CA 92392


Rudyard (Jake) Jewell-Cohen
7873 Avenida Navidad #257
San Diego, CA 92122


Ruth Blackwell
2701 Fairlawn St
Temple Hills, MD 20748


Rutilo & Elisa Contreras
2959 South Victoria Ave
Los Angeles, CA 90016

Ryan Schaid
1317 N Rose Farm Rd
Woodstock, IL 60098


S.B.S. Lien Services
31194 La Baya Dr, Ste 106
Thousand Oaks, CA 91362


Saavedra Genoveva
3031 Hickory Grove Ct
Fairfax, VA 22031


Sabrina Ofori
7660 Midtown Rd
Fulton, MD 20759


Safere Diawara
4318 Jacobs Bend Terr
Richmond, VA 23236


Saia & Malina Fetuu
16 Clarence Ct
East Palo Alto, CA 94303


Salim Gherir
26417 Clydesdale Ln
Moreno Valley, CA 92555


Sally Sheldon
8462 E Montebello Ave
Scottsdale, AZ 85250


Salvador & Francis Bravo
1640 Knox Circle
Corona, CA 92879

Salvador Bravo Jr.
324 Percheron Ct
San Jacinto, CA 92582


Salvador Martinez
27255 Ocean Dunes St
Moreno Valley, CA 92555


Salvatore Guttuso
7770 W Oakstream
Tuscon, AZ 85743


Saman & Yvonne Wickramarathna
1256 Hobart Blvd
Los Angeles, CA 90029


Sammy & Mary Ontiveros
8021 W Meadows Ave
Phoenix, AZ 85033


Samuel Evans
14689 Twin Peaks Rd
Poway, CA 92064


San Diego Business Center
11976 Zirbel Ct
San Diego, CA 92131


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799


Sandra & Joseph Colina
10784 Misty Meadows Dr
Reno, NV 89521

Sara Gibson
1739 Montgomery Dr
Vista, CA 92084


Scott & Rebecca Rhodes
505 N Manzanita Dr
Payson, AZ 85541


Scott Jensen
5610 Middle Ave
Sarasota, FL 34243


Scott Roulier
25367 Rancho Barona
Romona, CA 92065


Seabreeze Management Co
National Processing Center
PO Box 7009
Albert Lea, MN 56007-8009


SeaBreeze Management Co.
39 Argonaut, Ste 100
Aliso Viejo, CA 92656


Serge & Olga Podolyan
333 N Crestview Dr
Moses Lake, WA 98837


Sergio Soberanes
1064 Calma Dr
Chula Vista, CA 91910


Seth Byrne
8889 CaminitoPlazaCentro, 7436
San Diego, CA 92122

Shannon & Andy Large
13565 Los Coches Rd
El Cajon, CA 92021


Shannon & Jerry Wilson
1247 Elm Ave
Inperial Beach, CA 91932


Shannon Faulkner
2166 Grand Ave, #15
San Diego, CA 92109


Sharp HealthCare
8695 Spectrum Center Blvd.
San Diego, CA 92123


Sharp Memorial Hospital
Los Angeles, CA 90074-5440


Shawn Hermosillo
1801 Shaver Pl
Hanford, CA 93230


Shelley Sanchez
3581 Hillsdale Ranch Rd
Chino Hills, CA 91709


Sherann Sanders
3930 N Pine Grove Ave, #707
Chicago, IL 60613


Shirley Parks
349 Aurora Dr
Litchfield Park, AZ 85340

Shon Perkins
4501 South 300th St
Auburn, WA 98001


Somphet Mahathrash
6827 Newman Circle West
Lakeland, FL 33811


Sonia Rodriguez
2648 Pkwy Dr
El Monte, CA 91732


Sonja Wright
2192 E Philips Lane
Centennial, CO 80122


Sprint Signs
9177 Chesapeake Dr
San Diego, CA 92123


Sriya De Silva
45310 Gibson Ct
Lancaster, CA 93534


Stacie Sayasane
4519 Larch St
San Diego, CA 92105


Stamps.com
12959 Coral Tree Pl
Los Angeles, CA 90066


Staples
500 Staples Dr
Framingham, MA 01702

Stephanie Brewster
9439 Mad Dog St
Las Vegas, NV 89178


Stephanie Kessler
8680 Deeridge Pl
Port Orchard, WA 98367


Stephanie Rote
4925 Glacier Ave
San Diego, CA 92120


Stephen & Patricia Harlan
951 Kittredge Wy
Aurora, CO 80017


Stephen & Raquel Bryant
751 S 3rd St
Kerman, CA 93630


Steve Brinca
9034 Shoreham Dr
Los Angeles, CA 90064


Steven Molnar
9464 Ore Cart St
Las Vegas, NV 89178


SullivanHillLewinRez&Engel
550 West C St, Ste 1500
San Diego, CA 92101


Sunrise Credit Services, Inc.
260 Airport Plaza
PO Box 9100
Farmingdale, NY 11735-9100

Susan Williams
16127 Burgundy Dr
Plainfield, IL 60586


Sylvia Salazar
1888 Meeks Bay Dr
Chula Vista, CA 91913


Synergy
130 East Alton
Santa Ana, CA 92707


Tammy Bergsten
29W137 Blair St
Chicago, IL 60185


Tania Cabrera
1429 Sandia St
Corona, CA 92882


Ted & Maurine Himes
902 23 Rd
Grand Junction, CO 81506


Terence Flannigan
3529 Corte Romeo
Carlsbad, CA 92009


Terrel Powers
1014 Field St NW
Canton, OH 44709


Terry Cole
2902 Wellington Rd
Los Angeles, CA 90016

Thang Van Tran
849 Pohl Pl
Vista, CA 92083


Thang Van Tran
1160 Sunbright Dr
Oceanside, CA 92056


Thomas  Truong
2781 Villas Wy
San Diego, CA 92108


Thomas & Christine Oyas
110 Willowside Terrace Rd
Alpine, CA 91901


Thomas Ly
14276 Pintail Loop
Corona, CA 92880


Thomas Nelson
6111 Rancho Mission Rd
San Diego, CA 92108


Thomas Roth
6990 Forsythia Trail
Reno, NV 89506


Thomas Roth  (Grizzly)
10255 Grizzly Hill Ct
Reno, NV 89521


Thomas Tilton
40 Calendula
RanchoSantaMargarita, CA 92688

Tim Dunston
3262 Freeway Ct
McFarland, WI 53558


Timiret Feleke & Demrew Girma
8364 Mine Hill Ct
Las Vegas, NV 89147


Timothy Haninger
940 Belgrave Ave
Reno, NV 89502


Toby Tatum
21565 Dortort Dr
Reno, NV 89521


Todd & Lori Oneito
15963 Litten Wy
Ramona, CA 92065


Tony Schmaltz
15815 West Woodland Ave
Goodyear, AZ 85338


Townes Shady Grove Twnhs HOA
c/o Eric A. Horowitz, P.C.
1919 Huguenot Rd, Ste 201
Richmond, VA 23235


Traci Ogden
2309 W Citrus Wy
Phoenix, AZ 85015


Travis Tomich
4326 W Phalen Dr
Phoenix, AZ 85087

Trinidad & Irma Garibay
6681 E 64th Ave
Commerce City, CO 80022


Troy & Wendy Reiner
398121 W 2400 Rd
Bartlesvill, OK 74006


Trung Nguyen
4011 S 148th St
Tukwila, WA 98168


UCSD Medical Genetics
9500 Gilman Dr. 0639
La Jolla, CA 92093-0639


Union Tribune
350 Camino de la Reina
San Diego, CA 92108


United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste 206
Toledo, OH 43614


UPS
PO Box 894820
Los Angeles, CA 90189


US Airways MasterCard
PO Box 13337
Philadelphia, PA 19101-3337


Valerie & Brandt Bollers
9132 N Highway 31
Ione, WA 99139

Vannitta Macri
15381 Elizabeth Burbage Loop
Woodbridge 22191


Vel & Ramani Sivapalan
87 Fernwood Rd
Summit, NJ 07901


Venna Reid
1201 Raydale Rd
Hyattsville, MD 20783


Victor & Lisa Gutierrez
5765 Carlton St
San Bernardino, CA 92407


Victor & Victoria Vega
2912 New Jersey
Lemon Grove, CA 91945


Victor & Victoria Vega
8319 Sunset Rd
Lakeside, CA 92104


Victor Sanchez & Chrispulo Zamora
105 Orchard Rd
Mahopac, NY 10541


Viking Collection Service, Inc
7500 Office Ridge Cr
Eden Prairie, MN 55344-3678


Viking Collection Service, Inc
PO Box 1022
Wixom, MI 48393-1022

Vincent Madrid
645 Orangewood Dr
Lemoore, CA 93245


Vincente Soto Jr.
3827 Fulgham Ct
Visalia, CA 93291


Virginia Okonkwo
8910 Sorcha St
Reno, NV 89506


Vital Recovery Services, Inc.
PO Box 923748
Norcross, GA 30010-3748


Vivien Tincher
18708 Man O War Rd
Eagle River, AK 99577


Vytautas Martynaitis
10360 Coyote Creek Dr
Reno, NV 89521


Vytautas Matrynaitis
10350 Coyote Creek Dr
Reno, NV 89521


Wade Marshall
11842 W Columbine Dr
El Mirage, AZ 85335


Walter Rodriguez
17602 Bauchard Ct
Carson, CA 90748

```
Washington Mutual
PO Box 660487
Dallas, TX 75266-0487


Washington Mutual
PO Box 99604
Arlington, TX 76096-9604


Wells Fargo
PO Box 30086
Los Angeles, CA 90030-0086


Wells Fargo
PO Box 9210
Des Moines, IA 50306


Wells Fargo
PO Box 10347
Des Moines, IA 50306


Wells Fargo Card Services
PO Box 9210
Des Moines, IA 50306


William or Gloria Basanes
1422 Woodhaven Dr
Oceanside, CA 92056


Willie Grayson
2161 Laurel Ave
Hanover Park, IL 60133


Wlodzimierz Jaroszek
517 Corrinthia Dr
Elk Grove, IL 60007
```

World Financial Network NB
PO Box 182125
Columbus, OH 43218-2125


World Financial Network NB
PO Box 182273
Columbus, OH 43218-2273


Wyne Anthony
56 Sears St
Middletown, CT 06457


Yasuko Conner
8043 Wallingford Ave N
Seattle, WA 98119


Yilmer Gonzalez
4607 Bayne Ct
Rockville, MD 20853


Yoon Oh
2814 SW 337th St
Federal Wy, WA 98023


Yoon Oh
1313 SW 353rd St
Federal Wy, WA 98023


Yoon Oh
5510 SW 107th St
Mukilteo, WA 98023


Yoon Oh
34824 14th Pl
Federal Wy, WA 98023

Yoon Oh
205 SW 325th Pl
Federal Wy, WA 98003


Zachary Cummings
1049 Felspar St, #27
San Diego, CA 92109


Zachery & Dona Lakis
3261 Sky Country Dr
Reno, NV 89503


Zaid Iniguez
11280 Vista Sorrento Pkwy P100
San Diego, CA 92130

B22A (Official Form 22A) (Chapter 7) (12/08)

In re **Don Son Quach**
**Kimberley Dawn Quach**
_____
Debtor(s)

Case Number: _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. <br><br> ■ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**. <br><br> ☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard <br><br>          a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and <br>                  ☐ I remain on active duty /or/ <br>                  ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed; <br><br>                  OR <br><br>          b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/ <br>                  ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing.  If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4.  If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.  **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary business expenses \| $ \| $ \|<br>\| c. \| Business income \| Subtract Line b from Line a \| \| | $ | $ |
| 5 | **Rents and other real property income.**  Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5.  Do not enter a number less than zero.  **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>\| \| \| Debtor \| Spouse \|<br>\|---\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary operating expenses \| $ \| $ \|<br>\| c. \| Rent and other real property income \| Subtract Line b from Line a \| \| | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9.  However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $         Spouse $ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount.  If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>\| \| \| Debtor \| Spouse \|<br>\|---\|---\|---\|---\|<br>\| a. \| \| $ \| $ \|<br>\| b. \| \| $ \| $ \|<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                      3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: _____   b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____ $ _____ <br> b. _____ $ _____ <br> c. _____ $ _____ <br> d. _____ $ _____ <br> Total and enter on Line 17 | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member | |
| b1. | Number of members | b2. | Number of members | |
| c1. | Subtotal | c2. | Subtotal | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)     4

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |
|---|---|---|
| | | |

| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☐ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|----|---|---|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
|----|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|    | |  |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| | | | Total: Add Lines | |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly Chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |
|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt                                                                            $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result.         $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

| | <div align="center">**Part VII. ADDITIONAL EXPENSE CLAIMS**</div> |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

<div align="center">**Part VIII. VERIFICATION**</div>

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:  __March 23, 2010__                    Signature:  **/s/ Don Son Quach**<br>                                                                                                              **Don Son Quach**<br>                                                                                                                 *(Debtor)*<br><br>Date:  __March 23, 2010__                    Signature  **/s/ Kimberley Dawn Quach**<br>                                                                                                              **Kimberley Dawn Quach**<br>                                                                                                              *(Joint Debtor, if any)* |
|---|---|

B22A (Official Form 22A) (Chapter 7) (12/08)                                                                                                           8

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **09/01/2009** to **02/28/2010**.

**Line 3 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **United Fidelity Group, Inc.**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 09/2009 | $6,000.00 |
| 5 Months Ago: | 10/2009 | $3,000.00 |
| 4 Months Ago: | 11/2009 | $0.00 |
| 3 Months Ago: | 12/2009 | $0.00 |
| 2 Months Ago: | 01/2010 | $0.00 |
| Last Month: | 02/2010 | $0.00 |
| | Average per month: | $1,500.00 |

**Line 9 - Unemployment compensation (included in CMI)**
Source of Income: **Unemployment Compensation**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | 09/2009 | $0.00 |
| 5 Months Ago: | 10/2009 | $0.00 |
| 4 Months Ago: | 11/2009 | $0.00 |
| 3 Months Ago: | 12/2009 | $2,250.00 |
| 2 Months Ago: | 01/2010 | $1,800.00 |
| Last Month: | 02/2010 | $1,800.00 |
| | Average per month: | $975.00 |